IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIVIAN WOODS

Plaintiff

v.                                                              Case No. 1:06CV00695

EAGLE TECHNOLOGIES ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Christina Davis hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **EAGLE TECHNOLOGIES**
With the following list of documents: SUMMONS, COMPLAINT AND VARIOUS ATTACHMENTS
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with: Richard C. Daniels, Esq.
Title/relationship: President Agent
On: 5/1/06 at 2:13 am/pm, at the address of 7307 Baltimore Ave, Suite 217 College Park, MD 20740

Manner of Service:

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

X Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ Other

Description: Skin: W  Sex: M  Height: 5'5  Weight: 180  Age: 50  Hair: Balding Brn  Eyes: brn

Signature: _____  Date: 5-1-06

Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this 1st day of April, 2006

004213 J THOMAS 65
JTSPIGGKE@JANISSCHUELKE.COM

ADAM H. PARKER
NOTARY PUBLIC
HOWARD CO., MD

My comm. exp. Feb. 20, 2008