IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIVIAN M. WOODS** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case No: 1:06CV00695 |
| | * Judge: Rosemary M. Collyer |
| **EAGLE TECHNOLOGIES, INC.** | * |
| | * |
| Defendants | * |

## MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER FOR IMPROPER VENUE

Defendant, Eagle Technologies, Inc. ("Eagle"), by its undersigned counsel, move, pursuant to Federal Procedure 12(b) and 28 U.S.C. § 1404(a) to dismiss this action, or alternatively, transfer this action to the United States District Court for the District of Maryland, Southern Division, and as grounds state:

1. For the convenience of parties and witnesses, in the interest of justice, this action should be transferred to the United States District Court for the District of Maryland, Southern Division.

2. This Motion is premised upon the pleadings, the affidavit of Nicholas V. Christiansen, Sr., the Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, Transfer for Improper Venue submitted herewith, and such other matters as may be raised at hearing upon this motion.

WHEREFORE, Defendant, Eagle Technologies, Inc., requests that this Honorable Court:

A. Dismiss the Complaint with prejudice; or

      B.      Alternatively transfer this action to the United States District Court for the District of Maryland, Southern Division; and

      C.      Award Defendant its reasonable attorney's fees and costs in seeking this Motion; and

      D.      Grant Defendant such other and further relief as its cause may require.

Respectfully submitted,

/s/_____
Richard C. Daniels
D.C. Bar No. 369261

DANIELS & GREEN, L.L.C.
7309 Baltimore Avenue, Suite 217
College Park, MD 20740-3200
(301) 864-1100


/s/_____
James E. McCollum, Jr.
D.C. Bar No. 398117
Carla M. Mathers
D.C. Bar No. 445064
7309 Baltimore Avenue, Suite 117
P.O. Box 1717
College Park, Maryland 20741-1717
(301) 864-6070

Attorneys for Defendant, Eagle Technologies, Inc.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Dismiss, or in the Alternative, Motion to Transfer for Improper Venue was mailed, postage prepaid, this 19th day of May, 2006 to J. Thomas Spiggle, Esq., Janis, Schuelke & Wechsler, 1728 Massachusetts Avenue, N.W., Washington, D.C. 20036.

/s/_____
Richard C. Daniels