IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIVIAN M. WOODS** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case No: 1:06CV00695 |
| | * Judge: Rosemary M. Collyer |
| **EAGLE TECHNOLOGIES, INC.** | * |
| | * |
| Defendants | * |

## ORDER

Upon consideration of the foregoing Motion to Dismiss, or in the Alternative, Motion to Transfer for Improper Venue, filed herein, it is this _____ day of _____, 2006 by the United States District Court for the District of Columbia,

ORDERED, that the Complaint be, and hereby is, dismissed.

_____
JUDGE

**Copies Mailed To:**

Richard C. Daniels, Esq.
DANIELS & GREEN, L.L.C.
7309 Baltimore Avenue, Suite 217
College Park, MD 20740-3200

James E. McCollum, Jr., Esq.
7309 Baltimore Avenue, Suite 117
P.O. Box 1717
College Park, MD 20741-1717

J. Thomas Spiggle, Esq.
Janis, Schuelke & Wechsler
1728 Massachusetts Avenue, N.W.
Washington, D.C. 20036