IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VIVIAN M. WOODS** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No: 1:06CV00695 |
| | * | Judge: Rosemary M. Collyer |
| **EAGLE TECHNOLOGIES, INC.** | * | |
| | * | |
| Defendants | * | |

### AFFIDAVIT OF NICHOLAS V. CHRISTIANSEN, SR.

| | | |
|---|---|---|
| STATE OF MARYLAND | * | |
| | * | SS: |
| COUNTY OF PRINCE GEORGE'S | * | |

Nicholas V. Christiansen, Sr., having first been sworn, deposes and affirms under oath as follows:

1. I am over the age of twenty-one (21) years, and am competent to affirm under oath all of the following.

2. I am the President of Eagle Technologies, Inc. ("Eagle").

3. Eagle is a corporation organized and existing under the laws of the State of Maryland.

4. The principal office of Eagle is located in Prince George's County, Maryland.

5. Eagle does not maintain an office in the District of Columbia.

6. Eagle is in the business of providing security guards on a contract basis and other security services, primarily to Federal Government agencies.

7. On May 20, 2003, Woods submitted an application for employment to Eagle. [Exhibit "A"].

8. She completed the application at Eagle's offices located at 9301 Annapolis Road, Suite 200, Lanham, Maryland 20706-3130 ("Maryland Office").

9. On May 21, 2003, Ms. Woods returned to the Maryland Office to accept the offer of employment. The offer was accepted by her at the Maryland Office. [Exhibit "B"].

10. At that time Woods also completed and submitted other preliminary employment documents to Eagle at the Maryland Office.

11. The position accepted by Ms. Woods was as a Personnel Security Assistant at the National Aeronautic and Space Administration ("NASA") Headquarters located 300 E Street, S.W., Washington, D.C.

12. Eagle does not own or rent office space at NASA Headquarters. Eagle utilizes that space provided by NASA to it for its security activities.

13. At the time of her hire, Ms. Woods provided information that she resided at 1001 L Street, S.E., #2, Washington, D.C. 20003. She also provided a copy of her Driver's License showing that address.

14. On August 11, 2004, Ms. Woods requested medical leave of thirty (30) days to be with her mother. She provided no documentation of her mother's illness. Consequently, her request for leave was denied.

15. On August 19, 2004, Ms. Woods sent an e-mail stating that she needed to request extended leave for consecutive periods under the Family Medical Leave Act. On August 20, 2004, Ms. Woods was given a copy of the Family Medical Leave Act at the Maryland Office.

16. On August 26, 2004, Ms. Woods sent an e-mail to me requesting two (2) weeks leave under the Family Medical Leave Act. On August 27, 2004, Ms. Woods provided medical documentation of her mother's illness to the Maryland Office.

17. On August 30, 2004, Ms. Woods was scheduled to work and agreed to work. She failed to show up, called late and left a voicemail message at the Maryland Office. She did not call back until the next day.

18.     From September 1 through September 9, 2004, Ms. Woods failed to report for work and did not call in. Her absence was without confirmation from Eagle Technologies, Inc. of granting the requested leave. At no time did Ms. Woods provide thirty (30) days advance notice of this foreseeable leave, together with necessary medical documentation. Ms. Woods was terminated because she failed to show up for work after assuring her supervisor that she would be there.

19.     On September 22, 2004, Ms. Woods was terminated from employment by Leonard T. Kraus, Vice President of Eagle. [Exhibit "C"].

20.     On September 23, 2004, the termination was confirmed by me. [Exhibit "D"].

21.     Ms. Woods came to the Maryland Office to pick up the letters of termination, Exhibits "C" and "D" and signed Exhibit "D" at the Maryland Office acknowledging receipt of her letter of termination.

22.     At no time did Ms. Woods indicate that her address was other than 1001 L Street, S.E., # 2, Washington, D.C. 20003 as indicated on the termination letters.

23.     On January 4, 2005, Ms. Woods sent Eagle a facsimile letter concerning her check for vacation pay which listed three (3) return addresses on the letterhead. [Exhibit "E"].

24.     At no time did Ms. Woods indicate that there was a change of address or that she was no longer at the 1001 L Street, S.E., # 2, Washington, D.C. 20003 address.

25.     Eagle contracts with Co-Defendant, HIS, to provide, *inter alia*, service of providing COBRA notices to terminated employees. HIS is Eagle's Health Insurance Plan Administrator.

26.     Notice was sent by HIS to the last known address of Woods on October 25, 2004. [Exhibit "F"].

27.     HIS's office is located in Rockville, Maryland. [Exhibit "F"].

28.  All decisions with respect to termination of Plaintiff were made in the Maryland Office.

29.  All records pertaining to Plaintiff's employment and Eagle's employee health insurance program are maintained by Eagle and located at the offices of Eagle in Maryland.

30.  I solemnly swear and affirm under the penalties of perjury that the matters and facts set forth in the foregoing Affidavit are true and correct.

*[signature]*
Nicholas V. Christiansen, Sr.
Affiant

Date: May __19__, 2006