**EXHIBIT "A"**

# EAGLE TECHNOLOGIES, INC.
## "CONSTANT PURSUIT OF EXCELLENCE"

## Application for Employment

*This application must be filled out completely for consideration. Please print or type all information.

| What position are you applying for? Personnel Security Specialist | Date of Application: |
|---|---|
| What type of employment do you seek? ☑ Full Time ☐ Part Time | First date available? |

How did you hear about this position?   ☐ Advertisement _____   ☐ Employee _____
☐ Job Fair _____   ☐ School _____   ☐
Other **Internet**

Are you willing to work overtime if required or requested?   ☑ Yes   ☐ No
For positions which may include evening, holiday, or weekend work, will you comply with such scheduling requirements? ☑ Yes ☐ No

## PERSONAL INFORMATION

| Name (Last, First, M.I.): Woods Vivian M | Home Telephone: (202) 544-7977 |
|---|---|
| Address: 1001 L St SE #2 Washington DC 20003 | Work Telephone: (202) |
| | SSN: 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 |
| Date of Birth: 8/10/65 | Sex: ☑ Female ☐ Male   Race: |
| Have you ever applied for employment with us before? ☐ Yes ☑ No | Pay Rate Desired: Open |
| Are you a United States Citizen? ☑ Yes ☐ No   If not, are you legally eligible for employment in the U.S.? ☐ Yes ☐ No | |

## EDUCATIONAL BACKGROUND
List in chronological order, including part-time attendance, beginning with the most recent school attended.

| Name of School | Address | Course of Study | No. of Years Attended | Did You Graduate? | Degree or Diploma? |
|---|---|---|---|---|---|
| High School **Park West** | 525 W 50th St NYC | Basic Ele. | 3 | NO | |
| Business/Trade/Technical **Strayer** | 4700 Auth Rd Camp Spring MD | MBA | 4+ | NOT YET | |
| College/University **Strayer** | 4700 Auth Rd Camp Spring MD | Bus. Admin | 3 | Yes | BS |
| College/University **Strayer** | 4700 Auth Rd Camp Spring MD | Bus. Admin | 2 | Yes | AA |
| Other **GED** | Bronx, NY | | 1 | Yes | Diploma |

## MILITARY BACKGROUND
List all service in the United States Armed Forces including reserves.

| Branch of Service | Length of Service | Specialty/Training | Rank at Discharge | Type of Discharge |
|---|---|---|---|---|
| | | N/A | | |

1 of 4

# EMPLOYMENT RECORD

List all employment and periods of unemployment starting with your most recent status and working back for 10 years. If additional space is needed, please complete on the back of this application.

**Name of Employer:** NIETO Engineering, Inc
**Employer Address (No. & Street, City, State, Zip):** 8350 Bristol Ct Jessup MD 20794
**Employment Dates:** From: 1/02  To: 5/03
**Location/Job Site of Employment (if different from above):** (NOAA) 1305 E.W. Highway Silver Spring MD
**Starting Position:** Security Specialist
**Rate of Pay:** $32,000 yrly
**Last Position:** same
**Rate of Pay:** $32,000 yrly
**Duties of Job:** Processed government clearance paperwork, fingerprinted, etc
**Supervisor:** Robert White
**Telephone No.:** (301) 713-0954 x 139
**Reason for Leaving:** Terminated
**Are you still employed?:** ☐ Yes  ☒ No
**May we contact your employer?:** ☒ Yes  ☐ No

**Name of Employer:** Knight Protective Service
**Employer Address (No. & Street, City, State, Zip):** 8507 Edgeworth Dr Capital Heights, MD
**Employment Dates:** From: 10/12/00  To: 10/12/01
**Location/Job Site of Employment:**
**Starting Position:** Security ofc.
**Rate of Pay:** $26,500
**Last Position:** Certification Spec'lst
**Rate of Pay:** $36,500
**Duties of Job:** Recruited, Hired, Trained, Certified, Fingerprinted, and processed paperwork
**Supervisor:** Terry Williams
**Telephone No.:** (301) 808-9184
**Reason for Leaving:** Separated (Resigned)
**Are you still employed?:** ☐ Yes  ☒ No
**May we contact your employer?:** ☒ Yes  ☐ No

**Name of Employer:** Primary Installation, Inc
**Employer Address (No. & Street, City, State, Zip):** 6304 Gravel Ave Springfield VA
**Employment Dates:** From: 1999  To: 2000
**Location/Job Site of Employment:** Allover VA
**Starting Position:** Cable modem Tech
**Rate of Pay:** 5.15/hr+piece
**Last Position:** Admin Officer
**Rate of Pay:** 10/hr
**Duties of Job:** Installed cable modem & software for hi-speed access
**Supervisor:** Jackie Turner
**Telephone No.:** (703)
**Reason for Leaving:** Separated Resigned
**Are you still employed?:** ☐ Yes  ☒ No
**May we contact your employer?:** ☒ Yes  ☐ No

