**EXHIBIT "B"**



# EAGLE TECHNOLOGIES, INC.

*"CONSTANT PURSUIT OF EXCELLENCE"*

May 21, 2003

Vivian M. Woods
1001 L Street, S.E., Apt #2
Washington, DC 20003

SUBJECT:     Offer Letter

Dear Ms. Woods:

This letter is an official offer of employment from *EAGLE TECHNOLOGIES, INC.* The following specifics apply:

>  Position:                    Personnel Security Assistant – NASA Hqs
>  Immediate Supervisor:        Cardell Bullock, Project Manager
>  Starting Date:               May 27, 2003
>  Hourly Rate:                 $18.88/hr Exempt ($39,270.40/yr)

Benefits: Ten (10) days vacation effective your annual anniversary date with a maximum accrual balance of four (4) weeks. Ten (10) paid holidays as recognized by the Federal Government. Health and Welfare (H&W) benefit cash payment of $1.66/hr or company paid individual medical, dental and life insurance. In addition, $0.90/hr will be deposited in an ETI company 401k pension plan.

In addition to the above, you are on a ninety (90) day probation period. Also, you are subject to receive annual cost of living increases to be determined and approved by the Federal Government. Your employment with ETI is subject to obtaining and maintaining a SECRET level federal clearance and completing an annual drug screening.

I am pleased that you have accepted this position and I'm sure that this relationship will continue to be mutually rewarding. Please call me if you have any questions or need additional information concerning this matter. Please sign and date on the line provided below to attest to your acceptance.

Sincerely,

*Nicholas V. Christiansen, Sr.*
Nicholas V. Christiansen, Sr.
President & CEO

_____
Acceptance

_____
Date

---

**Mailing Address:**
9301 Annapolis Road, Suite 200, Lanham, MD 20706-3130
Web Page: ETISecurity.com        VA DCJS Lic. # 11-3126

Tel: 301/306-9110
Fax: 301/306-9166
Email: NVChrissr@aol.com