**EXHIBIT "D"**



# EAGLE TECHNOLOGIES, INC.

### "CONSTANT PURSUIT OF EXCELLENCE"

September 23, 2004

Ms. Vivian M. Woods
1001 L street, S.E., Apt. 2
Washington, DC 20003

    **RE: Letter of Termination**

Ms. Woods I have reviewed all the information provided in the attached letter from Mr. Kraus and I concur with his recommended action. You are hereby terminated for cause, effective immediately. You are requested to sign your pay-roll signature in the space provided below, acknowledging that you have received this documentation. Failure to do so will not overturn this action.

*[signature]*
Nicholas V. Christiansen Sr.
President/CEO


I hereby acknowledge receipt of this letter.

_____       _____
Vivian M. Woods    *acknowledgement only*      9/24/04
    Vivian M. Woods                                                     Date

---

**Mailing Address:**                                                                          Tel: 301/306-9110
9301 Annapolis Road, Suite 200, Lanham, MD 20706-3130            Fax: 301/306-9166
Web Page: ETISecurity.com      VA DCJS Lic. # 11-3126      Email: NVChrissr@aol.com