**EXHIBIT "E"**

# Vivian M Woods

2804 Terrace RD SE #B545        P. O. Box 21065            37A Bligen Lane/Wildhorse RD
Washington, DC 20020          Hilton Head, SC 29925     Hilton Head, SC 29926
202-583-0358                  843-290-4072               Fax: 843-681-3490

January 4, 2005

Eagle Technologies, Inc.
9301 Annapolis RD
Lanham, MD 20706
FAX: 301-306-9166

Dear Mrs. Sturdivant,

I called on several occasions in regards to my vacation check. I appreciate your prompt response on getting that vacation check sent out; however, there is a problem.

My son lost the check. Please reissue my vacation check. Please send that check to 2804 Terrace RD SE #, Washington, DC 20020.

If you have any questions feel free to contact me on 843-681-3490 or 843-290-4072.

Thanking you in advance

Sincerely,

*Vivian M Woods*

Vivian M Woods

18