UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS ) <br> 37A Wild Horse Road ) <br> Hilton Head, SC 29926, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> EAGLE TECHNOLOGIES, INC., ) <br> 9301 Annapolis Rd., Suite 200 ) <br> Lanham, MD 20706-3130, ) <br> ) <br>     and ) <br> ) <br> HEALTH INSURANCE SPECIALISTS, INC. ) <br> 17620A Redland Road ) <br> Rockville, MD 20855, ) <br> ) <br>     Defendants. ) <br> _____ ) | Civil Action No. 1:06cv00695(RMC) <br> Judge Rosemary M. Collyer |

**CONSENT MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT EAGLE TECHNOLOGIES MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER FOR IMPROPER VENUE**

Pursuant to F.R.Civ. P. 6(b) and LCvR 7(m), Plaintiff's counsel files this Consent Motion to Extend Time to File an Opposition to Defendant Eagle Technologies' Motion to Dismiss, or in the Alternative, Motion to Transfer for Improper Venue ("Motion"). In support of this motion, Plaintiff's counsel ("counsel") states the following:

1. Although counsel is a participant in the CM/ECF system, he did not receive electronic notification of Defendant's Motion. (He will attempt to resolve this technical difficulty by contacting the Clerk's ECF helpline.) Yesterday, counsel received a hard copy of the Motion via U.S. Mail.

2. By counsel's reading, under F. R. Civ. P. 6(e) and LCvR 7(b), Plaintiff has 11 days from today's date to file an Opposition to the Motion, which date falls on Friday, June 2.

3. By prearrangement, counsel will be on out-of-state travel this week and next.

4. Counsel contacted counsel for Defendant Eagle Technologies and counsel consented to extend the time for Plaintiff to file her Opposition by five (5) business days.

WHEREBY Plaintiff's counsel requests that this Court grant an extension of time to file an Opposition to Defendant's Motion to Friday, June 9, 2006.


Dated: May 23, 2006                Respectfully submitted,


/s/_____
J. Thomas Spiggle (D.C. Bar No. 490979)
Janis, Schuelke & Wechsler
1728 Mass. Ave., N.W.
Washington, DC 20036
(202) 861-0600
jtspiggle@janisschuelke.com

Counsel for Plaintiff
Vivian M. Woods

CERTIFICATE OF SERVICE

  Plaintiff's counsel, J. Thomas Spiggle, hereby certifies that on May 24, 2006, he caused to be placed in the U.S. Mail copies of the Consent Motion To Extend Time To File Opposition To Defendant Eagle Technologies Motion To Dismiss, Or In The Alternative, Motion To Transfer For Improper Venue to Defendants at:

Richard Daniels, Esq.
DANIELS & GREEN
College Park Center
7309 Baltimore Park Avenue
Suite 217
College Park, MD 20740-3200

James E. McCullum, Jr., Esq.
7309 Baltimore Avenue, Suite 117
P.O. Box. 1717
College Park, MD 20741-1717

Jon S. Belinke
Health Insurance Specialists, Inc.
17620 A Redland Road
Rockville, MD 20855


               _____
               J. Thomas Spiggle, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS ) <br> 37A Wild Horse Road ) <br> Hilton Head, SC 29926, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> EAGLE TECHNOLOGIES, INC., ) <br> 9301 Annapolis Rd., Suite 200 ) <br> Lanham, MD 20706-3130, ) <br> ) <br>     and ) <br> ) <br> HEALTH INSURANCE SPECIALISTS, INC. ) <br> 17620A Redland Road ) <br> Rockville, MD 20855, ) <br> ) <br>     Defendants. ) <br> _____ ) | Civil Action No. 1:06cv00695(RMC) <br> Judge Rosemary M. Collyer |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO FILE AN OPPOSITION**

Having considered Plaintiff's counsel's Consent Motion to Extend Time to File Opposition to Defendant Eagle Technologies Motion to Dismiss, or in the Alternative, Motion to Transfer for Improper Venue, and finding good cause for such an extension, this Court hereby ORDERS that:

Plaintiff file her Opposition to Defendant Eagle Technologies by June 9, 2006.

_____
The Honorable Rosemary M. Collyer
United States District Judge

serve:

J. Thomas Spiggle, Esq.
Janis, Schuelke & Wechsler
1728 Mass. Ave., N.W.
Washington, DC 20036
jtspiggle@janisschuelke.com

Counsel for Plaintiff
Vivian M. Woods


Richard Daniels, Esq.
DANIELS & GREEN
College Park Center
7309 Baltimore Park Avenue
Suite 217
College Park, MD 20740-3200

and

James E. McCullum, Jr., Esq.
7309 Baltimore Avenue, Suite 117
P.O. Box. 1717
College Park, MD 20741-1717

Counsel for Defendant
Eagle Technologies, Inc.


and

Jon S. Belinke
Health Insurance Specialists, Inc.
17620 A Redland Road
Rockville, MD 20855