IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Defendant Health Insurance Specialists, Inc. ("HIS"), by counsel Carr Maloney P.C., and with the consent of the counsel for the plaintiff, moves for an extension of time, up to and including June 16, 2006 within which to respond to plaintiff's complaint.

Respectfully submitted,

CARR MALONEY P.C.

By: _____
Dennis J. Quinn, #455793
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Consent Motion For Extension Of Time To Respond To Complaint* was transmitted electronically on this 5th day of June, 2006 to:

>J. Thomas Spiggle, Esquire
>Janis, Schuelke & Wechsler
>1728 Massachusetts Avenue, N.W.
>Washington, D.C. 20036
>***Counsel for Plaintiff Vivian M. Woods***
>
>Richard C. Daniels, Esquire
>Daniels & Green, L.L.C.
>7309 Baltimore Avenue
>Suite 217
>College Park, Maryland 20740
>***Counsel for Defendant Eagle Technologies, Inc.***

_____
Dennis J. Quinn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of Defendant Health Insurance Specialists, Inc.'s Consent Motion for Extension of Time to Respond to Complaint, it is this _____ day of _____ 2006,

**ORDERED** that the Motion is **GRANTED**, and Defendant Health Insurance Specialists, Inc. has until June 16, 2006 to file a responsive pleading.

_____
Judge Rosemary M. Collyer

Copies to:

Dennis J. Quinn, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
***Counsel for Defendant Health Insurance Specialists, Inc.***

Thomas Spiggle, Esquire
Janis, Schuelke & Wechsler
1728 Massachusetts Avenue, N.W.
Washington, D.C. 20036
***Counsel for Plaintiff Vivian M. Woods***

20060601-MW-3(ConsentMotionExtension)

Richard C. Daniels, Esquire
Daniels & Green, L.L.C.
7309 Baltimore Avenue
Suite 217
College Park, Maryland  20740
***Counsel for Defendant Eagle Technologies, Inc.***