IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

## AMENDED CONSENT MOTION FOR EXTENSION OF
## TIME TO RESPOND TO COMPLAINT

Defendant Health Insurance Specialists, Inc. ("HIS"), by counsel Carr Maloney P.C., and with the consent of the counsel for the plaintiff, moves for an extension of time, up to and including June 16, 2006 within which to respond to plaintiff's complaint.

Undersigned counsel was retained on June 2, 2006, and immediately contacted plaintiff's counsel to obtain his consent to file this motion. None of the parties will be prejudiced by defendant's request.

Defendant HIS respectfully requests that this Court allow it up to and including June 16, 2006 within which to respond to plaintiff's complaint.

Respectfully submitted,

CARR MALONEY P.C.

By: _____
Dennis J. Quinn, #455793
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)

(202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Amended Consent Motion For Extension Of Time To Respond To Complaint* was transmitted electronically on this 5th day of June, 2006 to:

> J. Thomas Spiggle, Esquire
> Janis, Schuelke & Wechsler
> 1728 Massachusetts Avenue, N.W.
> Washington, D.C.  20036
> ***Counsel for Plaintiff Vivian M. Woods***
>
> James E. McCollum, Jr., Esquire
> James E. McCollum, Jr. & Associates
> 7309 Baltimore Avenue
> Suite 117
> College Park, Maryland  20740
> ***Counsel for Defendant Eagle Technologies, Inc.***

_____
Dennis J. Quinn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

## **ORDER**

Upon consideration of Defendant Health Insurance Specialists, Inc.'s Amended Consent Motion for Extension of Time to Respond to Complaint, it is this _____ day of _____ 2006,

**ORDERED** that the Motion is **GRANTED**, and Defendant Health Insurance Specialists, Inc. has until June 16, 2006 to file a responsive pleading.

_____
Judge Rosemary M. Collyer

Copies to:

Dennis J. Quinn, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
***Counsel for Defendant Health Insurance Specialists, Inc.***

Thomas Spiggle, Esquire
Janis, Schuelke & Wechsler
1728 Massachusetts Avenue, N.W.
Washington, D.C. 20036
***Counsel for Plaintiff Vivian M. Woods***

James E. McCollum, Jr., Esquire
James E. McCollum, Jr. & Associates
7309 Baltimore Avenue
Suite 117
College Park, Maryland 20740
***Counsel for Defendant Eagle Technologies, Inc.***