IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Kelly M. Lippincott, Esquire as co-counsel in this case for defendant, Health Insurance Specialists, Inc.

Respectfully submitted,

CARR MALONEY P.C.

By: _____/s/_____
Kelly M. Lippincott , #484610
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* was transmitted electronically on this 8th day of June, 2006 to:

>J. Thomas Spiggle, Esquire
>Janis, Schuelke & Wechsler
>1728 Massachusetts Avenue, N.W.
>Washington, D.C. 20036
>***Counsel for Plaintiff Vivian M. Woods***
>
>Richard C. Daniels, Esquire
>Daniels & Green, L.L.C.
>7309 Baltimore Avenue
>Suite 217
>College Park, Maryland 20740
>***Counsel for Defendant Eagle Technologies, Inc.***

_____/s/_____
Kelly M. Lippincott