IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

## **ANSWER OF DEFENDANT HEALTH INSURANCE SPECIALISTS, INC.**

Defendant, Health Insurance Specialists, Inc. ("HIS"), by counsel, CARR MALONEY P.C., answers the Plaintiff's Complaint and states as follows:

### Complaint Summary

1. Defendant denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

### Jurisdiction

2. Paragraph 2 of Plaintiff's Complaint calls for a legal conclusion to which no response is required.

### Venue

3. Paragraph 3 of Plaintiff's Complaint calls for a legal conclusion to which no response is required.

### Parties

4. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore denies them.

5. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore denies them.

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

## Factual Allegations

7. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore denies them.

8. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore denies them.

9. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore denies them.

10. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint, and therefore denies them.

11. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint, and therefore denies them.

12. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint, and therefore denies them.

13. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint, and therefore denies them.

14. Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint, and therefore denies them.

16. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint, and therefore denies them.

17. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint, and therefore denies them.

18. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint, and therefore denies them.

19. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint, and therefore denies them.

20. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint, and therefore denies them.

21. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and therefore denies them.

22. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint, and therefore denies them.

23. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint, and therefore denies them.

24. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint, and therefore denies them.

25. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint, and therefore denies them.

26. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint, and therefore denies them.

27. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint, and therefore denies them.

28. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint, and therefore denies them.

29. Defendant lacks sufficient knowledge to form a belief as to the truth of the

allegations contained in Paragraph 29 of Plaintiff's Complaint, and therefore denies them.

30. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint, and therefore denies them.

31. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint, and therefore denies them.

32. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint, and therefore denies them.

33. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint, and therefore denies them.

34. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint, and therefore denies them.

35. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint, and therefore denies them.

36. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint, and therefore denies them.

37. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint, and therefore denies them.

38. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint, and therefore denies them.

39. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint, and therefore denies them.

40. Defendant admits the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. HIS admits that Eagle provided the L Street address for Mrs. Woods, but denies the

remaining allegations of Paragraph 41.

42. Defendant admits the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint, and therefore denies them.

44. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint, and therefore denies them.

45. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint, and therefore denies them.

46. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint, and therefore denies them.

47. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint, and therefore denies them.

48. Defendant admits the allegations contained in Paragraph 48 of Plaintiff's Complaint.

49. Defendant admits the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. Defendant admits the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. Defendant admits the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52. Defendant admits the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint, and therefore denies them.

54. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint, and therefore denies them.

55. Defendant denies the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. Defendant lacks sufficient knowledge to form a belief as to the truth of the

allegations contained in Paragraph 56 of Plaintiff's Complaint, and therefore denies them.

57. Defendant denies the allegations contained in Paragraph 57 of Plaintiff's Complaint.

## Count I

### (Failure to Provide COBRA Notice)

58. Paragraph 58 of Plaintiff's Complaint calls for a legal conclusion to which no response is required.

59. Paragraph 59 of Plaintiff's Complaint calls for a legal conclusion to which no response is required.

60. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint, and therefore denies them.

61. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Complaint, and therefore denies them.

62. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's Complaint, and therefore denies them.

63. Defendant denies the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's Complaint, and therefore denies them.

65. Defendant denies the allegations contained in Paragraph 65 of Plaintiff's Complaint.

## Count II

### (Failure to Provide a Summary Plan Description)

66. Defendant incorporates by reference its responses to Paragraphs 1 through 65 above.

67. Paragraph 67 of Plaintiff's Complaint calls for a legal conclusion to which no response is required.

68.     Defendant denies the allegations contained in Paragraph 68 of Plaintiff's Complaint.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted as to this Defendant.

## SECOND DEFENSE

The Complaint is barred by the applicable statute of limitations.

## THIRD DEFENSE

Any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

## FOURTH DEFENSE

The claims alleged in plaintiff's Complaint are barred due to the negligence and/or affirmative conduct of others for whom in law this defendant is not responsible.

## FIFTH DEFENSE

Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

## SIXTH DEFENSE

Plaintiff's claim is or may be barred by the doctrine of collateral estoppel, judicial estoppel, and/or laches.

## SEVENTH DEFENSE

Plaintiff has failed to mitigate her damages.

For these reasons, the defendant, Health Insurance Specialists, Inc., respectfully requests that the Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other

and further relief as this honorable Court deems just and proper.

                Respectfully submitted,

                CARR MALONEY P.C.


By: _____
      Dennis J. Quinn, Esquire #455793
      Kelly M. Lippincott, Esquire #484610
      1615 L Street, N.W.
      Suite 500
      Washington, D.C. 20036
      (202) 310-5500 (Telephone)
      (202) 310-5555 (Facsimile)


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Answer of Defendant Health Insurance Specialists, Inc.* was transmitted electronically on this 15th day of June, 2006 to:

      J. Thomas Spiggle, Esquire
      Janis, Schuelke & Wechsler
      1728 Massachusetts Avenue, N.W.
      Washington, D.C. 20036
      ***Counsel for Plaintiff Vivian M. Woods***

      James E. McCollum, Jr., Esquire
      James E. McCollum, Jr. & Associates
      7309 Baltimore Avenue
      Suite 117
      College Park, Maryland 20740
      ***Counsel for Defendant Eagle Technologies, Inc.***

      _____

Dennis J. Quinn