UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )  Case Number 1:06CV00695 (RMC) |
| | ) |
| EAGLE TECHNOLOGIES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT EAGLE TECHNOLOGIES' DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Local Rule 7.1 of the United States District Court for the District of Columbia, Defendants, Eagle Technologies ("Eagle"), by its undersigned counsel hereby files its disclosure of affiliations and financial interest:

I, the undersigned counsel of record for Defendant Eagle certify that to the best of my knowledge and belief, Eagle does not have a parent corporation or affiliate.  Further, to my knowledge, there is no corporation, unincorporated association, partnership or other business entity, not a party to this case, which has any financial interest whatsoever in the outcome of this litigation.

This representation is made in order that judges of this Court may determine the need for recusal.

Attorney of Record for Defendant, Eagle Technologies' Inc.

          Respectfully submitted,


          _____/s/_____
          James E. McCollum, Jr.
          (D.C. Bar No. 398117)
          Carla M. Mathers
          (D.C. Bar No. 445064)
          7309 Baltimore Avenue, Suite 117
          P.O. Box 1717
          College Park, MD  20741-1717
          Telephone:  (301) 864-6070
          Facsimile:   (301) 864-4351

          _____/s/_____
          Richard C. Daniels
          (D.C. Bar No. 369261)
          DANIELS & GREEN, LLC
          College Park Center
          7309 Baltimore Avenue, Suite 217
          College Park, MD  20740
          Telephone:  (301) 864-1100
          Facsimile:   (301) 864-1277

August 18, 2006         *Attorneys for Defendant and Cross-Plaintiff*
          *Eagle Technologies, Inc.,*

**Certificate of Service**

I hereby certify that a copy of the foregoing Answer and Cross-Claim was mailed, postage pre-paid, this __18th__ day of August, 2006 to:

> J. Thomas Spiggle, Esq.
> Janis, Schuelke & Weschsler
> 1728 Massachusetts Ave., N.W.
> Washington, D.C. 20036
>
> Kelly M. Lippincott, Esq.,
> 1615 L Street, N.W., Suite 500
> Washington, D.C. 20036

_____/s/_____
Carla M. Mathers