IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

**DEFENDANT HEALTH INSURANCE SPECIALISTS, INC. DISCLOSURE OF
AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Local Rule 7.1 of the United States District Court for the District of Columbia, Defendant Health Insurance Specialists, Inc. ("HIS"), by counsel, hereby files its disclosure of affiliations and financial interest:

I, the undersigned counsel of record for Defendant HIS certify that to the best of my knowledge and belief, HIS does not have a parent corporation or affiliate. Further, to my knowledge, there is no corporation, unincorporated association, partnership or other business entity, not a party to this case, which has any financial interest whatsoever in the outcome of this litigation.

This representation is made in order that judges of this Court may determine the need for recusal.

Attorney of Record for Defendant Health Insurance Specialists, Inc.

       Respectfully submitted,

       CARR MALONEY P.C.

By:         /s/_____
       Dennis J. Quinn, #455793
       Kelly M. Lippincott, #484610
       1615 L Street, N.W.
       Suite 500
       Washington, D.C.  20036
       (202) 310-5500 (Telephone)
       (202) 310-5555 (Facsimile)
       Attorneys for Defendant Health
        Insurance Specialists, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Disclosure of Affiliations and Financial Interest* was transmitted electronically on this 5th day of September, 2006 to:

J. Thomas Spiggle, Esquire
Janis, Schuelke & Wechsler
1728 Massachusetts Avenue, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff Vivian M. Woods*

Richard C. Daniels, Esquire
Daniels & Green, LLC
7309 Baltimore Avenue, Suite 217
College Park, MD 20740-3200
*Counsel for Defendant Eagle Technologies, Inc.*

James E. McCollum, Jr., Esquire
James E. McCollum, Jr. & Associates
7309 Baltimore Avenue
Suite 117
College Park, Maryland 20740
*Counsel for Defendant Eagle Technologies, Inc.*

　　　　　　　　　　　/s/
　　　　　　　　Kelly M. Lippincott