IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-CLAIM**

Defendant Health Insurance Specialists, Inc. ("HIS"), by counsel, pursuant to Fed. R. Civ. P. 6(b), and with the consent of all parties, moves for an extension of time within which to respond to Defendant Eagle Technologies, Inc.'s Cross-Claim.

Due to an administrative error, defendant's answer was not filed by September 1, 2006. Once defendant's counsel realized the error, she immediately contacted all other counsel to obtain their consent to file this motion. None of the parties will be prejudiced by defendant's request.

Defendant HIS respectfully requests that this Court allow Defendant HIS to late-file its Answer to Defendant Eagle's Cross-Claim, attached hereto as Exhibit 1.

        Respectfully submitted,

        CARR MALONEY P.C.


By:     / s /     
    Dennis J. Quinn, #455793
    Kelly M. Lippincott, #484610
    1615 L Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 310-5500 (Telephone)
    (202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Consent Motion For Extension Of Time To Respond To Cross-Claim* was transmitted electronically on this 5th day of September, 2006 to:

>J. Thomas Spiggle, Esquire
>Janis, Schuelke & Wechsler
>1728 Massachusetts Avenue, N.W.
>Washington, D.C.  20036
>***Counsel for Plaintiff Vivian M. Woods***
>
>Richard C. Daniels, Esquire
>Daniels & Green, LLC
>7309 Baltimore Avenue, Suite 217
>College Park, MD 20740-3200
>***Counsel for Defendant Eagle Technologies, Inc.***
>
>James E. McCollum, Jr., Esquire
>Carla M. Mathers, Esquire
>James E. McCollum, Jr. & Associates
>7309 Baltimore Avenue
>Suite 117
>College Park, Maryland  20740
>***Counsel for Defendant Eagle Technologies, Inc.***

>_____/ s /_____
>Kelly M. Lippincott