IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

### ORDER

Upon consideration of Defendant Health Insurance Specialists, Inc.'s Consent Motion for Extension of Time to Respond to Cross-Claim, it is this _____ day of _____ 2006,

**ORDERED** that the Motion is **GRANTED**, and Defendant Health Insurance Specialists, Inc.'s Answer to Defendant Eagle Technologies, Inc.'s Cross-Claim, attached hereto as Exhibit 1, hereby is deemed timely filed.

_____
Judge Rosemary M. Collyer

Copies to:

Dennis J. Quinn, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
***Counsel for Defendant Health Insurance Specialists, Inc.***

Thomas Spiggle, Esquire
Janis, Schuelke & Wechsler
1728 Massachusetts Avenue, N.W.
Washington, D.C. 20036
***Counsel for Plaintiff Vivian M. Woods***

James E. McCollum, Jr., Esquire
James E. McCollum, Jr. & Associates
7309 Baltimore Avenue
Suite 117
College Park, Maryland 20740
***Counsel for Defendant Eagle Technologies, Inc.***

Richard C. Daniels, Esquire
Daniels & Green, LLC
7309 Baltimore Avenue, Suite 217
College Park, MD 20740-3200
***Counsel for Defendant Eagle Technologies, Inc.***