IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN M. WOODS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV00695 (RMC) |
| : | |
| HEALTH INSURANCE SPECIALISTS, : | |
| INC., *et al.* : | |
| : | |
| Defendants. : | |

## INITIAL DISCLOSURES OF DEFENDANT HEALTH INSURANCE SPECIALISTS, INC.

Defendant Health Insurance Specialist, Inc. (hereinafter "HIS"), by and through counsel, Carr Maloney, PC, hereby serves its initial disclosure statement pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D). HIS reserves its rights to supplement this disclosure based upon continuing discovery and investigation.

All disclosures are made without waiving or intending to waive all objections with regard to testimony and documents including competency, relevancy, privilege, and immateriality. HIS specifically reserves its right to assert the attorney-client privilege, the work product doctrine, or other applicable privileges relating to any document identified within this initial disclosure. By identifying documents herein, HIS reserves its right to challenge the admissibility or relevancy at the time of trial.

HIS makes the following disclosures as required by the Rules cited above:

(1) **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims for defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals may have discoverable information that HIS may use to support its defenses.

1. Jon S. Belinkie
   Health Insurance Specialists, Inc.
   17620A Redland Road
   Rockville, MD 20855
   (703) 590-0006

2. Edward Tay
   Eagle Technologies, Inc.

HIS incorporates by reference any additional witnesses whose names may appear in documents referenced in Paragraph (2) below, as well as the witnesses listed in Plaintiff's Initial Disclosure Statement and Defendant Eagle Technologies, Inc.'s Initial Disclosure Statement. HIS reserves the right to supplement this disclosure statement or amend its response as discovery in the action proceeds.

(2) **A copy of, or description by category and location of, all documents, data compilations, tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims for defenses, unless solely for impeachment.**

At this time, HIS identifies the following relevant documents:

1. Proposal of Administration for Eagle Technologies, Inc.

2. Evidence of Coverage for Eagle Technologies, Inc. Employee Health & Welfare Benefits Trust Fund.

(3) **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Fed. R. Civ. P. 34. The documents or**

**other evidence are immaterial, not privileged or protected from disclosure, on which such computation is based, including materials baring on the nature and extent of injuries suffered.**

HIS claims no damages at this time.

(4) **Produced for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.**

The relevant insurance policy will be produced.

    Respectfully submitted,

    CARR MALONEY P.C.

By:   /s/ Kelly M. Lippincott
    Dennis J. Quinn, #455793
    Kelly M. Lippincott, #484610
    1615 L Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 310-5500 (Telephone)
    (202) 310-5555 (Facsimile)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Initial Disclosures of Defendant Health Insurance Specialists, Inc. was mailed, postage pre-paid this 15th day of September, 2006, to:

>J. Thomas Spiggle, Esquire
>Janis, Schuelke & Wechsler
>1728 Massachusetts Avenue, N.W.
>Washington, D.C.  20036
>***Counsel for Plaintiff Vivian M. Woods***
>
>Richard C. Daniels, Esquire
>Daniels & Green, LLC
>7309 Baltimore Avenue, Suite 217
>College Park, MD 20740-3200
>***Counsel for Defendant Eagle Technologies, Inc.***
>
>James E. McCollum, Jr., Esquire
>Carla M. Mathers, Esquire
>James E. McCollum, Jr. & Associates
>7309 Baltimore Avenue
>Suite 117
>College Park, Maryland  20740
>***Counsel for Defendant Eagle Technologies, Inc.***

>/s/ Kelly M. Lippincott_____
>Kelly M. Lippincott