Proposal for Administration for Eagle Technologies, Inc.

Terms of Contract:

1. Initial term for period of 12 months beginning October 1, 2002 and thereafter until revised or cancelled in writing with 60 days advance notice.
2. Eagle Technologies, Inc. (Client) will pay Health Insurance Specialists, Inc. (HISI) $8 per administered employee per month or $2000 per month, whichever is greater. Certified or overnight mail, courier, postage, accounting, audit, and banking charges will be extra.

Client will provide:

1. Monthly premium and/or prevailing wage payments to be funded for deposit to the trust payable to HISI by the 10th of the month, or on a more frequent basis.
2. Monthly hours worked report hard copy and electronic media, format to be provided.
3. Timely notification of employee additions and terminations.
4. Copies of new hire enrollments (originals to be sent by client directly to carrier retaining proof of mail/ transmission).
5. New hire HIPAA notifications.
6. Access to employee data on an as needed basis.
7. Enrollment communication and support on an as needed basis.
8. Full and immediate disclosure of any information HISI needs to carry out this contract.

HISI will provide:

1. Maintain and provide a copy of errors and omissions and general liability coverage of a minimum level of $1,000,000, which will remain in effect during the term of the contract.
2. Access and review of HISI client records as they relate directly to client by client or by an independent third party.
3. Maintenance of hourbank and hourbank accounts on a monthly and year to date basis.
4. Carrier bill payments, maintenance, and reconciliation of carrier invoices.
5. Maintenance of all trust and bank accounts associated with the operation of the hourbank and insurance programs. This includes the responsibility of terminating employees from insurance coverage when their hourbank is not sufficient to cover the premium or if the premium shortfall is not remitted on a timely basis.
6. Notification of Cobra rights and administration of Cobra continuees.
7. Hourbank reports on a monthly basis and standard reports on an as needed basis. Format and content of reports to be further detailed.
8. Completion of IRS, ERISA, and DOL filing and any fees are at an extra cost.
9. Fiduciary responsibility for the management and administration of the plan is defined by ERISA.

10. HISI shall not disclose and shall protect from disclosure all client confidential data acquired by HISI under this agreement, for a period of 3 years following termination of the contract.
11. Any assignment or delegation of this agreement or rights or duties hereunder by HISI shall be voidable unless client gives prior written consent thereto.

General:
1. This agreement shall be governed by and construed in accordance with the laws of the State of Maryland not including its conflict of laws rule, HISI and the client agree to comply with the applicable provisions of any federal, state, or local law or ordinances and all orders, rules, and regulations issued thereunder.
2. The client agrees to reimburse HISI within 45 days of being invoiced for any legal expenses required to enforce this agreement.

Eagle Technologies, Inc.                    Health Insurance Specialists, Inc.

EDWARD TAY, CTO                              Jon S. Belinkie, President
Name & Title

_____                      _____
Signature                                    Signature

9/16/02                                      9-16-02
Date                                         Date

G:\USERS\Terry\Service Contract Act Benefits.doc