**Name of Employer:** ICT Computers, Inc
**Employer Address (No. & Street, City, State, Zip):** 3927 Branch Ave Marlow Heights, MD 20748
**Employment Dates:** From: 1998  To: 1999
**Location/Job Site of Employment:**
**Starting Position:** Admin Assist
**Rate of Pay:** 8/hr
**Last Position:** General Mgr
**Rate of Pay:** $25,000/yr
**Duties of Job:** Oversaw computer store operation supervised 15 employees
**Supervisor:** Noah Waters
**Telephone No.:** (301) 899-2870
**Reason for Leaving:** Resigned
**Are you still employed?:** ☐ Yes  ☒ No
**May we contact your employer?:** ☐ Yes  ☒ No — out of business

## QUESTIONS

1) Have you ever been discharged, fired or terminated from a job or given an option to resign in lieu of termination? ☑ Yes ☐ No
(If yes, explain.)
ISSUED MY SON VISITORS BADGE - ASKED FOR RAISE 4/22/03
FOUND MY POSITION IN WASH POST NEWSPAPER ON 5/4/03 - TERMINATED 5/8/03

2) Have you ever been convicted of a crime (misdemeanor or felony)? ☐ Yes ☑ No (If yes, describe in detail including date(s) and places(s). A conviction will not necessarily bar employment. Factors such as passage of time since the offense, nature of the violation and the extent of rehabilitation will be taken into account in determining job eligibility.)

3) Do you possess a valid motor vehicle operator's license from the state or territory in which you reside? ☑ Yes ☐ No (If yes, what state?)

4) Do you currently hold any security guard or Special Police Officer (SPO) certifications or license? ☐ Yes ☑ No (If yes, for what jurisdictions?)

5) Has any private detective's, security guard, or Special Police Officer's license issued to you, a partnership, or corporation of which you were a member/officer ever been revoked? ☐ Yes ☑ No (If yes, please give full details.)

6) Has any application you ever submitted for license as a private detective, security guard or SPO ever been denied by any state or territory because of conviction of any crimes? ☐ Yes ☑ No (If yes, please give full details.)

7) Please list any current certifications (CPR, First Aid, Firearms, GSA) and expiration dates or other training that would support your application.

8) Have you ever been granted a US Government Security Clearance? ☑ Yes ☐ No (If yes, when, what level and which agency/military service granted it?
INTERIM SECRET CLEARANCE    NOAA    FOR NEI ENGINEERING INC.

9) Please describe any special recognition or awards which you have received.
CUSTOMERS RATED MY SERVICE OUTSTANDING. I HAVE DOCUMENTED PROOF.

## REFERENCES
Provide the following information for persons whom you have known for at least three years or more and are not related to you.

| Name: Deborah White | Name: Teresa Noble |
|---|---|
| Address: 832 52nd St NE Wash DC 20019 | Address: 3606 26th Ave Temple Hills MD |
| Occupation: Unemployed | Occupation: Correctional Officer |
| Telephone No.: (202) 398 5418  Years Known: 10+ | Telephone No.: (301) 505 4434  Years Known: 8+ |
| Name: Robin Gray | Name: Sonja Chavis |
| Address: 1107 Nalley Rd Landover, MD | Address: 4134 John St Suitland, MD |
| Occupation: Teacher | Occupation: Assist Mgr. of NLRB FCU |
| Telephone No.: (301) 773 2499  Years Known: 10+ | Telephone No.: (202) 273-4159  Years Known: 3 yrs |

**APPLICANT'S STATEMENT**

I certify that answers given on this application are true and complete to the best of my knowledge.

I authorize investigation of all statements contained in this application for employment as needed to make an employment decision.
I understand that this application is not intended to be an employment contract.

I hereby understand and acknowledge that, unless otherwise defined by applicable law, any employment relationship with this organization is of an *"at will"* nature, which means that the Employee may resign at any time and the Employer may discharge Employee at any time with or without cause. It is further understood that this *"at will"* employment relationship may not be changed by any written document or by conduct unless such change is specifically acknowledged in writing by an authorized executive of this organization.

In the event of employment by *EAGLE TECHNOLOGIES, INC.*, I understand that false or misleading information given on this application or during any interview may result in discharge. I understand also, that I am required to abide by all rules and regulations of *EAGLE TECHNOLOGIES, INC.*

_Vivian M. Woods_ _____    _5/20/03_____
Signature of Applicant                                                  Date

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**FOR PERSONNEL USE ONLY**

Date Interviewed:_____        Interviewer:_____

Employed:    YES    NO                 Rate of Pay:_____

Position:_____       Start Date:_____   Department:_____

Status:       FULL TIME    PART TIME    ON-CALL    TEMPORARY

Remarks:_____
_____
_____
_____
_____

ETI FORM NO. 014 (12/99)

4