**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

# Group Number:
# 3J97

# Group Name:
# EAGLE TECHNOLOGIES INC. EMPLOYEE
# HEALTH & WELFARE BENEFITS TRUST FUND

CFBC/GRP ID 7/02

### CareFirst BlueChoice, Inc.

840 First Street, NE
Washington, DC  20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

### EVIDENCE OF COVERAGE

This Evidence of Coverage, including any Riders and Amendments, is a part of the Group Enrollment Agreement issued to the employer ("Group") through which employees and their Dependents ("Members") are enrolled for health benefits.  The Evidence of Coverage contains the principal provisions of the Group Enrollment Agreement affecting the rights and responsibilities of the Members.  In addition, the Group Enrollment Agreement includes other provisions that explain the duties of the Plan and the Group.  The Group Enrollment Agreement, including this Evidence of Coverage and related Riders and Attachments, is the complete contract between the Plan and the Group.

The Group accepts and agrees to the Group Enrollment Agreement by making payment to the Plan as required under the Group Enrollment Agreement.  The Plan agrees to the Group Enrollment Agreement upon issuance to the Group.   The Group's payment and the Plan's issuance make the Group Enrollment Agreement's terms and provisions binding on the Plan and the Group.

By:

Eric R. Baugh, M.D.
President

SECTION 1
DEFINITIONS

The following terms, when capitalized and used in this Evidence of Coverage, have the meanings shown.

1.1    **Conversion Contract**   means a non-group health benefits contract issued in accordance with Section 5, to individuals whose coverage through the Group has terminated.

1.2    **Contract Renewal Date**   means the date specified in the Group Schedule (Attachment C) on which this Agreement renews and each annual anniversary of such date.

1.3    **Dependent**   means the Subscriber's lawful spouse or Dependent Child.

1.4    **Dependent Child**   means a child, including an eligible grandchild of the Subscriber, who meets the eligibility requirements in Sections 2.4 and 2.5.

1.5    **Eligible Employee**   means an individual who is an employee, sole proprietor, partner of a partnership, or independent contractor of the Group who meets the eligibility requirements in Section 2.2.

1.6    **Group**   means the Small Employer to which the Group Agreement has been issued by the Plan.

1.7    **Group Agreement**   means the Group Enrollment Agreement issued by the Plan to the Subscriber's Group through which the benefits described in this Evidence of Coverage are made available to the Subscriber and his or her enrolled Dependents, if any.

1.8    **Group Schedule**   means Attachment C to this Evidence of Coverage as initially issued to the Group by the Plan and any subsequent revisions or amendments thereto issued in accordance with the terms of this Agreement.

1.9    **Health Care Practitioner**   means any person that provides a health or medical care procedure or service that tests, diagnoses or treats human disease or dysfunction or dispenses drugs, medical devices medical appliances or medical goods for the treatment of human disease or dysfunction. To qualify as a Health Care Practitioner the person must be duly licensed by the jurisdiction in which services or supplies are provided or dispensed.  A Health Care Practitioner in Maryland must be licensed under the Health Occupations Article.

1.10    **Health Care Facility**   means, with respect to a facility or agency operating within the State of Maryland, a Health Care Facility as defined in Health General Article § 19-101, Annotated Code of Maryland.

1.11    **Member**   means an individual who meets all applicable eligibility requirements of Section 2, and is enrolled hereunder, either as a Subscriber or as a Dependent, and for whom the premiums required by Section 3, have been received by the Plan.

1.12    **Non-Preferred Brand Name Drugs**   means a drug that the Plan has not designated as a Preferred Brand Name Drug.

1.13    **Open Formulary**   means prescription drugs to treat a covered service (brand and generic) that are available to the Member at specified levels of copayments as stated in the Schedule of Benefits.

1.14    **Plan**   means CareFirst BlueChoice, Inc.

1.15    **Plan Physician** means a Health Care Practitioner who:

    A.    Is a doctor of medicine (M.D.) or Doctor of Osteopathy (D.O.);

    B.    Has entered into a contract to provide medical care to Members; and

    C.    Has been designated by the Plan as a Plan Physician under the Group Agreement.

1.16    **Plan Provider** is a general term used to refer to any physician or other Health Care Practitioner or Health Care Facility that has entered into a contract to provide medical care to Members and which has been designated by the Plan as a Plan Provider under the Group Agreement.

1.17    **Preferred Brand Name Drug** means a drug that the Plan has designated on its preferred drug list.

1.18    **Primary Care** means services rendered by a Health Care Practitioner in general internal medicine, family practice medicine, pediatrics or obstetrics/gynecology.

1.19    **Primary Care Physician** means the Plan Physician selected by the Member to provide Primary Care to the Member and to coordinate and arrange for other required services.

1.20    **Service Area** means the geographic area within which the Plan's services are available. The Service Area is as follows: the District of Columbia; the State of Maryland; and the following Virginia counties and cities – Arlington, Alexandria, Fairfax, City of Fairfax, Falls Church, Prince William, Manassas, Manassas Park, Loudoun and Leesburg. The Plan may amend the defined Service Area at any time by notifying the Group.

1.21    **Small Employer** means any person, sole proprietor, firm, corporation, partnership, or association actively engaged in business and, on at least 50 percent of its working days during the preceding calendar quarter, employed at least two but no more than 50 Eligible Employees the majority of whom are employed within the State of Maryland. "Small Employer" also means non-profit organizations that are exempt from taxation under §501(c)(3), (4), or (6), of the Internal Revenue Code and employ at least one but not more than 50 Eligible Employees. In determining if the Group employs the requisite number of Eligible Employees, Part-Time Employees will not be included. However, an employer is considered to continue to be a Small Employer if the employer met the requirements for a Small Employer and subsequently eliminated all but one Eligible Employee.

    A Small Employer who met the definition of a "Small Employer" will be permitted to renew their coverage for as long as the employer continues to meet the definition in effect on the date they originally applied for coverage. Your Sales Representative or broker can help you obtain additional detailed information about the requirements of the Maryland Small Employer Insurance Business Reform law.

1.22    **Specialist** means a physician who is certified or trained to practice in a specified field of medicine and who is not designated as a Primary Care Physician.

1.23    **Specialty Services** means care provided by a Health Care Practitioner who is not providing Primary Care.

1.24    **Subscriber** means a Member who is covered under the Group Agreement as an Eligible Employee of the Group, rather than as a Dependent.

SECTION 2
ELIGIBILITY AND ENROLLMENT

2.1    **Requirements for Coverage**   To be covered under the Group Agreement, all of the following conditions must be met:

   A.    The individual must be eligible for coverage -- either as a Subscriber under Section 2.2, as a spouse under Section 2.3, or as a Dependent Child under Sections 2.4 and 2.5;

   B.    The employee must apply for coverage by submitting an enrollment application to the Group during certain periods set aside for this purpose as described in Section 2.6;

   C.    The Group must notify the Plan of the enrollment in accordance with Section 2.8; and

   D.    Payments must be made by or on behalf of the Member as required by Section 3.

   If you are eligible to enroll both as a Subscriber and as a Dependent of another Subscriber in your Group, you are not permitted to enroll as both. For example, if you and your spouse work for the same employer, you cannot be covered as a Subscriber and, at the same time, be covered as a Dependent through your spouse.

2.2    **Eligibility as a Subscriber**   To enroll as a Subscriber the individual must meet the Plan's basic eligibility requirements and any additional Group-specific requirements that the Plan and the Group have agreed to.

   A.    **Basic Plan Requirements**  The Eligible Employee must:

      Reside in the Service Area at the time of enrollment;

      Work on a full-time basis and have a normal workweek of 30 or more hours.  Eligible Employee includes:

      1.    A sole proprietor, a partner of a partnership and an independent contractor who is included as an employee under a health benefit plan under the Maryland Small Employer Insurance Business Reform Law; and

      2.    A sole employee of a nonprofit organization, which has been determined by the Internal Revenue Service to be exempt from taxation under section 501(c)(3), (4), or (6) of the Internal revenue Code, who has a normal workweek of 20 or more hours and is not covered under a public or private health insurance plan or other health benefit arrangement.

      Eligible Employee does not include an individual who works on a temporary or substitute basis or for less than 30 hours in a normal workweek, except for an individual described in item 2., above.

   B.    **Group-Specific Employee Eligibility Requirements**  In addition to the basic eligibility requirements in A., above, the individual must satisfy any waiting period or qualifying period required by the Group before a new employee or newly Eligible Employee can obtain health benefits through the Group.  These requirements are listed in the Group Schedule.  The Group is required to administer these requirements consistently and cannot change these requirements or make an exception without the Plan's prior written approval.

2.3    **Eligibility of Spouse**  The Subscriber may cover his or her lawful spouse.  The spouse may not be covered if divorced or if the marriage has been annulled.

2.4    **Eligibility as a Dependent Child**  A Dependent Child is eligible for coverage as follows:

    A.    Unmarried Dependent Children under age 19;

    B.    Unmarried Dependent Children age 19 or over but under the age of 23 who are attending a college or university on a full-time basis (a minimum of 12 credit hours per semester).

    C.    Unmarried Dependent Children (including eligible grandchildren) age 19 or over if the child is chiefly dependent for support upon the Subscriber and, at the time of reaching the Limiting Age, as defined below, is incapable of self support because of mental or physical incapacity that began before the Dependent Child attained the Limiting Age:

        **Limiting Age** means age 19 or, if the child was covered beyond age 19 as a student Dependent, age 23.  You are required to provide the Plan with proof of the child's dependency and incapacity, including certification by a physician, within 31 days after the child's Limiting Age or within 31 days after the effective date of the child's coverage under this Certificate, whichever is later.  The Plan has the right to verify whether the child is and continues to qualify as an incapacitated child.

2.5    **Dependent Children Covered under the Group Agreement**

To be covered as a Dependent Child, the child:

    A.    Must meet the eligibility criteria under Section 2.4, above; and

    B.    Must be related to the Subscriber in one of the following ways:

        1.    A biological child (or a child born to the Subscriber);

        2.    A step child;

        3.    A foster child;

        4.    A lawfully adopted child or child in the process of being adopted from the date of placement;

        5.    A grandchild who is in the court-ordered custody of the Subscriber;

        6.    A child for whom the Subscriber has been granted legal custody, including custody as a result of a guardianship, other than a temporary guardianship of less than 12 months duration, granted by a court or testamentary appointment; or

        7.    A child for whom the Subscriber has the legal obligation to provide coverage pursuant to court order, court approved agreement, or testamentary appointment.

Children whose relationship to the Subscriber is not listed above, are not covered under the Group Agreement, even though the child may live with the Subscriber and be dependent upon the Subscriber for support.

2.6    **Enrollment Opportunities**    Eligible individuals may enroll as Subscribers or Dependents, as applicable, only during the following times and under the following conditions:

A.    **Annual Open Enrollment**    The Group will have an annual open enrollment period.    The open enrollment period will be the 31 day period immediately preceding the Open Enrollment Effective Date set forth in the Group Schedule.    During the open enrollment period, the Group will provide an opportunity for all eligible persons including Late Enrollees to enroll in or transfer coverage between the Plan and all other alternate health care plans available through the Group without individual underwriting or imposition of waiting periods, exclusions or limitations for pre-existing conditions.    In addition, Subscribers already enrolled in the Plan may change their type of coverage (e.g., from Subscriber Only coverage to Subscriber and Family coverage) and/or add eligible Dependents not previously enrolled to their coverage.    To enroll or change your type of coverage for reasons other than those described below, your application must be received by the Group during the open enrollment period.

B.    **Newly Eligible Employee**    New employees or newly Eligible Employees may enroll as Subscribers within 31 days after they first become eligible, as determined by the New Employee Eligibility Date set forth in the Group Schedule.    If such individuals do not enroll within this period, they must wait for the Group's next open enrollment period.

C.    **Coverage of a Newborn Child, Newly Adopted Child, Newly Eligible Grandchild or a Minor for Whom Guardianship is granted by Court or Testamentary Appointment**    Enrollment requirements for a newborn child, newly adopted child, newly eligible grandchild or a minor for whom guardianship is granted by court or testamentary appointment depend on the type of coverage that is in effect on the child's First Eligibility Date, as defined below.

As used in this provision, the term "First Eligibility Date" means:

1.    For a newborn child, the child's date of birth.

2.    For a newly adopted child, the earlier of:

a.    A judicial decree of adoption; or

b.    The assumption of custody, pending adoption of a prospective adoptive child by a prospective adoptive parent.

3.    For a grandchild, the date the grandchild is in the court ordered custody of the Subscriber.

4.    For a minor for whom guardianship has been granted by court or testamentary appointment, the date of the appointment.

D.    **Family or Multiple-Party Coverage**    If at least one family Member other than the Subscriber is covered under the Group Agreement on the date of the child's First Eligibility Date, an eligible newborn, newly adopted child or newly eligible grandchild is automatically covered from the First Eligibility Date through the 31st day following such date.    If addition of the child results in a change in type of coverage (e.g., from Subscriber and Spouse coverage to Family coverage), the Subscriber must enroll the child within the 31-day period in accordance with the terms of the Group Agreement in order to continue coverage beyond the 31-day period.    Premium changes resulting from the addition of the child will be effective as of the child's First Eligibility Date.    If written notification is not received within the 31 day period, coverage will terminate on the 32nd day.

E.   **Subscriber Only Coverage**  If the Subscriber is enrolled under Subscriber Only coverage on the child's First Eligibility Date, the child will not be automatically covered.  However, an eligible newborn, newly adopted child or a newly eligible grandchild will be covered from the child's First Eligibility Date if the Subscriber enrolls the child within 31 days following such date in accordance with the terms of the Group Agreement.  The change in type of coverage and corresponding premium for the new type of coverage will be made effective as of the child's First Eligibility Date.

F.   **New Family Member (Other than a newborn, newly adopted child, newly eligible grandchild or a minor for whom guardianship has been granted by court or testamentary appointment)**  Subscribers may enroll new family Members, such as a new spouse and/or change their type of coverage to include the new family Member within 31 days following the date the new family Member first becomes eligible.  This enrollment opportunity applies to the new family Member, only.  Other existing family Members who, though eligible, were not previously enrolled may also be enrolled but will be treated as late enrollees under Section 2.8, except for the provisions stated under Section 2.7 Special Enrollment Periods.

G.   **Court-Ordered Coverage**  If the Subscriber has been ordered by a court to provide coverage under the Group Agreement for his or her spouse and/or a minor Dependent Child (or Children), the Subscriber may enroll the spouse and/or the eligible minor Dependent Children included in the order within 31 days following the date on which the order was signed by a competent court, or the date legal custody has been granted or the date of appointment.

2.7   **Special Enrollment Periods**  You may enroll yourself and/or your Dependents as described below:

A.   When you were first eligible or, at the time of initial enrollment, you did not enroll yourself and/or your Dependents because you or your Dependents already had coverage under an employer-sponsored plan or group health benefits plan and that coverage terminates due to any of the following:

1.   termination of the other plan's entire group coverage;
2.   your divorce or legal separation;
3.   death of your spouse;
4.   voluntary or involuntary termination of your spouse's employment;
5.   involuntary loss of your spouse's eligibility for continued group coverage;
6.   cancellation of all group health benefits programs offered by your spouse's employer;
7.   COBRA continuation coverage has been exhausted;
8.   loss of eligibility for coverage, including a reduction of hours of employment; or
9.   employer contribution terminated.

To qualify for coverage under this provision, you and each family Member that you seek to enroll must have been covered on the last day that you or your spouse's employer sponsored plan or group health benefits plan was in effect.  Additionally, you must make this request, in writing, within 31 days after termination of coverage under an employer sponsored health plan or group health benefits plan.  The Plan may require you to submit proof of eligibility, including proof of prior coverage and of the circumstances under which such coverage terminated.  Your coverage will become effective on the first of the month following the date the completed request for enrollment was received by the Plan.

B.  You are eligible for coverage under this Agreement, but are not enrolled, and an individual becomes your Dependent through marriage. If you enroll within 31 days, the effective date of coverage will be the first of the month following the date the completed request was received by the Plan.

C.  You are eligible for coverage under this Agreement, but are not enrolled, and an individual becomes your Dependent through birth, adoption or placement for adoption or you are granted court-ordered custody, a child is placed in your custody as a result of guardianship, other than temporary guardianship of less than a 12 month duration, granted by court or testamentary appointment or you must provide coverage through a court order or administrative order. If you enroll within 31 days, the effective date of coverage is the date of the birth, adoption, placement for adoption, the date you were granted court-ordered custody or the date of guardianship.

D.  **Late Enrollment** If you do not meet the conditions described in Section 2.6, C. through G., or 2.7, or if you do not enroll yourself and/or your Dependents within the time periods described in Section 2.6, B. through G., or 2.7, you must wait to apply for coverage until the next open enrollment period as described in Section 2.6, A. A Late Enrollee is an Eligible Employee or Dependent who fails to apply for coverage within the time limits stated in Section 2.6, B. through G., or 2.7.

2.8  **Effective Dates** Coverage of individuals who are duly enrolled as Members as set forth above will be effective as follows:

A.  **Open Enrollment** Enrollment or changes in enrollment will be effective on the Open Enrollment Effective Date specified in the Group Schedule.

B.  **Newly Eligible Employees** Coverage of new employees and newly Eligible Employees will be made effective in accordance with the New Employee Eligibility Date specified in the Group Schedule.

C.  **Coverage of Newborn Children, Newly Adopted Children, Newly Eligible Grandchildren and Minor Children for whom Guardianship has been Granted by Court or Testamentary Appointment** Coverage will become effective as of the child's First Eligibility Date, as defined in Section 2.6 C., if the requirements of Section 2.6 C., are met.

D.  **Court-Ordered Coverage of Dependents** Court-ordered coverage of a spouse or minor child enrolling within the time frame shown in Section 2.6 G., will become effective on the later of the date of eligibility or the date of enrollment.

E.  **Coverage of Other New Dependents** Coverage of other newly eligible Dependents, e.g., a new spouse or stepchild enrolling within the time frame shown in Section 2.6 F., will become effective on the later of the date of eligibility or the date of enrollment.

2.9  **Notice of Enrollment Changes** The Group must notify the Plan of each addition, deletion or change in coverage in advance of the date upon which such action shall be effective or as soon thereafter as is possible, but in any event no later than 60 days after the effective date of the addition, deletion or change in coverage. The Plan is not required to accept a retroactive addition, deletion or change in coverage if the effective date is more than 60 days before the date of the Plan's receipt of the notice. In each such instance that an addition or change in coverage is involved, the Plan will have the right, at its option, to refuse to accept the addition or change or to assign a more current effective date to it. Coverage for a Member whose eligibility ceases will continue until the later of the date of the termination or the date that the Plan receives notice from the Group that states the Member is no longer eligible for coverage.

2.10    **Clerical or Administrative Error**  Clerical or administrative errors by the Group or the Plan in recording or reporting data will not confer eligibility or coverage upon individuals who are otherwise ineligible under the Group Agreement or terminate or make ineligible an individual.

2.11    **Cooperation and Submission of Information**  The Plan may require verification from the Group and/or Subscribers required to establish the eligibility of any Subscriber or Dependent enrolled hereunder.  The Group has agreed to cooperate with and assist the Plan, including providing the Plan with reasonable access to Group records upon request.  In the event information and/or documents required to establish eligibility are not provided to the Plan within 31 days following a written request to the Group or the Member, as applicable, the Plan may suspend payment of further claims or accept the failure to provide this information as proof of the Member's ineligibility.  If the written request is sent to the Group and the Group fails to respond within 31 days, the Plan will then send a copy of that request to the Member and allow the Member an additional 31 days to submit the information or documents required to establish eligibility directly to the Plan.  If such information and/or documents are not submitted by or on behalf of the Member within this 31 day period, the Plan may suspend payment of further claims or accept the failure to provide this information as proof of the Member's ineligibility.  Suspension of claims payment or determination of ineligibility in accordance with this provision will not preclude establishment of future eligibility.

**SECTION 3**
**PREMIUMS AND PAYMENTS**

3.1    **Monthly Premiums**  Initial premiums are due on or before the effective date of this Agreement. Subsequent premiums are due each month on the "Premium Due Date" preceding the month to which the premiums apply.  The Premium Due Date is either:

A.    The first day of the month to which the premiums apply; or

B.    17 days after the billing date, whichever is earlier.

Except for the initial premium(s), there is a grace period following the Premium Due Date within which overdue premiums can be paid without loss of coverage.  The grace period begins on the day after the Premium Due Date.  The grace period ends on the last day of the month to which the premiums that are due apply or the 31st day after the Premium Due Date, whichever is later. Payment of all premiums is a condition of the Plan's duties and obligations hereunder.

3.2    **Non-Payment of Premiums**  If premiums are not received by the Premium Due Date, the Plan will notify the Group in writing of the overdue premiums.  The Plan's notice will include a bill for the full amount owed.  This includes premiums which are past due and any additional premiums which will become due during the 31-day period following the notice.  If the Plan receives payment of all amounts listed on the bill within 31 days following the date of notice, coverage will continue without interruption.  If full payment is not received within the 31-day notice period (or the 31-day grace period, if later), this Agreement will automatically terminate at midnight on the last day of the grace period.  The Group will be liable for all premiums up to and including the date of termination. In addition, the Member will be liable for the cost of any benefit provided or paid or liability incurred by the Plan after the effective date of termination, subject to any extension of benefits to which the Member is entitled under Section 4.10.

3.3    **Copayments**  Members are responsible for payment of copayments at the time services are received.  If copayments are not paid by the Member when due, the Plan will initiate termination of the Member's coverage by giving 31 days' written notice to the Member.  Such notice will include a bill for the amount owed and will include any administrative costs incurred by the Plan in preparing and delivering the notice to the Member.  If payment of all amounts listed on the bill is received by the Plan within 31 days following the date of notice, coverage will continue without interruption.  If full payment is not received within such 31-day notice period, the Member's coverage will automatically terminate at midnight on the last day of the notice period.  The Member shall be liable for the cost of any benefit provided or paid or liability incurred by the Plan after the effective date of termination.

3.4    **Premium Adjustments**  All premium adjustments for Members enrolling or terminating during a coverage month will be calculated on a pro-rated basis.  Calculated Premium Adjustments will be applied to the next month's Group premium charges as follows:

A.    New enrollment will result in additional premium charges; and

B.    Terminations will result in a credit toward the premium charges due.

3.5    **Notice of Renewal**  The Plan shall mail a notice of renewal to the Group at least 45 days before the expiration of this Agreement.  The notice of renewal shall include the dates of the renewal period, the premiums, and the terms of coverage under this Agreement.

**SECTION 4**
**TERMINATION**

4.1     **Termination of Agreement by the Group**   The Group may terminate the Group Agreement on a Contract Renewal Date by giving at least 31 days prior written notice to the Plan.   Benefits for all Members will end on the last day of the current contract period, except in the case of a Member who is entitled to an extension of benefits under Section 4.10, in which case benefits will end on the last day of the Member's extension of benefits period.

4.2     **Cancellation of Coverage by the Group**   Except as provided in Section 4.11 and the Federal Continuation of Benefits Amendment, the Group must terminate the coverage of a Subscriber and of all Dependents of the Subscriber if the Subscriber:

    A.     Is no longer employed by the Group; or

    B.     No longer meets the Group's eligibility requirements for health benefits coverage.

Upon cancellation of the coverage of a Subscriber under this section, all benefits for the Subscriber and his or her Dependents under the Group Agreement will end on the effective date of cancellation as determined in accordance with the Employee Termination Policy set forth in the Group Schedule, except in the case of a Member who is entitled to continued coverage under Sections 4.10 or 4.11, or in the Federal Continuation of Benefits Amendment, in which case benefits will end on the last day of the Member's extension of benefits or continued eligibility period, as applicable.

4.3     **Cancellation by the Subscriber**

    A.     Coverage of the Subscriber and of his or her Dependents will terminate if the Subscriber cancels his or her coverage through the Group or changes to another health benefits plan offered by the Group.

    B.     Coverage of Dependents will terminate if the Subscriber through whom such individuals are covered:

        1.     Changes his or her type of coverage to a Subscriber Only or other non-family contract; or

        2.     Makes a written request to the Plan or the Group to remove an eligible Dependent from his or her coverage.

If coverage is canceled under this Section, the Plan will not be required to give notice of termination to the Subscriber or Dependents. Except as provided herein, all benefits under the Group Agreement will end on the effective date of cancellation as determined in accordance with the Employee Termination Policy set forth in the Group Schedule.

The Group is required to continue to pay the premium for a Member whose eligibility ceases until the later of the date of the termination or the date that the Plan receives a notice from the Group that states that the Member is no longer eligible for coverage.

4.4     **Termination of Agreement by the Plan**   The Plan may terminate the Group Agreement for one of the following reasons.

    A.     Failure of the Group to pay premiums as described in Section 3.1.

B.   The Plan may cancel this Agreement if any statements or answers contained in the Group's application is untrue for fraud or intentional misrepresentation of material fact by the Group. Upon such cancellation, the Plan's obligations shall consist only of the return of any subscription charges actually received by the Plan, less the amount of any benefits paid under the coverage.

C.   If the Group is no longer subject to the statutory Small Employer requirements due to a change in the size of the Group. In this case, the Group Agreement will be terminated upon 31 days prior written notice, except a person is considered to continue to be a Small Employer if the person met the enrollment guidelines and subsequently eliminated all but one Eligible Employee. If the Small Employer previously met the definition of a Small Employer and who cease being a Small Employer based solely on the new definition may continue to renew previously purchased coverage;

D.   If the Plan elects not to renew all of a particular type of Group contract issued to Small Employers in Maryland, the Plan will notify the Group and the Maryland Insurance Commissioner at least 90 days prior to the effective date of non-renewal. The Group will have the option to purchase another Group contract being offered by the Plan to Small Employers in this State. The Plan will send written notice to each person, and act uniformly without regard to the claims experience of the affected Group or any health status-related factor of any person. Health status-related factor means a factor related to: health status; medical condition; claims experience; receipt of health care; medical history; genetic information; evidence of insurability, including conditions arising out of acts of domestic violence; or disability;

E.   If the Plan elects not to renew this Group Agreement for all Small Employers in this State, the Plan will notify the Group and the Maryland Insurance Commissioner at least 180 days prior to the effective date of non-renewal; and shall give notice to the Commissioner at least 30 working days before giving this notice.

F.   Within seven days following cancellation or nonrenewal by the Plan of this Group Agreement, the Plan shall send written notice to each Eligible Employee of its action and the conversion rights available to each Eligible Employee, as described in Section 5.

4.5   **Loss of Eligibility as a Dependent** Coverage of Dependents will automatically terminate if there is a change in their age, status or relationship to the Subscriber such that they no longer meet the eligibility requirements of the Group Agreement.

A.   Except as otherwise provided herein, termination of Dependent coverage due to loss of eligibility will be effective on the last day of the month in which the change in eligibility occurs.

B.   Except as provided in Section 2.4 C., coverage of Dependent Children will automatically terminate on the last day of the month in which the Dependent Child attains age 19 (or, if eligible as a student, age 23).

C.   It is the Subscriber's responsibility to notify the Plan of any other changes in the status of his or her Dependents that affect their eligibility for coverage under the Group Agreement. These changes include the Subscriber's divorce, the marriage of a Dependent Child, or termination of a Dependent Child's status as a full-time student prior to age 23. If the Subscriber does not notify the Plan of these types of changes and it is later determined that a Dependent was not eligible for coverage, the Plan has the right to recover the full value of the services and benefits provided during the period of ineligibility. The Plan can recover these amounts from the Subscriber or from the Dependent, at the Plan's option. If ineligibility of the individual results in an overpayment of premiums, the Plan will refund such excess premiums.

4.6    **Death of Subscriber**  In the event of the Subscriber's death, coverage of any Dependents will continue under the Subscriber's enrollment until the last day of the month in which the Subscriber's death occurs. Thereafter, the Dependents may be eligible for continuation of coverage as described in Section 4.11 A. and the Federal Continuation of Benefits Amendment.

4.7    **The Plan's Right to Cancel Coverage**

A.    **Other Coverage**  If the Plan determines that the Subscriber is also covered under another public or private health insurance plan or other health benefit arrangement, other than Medicaid, the Subscriber's coverage and the coverage of all other covered Members of his or her family may be terminated by the Plan upon 31 days written notice to the Member. Such notice shall give the Subscriber the option to discontinue the other coverage within 31 days following receipt of the notice. If the Subscriber terminates the other coverage within this 31 day period, coverage under the Group Agreement will continue without interruption. If the Subscriber remains covered under the other plan, coverage under the Group Agreement will terminate on the 32nd day following the date of notice. The provisions of this paragraph do not apply if the Group has elected to cover employees with other coverage.

B.    **Physician-Patient Relationship**  If, after reasonable efforts, Plan Physicians are unable to establish and maintain a satisfactory physician-patient relationship with a Member, the Member's coverage and, if the Member is the Subscriber, the coverage of all other covered Members of his or her family may be terminated by the Plan upon 31 days written notice to the Member.

C.    **Furnishing Incorrect or Incomplete Information**  Members represent that all information contained in applications submitted to the Plan in connection with or incident to enrollment under the Group Agreement is true, correct and complete to the best of their knowledge and belief. If a Member furnishes statements which are fraudulent or material to the acceptance of the application, the Member's coverage and, if the Member is the Subscriber, the coverage of all other covered Members of his or her family may be terminated by the Plan upon 31 days written notice to the Member.

D.    **Misuse of Identification Card**  If any Member permits the use of his or her or any other Member's Plan identification card by any other person, or if a Member uses another person's card, the card shall be returned to the Plan upon request, and all rights of the Member may be terminated upon 31 days written notice.

4.8    **Residing Outside the Service Area**  The Plan may terminate the coverage of a Subscriber and his or her Dependents upon 31 days written notice if the Subscriber changes permanent residence to a location that is outside the Service Area.

4.9    **Reinstatement Requires Application**  If coverage of any Member is canceled or terminated for any reason, coverage may be renewed only if the individual reestablishes his or her eligibility and submits an application in accordance with Section 2.  Coverage will not reinstate automatically, under any circumstances.

4.10    **Extension of Benefits**  If a Member is Totally Disabled when coverage terminates, the Plan shall continue to pay covered benefits, in accordance with the Agreement in effect at the time the Member's coverages terminates, for expenses incurred by the Member for the condition causing the disability until the earlier of:

A.    The date the Member ceases to be Totally Disabled; or

B.    twelve (12) months from the Member's termination date.

**Totally Disabled** means the Member's inability, due to a condition of physical or mental incapacity, to engage in the duties or activities of a person of the same age and sex in reasonably good health. The Plan reserves the right to verify whether the Member is and continues to be Totally Disabled.

C.     The extension of benefits described in this Section will not apply if:

    1.     coverage is terminated because the Member fails to pay the required premium;

    2.     coverage is terminated for fraud or material misrepresentation by the Member; or

    3.     any coverage provided by a succeeding health benefit plan:

        a.     is provided at a cost to the Member that is less than or equal to the cost to the Member of the extended benefit required under this Section; and
        b.     does not result in an interruption of benefits.

During an extension period provided under this Section, premiums may not be charged.

4.11     **Eligibility for Continuation of Coverage**  Members covered under the Group Agreement are entitled to continue their coverage or convert their coverage to a non-group health plan under certain circumstances. These rights are granted under Federal and State laws and regulations. You must make the election to continue or convert coverage as specified by Federal and State laws and regulations, as stated in this Section and in the Federal Continuation of Benefits Amendment.

**Maryland Continuation**  Under Maryland law, applicable changes in status for continuation of coverage means: death of the Subscriber; or involuntary termination of the Subscriber's employment (other than for cause), or divorce of the Subscriber and spouse.

A.     **Continuation of Coverage for Spouse and Children as a Result of the Death of the Subscriber**  This provision applies in the event of the death of a Subscriber who was a resident of Maryland, was covered under the Group Agreement or predecessor Group contract with the same employer for at least three months and whose coverage included one or more Dependents at the time of death. When this provision applies, Dependents of the Subscriber may elect to remain covered under the Group Agreement until the earliest of any of the following:

    1.     18 months after the date of the Subscriber's death;

    2.     Failure to make timely payment for this continuation coverage;

    3.     Enrollment in other group or non-group coverage;

    4.     The date on which the Dependent becomes entitled to benefits under Medicare;

    5.     With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under the Group Agreement if the Subscriber's death had not occurred, for example if the child marries or attains the limiting age; or

    6.     The date on which the Group ceases to provide benefits to its employees under the Group Agreement.

This continuation coverage must be elected, through submission of a signed election notification form to the Group, within 45 days after the Subscriber's death. The Dependents are responsible for payment through the Group of the full cost of this continuation coverage, which may include a reasonable administrative fee not to exceed 2% of premium, which is payable to and retained by the Group. No evidence of insurability is required.

B.    **Continuation of Coverage for Spouse and Children in the Event of Divorce**  This provision applies in the event of the divorce of a Subscriber who is a resident of Maryland and whose coverage included one or more Dependents at the time of divorce. When this provision applies, Dependents of the Subscriber may continue to be covered under the Group Agreement until the earliest of any of the following:

1.    Termination of the Subscriber's coverage under the Group Agreement;

2.    Failure to make timely payment for this continuation coverage;

3.    Enrollment of the Dependent in other group or non-group coverage;

4.    The date on which the Subscriber becomes entitled to benefits under Medicare;

5.    With regard to the coverage of a Dependent spouse, the last day of the month in which the spouse remarries;

6.    With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under the Group Agreement if the Subscriber's divorce had not occurred, for example if the child marries or attains the limiting age;

7.    The effective date of an election by the Dependent to no longer be covered under the Group Agreement; or

8.    The date on which the Group ceases to provide benefits to its employees under the Group Agreement;

To receive this continued coverage, the Subscriber or the divorced spouse must notify the Group of the divorce no later than:

a.    60 days following the divorce if, on the date of the divorce, the Subscriber is covered under the Group Agreement or another group health plan offered by the Group; or

b.    30 days following the effective date of the Subscriber's coverage under this Group Agreement if, on the date of the divorce, the Subscriber was covered under a group health plan offered through a different employer.

The Subscriber or the former spouse of the Subscriber shall pay to the Group the full cost of the continuation coverage.

C.    **Continuation of Coverage for Subscriber and Dependents in the Event of Involuntary Termination of Employment for Any Reason Other Than Cause**  This provision applies in the event of the involuntary termination of employment of a Subscriber who is a resident of Maryland, was involuntarily terminated from employment for any reason other than cause and who was covered under the Group Agreement or predecessor Group contract with the same employer for at least three months prior to the termination of employment.

When this provision applies, the Subscriber and any Dependent who was covered under the Subscriber on the date of termination may elect to remain covered under the Group Agreement until the earliest of any of the following:

1.    18 months after the date of termination of the Subscriber's employment;

2.    Failure to make timely payment for this continuation coverage;

3.    Enrollment in other group or non-group coverage;

4.    The date on which the Subscriber becomes entitled to benefits under Medicare;

5.    The effective date of an election by the Subscriber to no longer be covered under the Group Agreement;

6.    With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under the Group Agreement if the Subscriber's employment had not terminated, for example if the child marries or attains the limiting age; or

7.    The date on which the Group ceases to provide benefits to its employees under the Group Agreement.

This continuation coverage must be elected, through submission of a signed election notification form to the Group, within 45 days after termination of the Subscriber's employment. The Subscriber is responsible for payment through the Group of the full cost of this continuation coverage which may include a reasonable administrative fee not to exceed 2% of premium, which is payable to and retained by the Group. No evidence of insurability is required.

4.12    **Eligibility of Individuals Covered Under Prior Continuation Provisions** If you were covered under a continuation provision of the Group's or the Subscriber's prior health insurance plan, which provision in essence is the same as one of those described in Section 4.11, and the Federal Continuation of Benefits Amendment, you will be considered eligible for coverage under the Group Agreement. Your coverage will otherwise be subject to the eligibility requirements of the Group Agreement.

4.13    **Right to Continue Coverage Under Only One Provision** If you are eligible to continue your coverage under the Group Agreement under more than one continuation provision as described in Section 4.11, 4.12, and the Federal Continuation of Benefits Amendment you will receive only one such continuation coverage. You may select the continuation coverage of your choice.

## SECTION 5
## RIGHT TO CONVERSION CONTRACT

5.1    **If the Subscriber Is No Longer Eligible for Group Coverage**  If coverage terminates because the Subscriber is no longer an Eligible Employee of the Group or no longer meets the Group's eligibility requirements for health benefits coverage, the Subscriber is entitled to purchase a Conversion Contract covering the Subscriber and his or her covered Dependents.

5.2    **Upon Subscriber's Death**  Following the death of a Subscriber, the enrolled spouse or, if there is no spouse, the covered Dependent Children of the Subscriber, may purchase a Conversion Contract.

5.3    **Upon Termination of Marriage**  If coverage of a Dependent spouse terminates due to divorce or legal separation (if the legal separation is recognized in the jurisdiction in which the Subscriber resides) or because the marriage is annulled, the spouse is entitled to purchase a Conversion Contract.

5.4    **Upon Termination of Coverage of a Child**  If coverage of a Dependent Child terminates because the child no longer meets the eligibility requirements of the Group Agreement (e.g., the child marries, attains 19 years of age and is not a student, becomes capable of self-support, etc.) the child is entitled to purchase a Conversion Contract.

5.5    **Upon Termination of the Group Agreement by the Group**  When the Member's coverage terminates because of the termination of the Group Agreement by the Group, the Member is entitled to purchase a Conversion Contract if the Group has not provided for continued coverage of the Member through another health plan or other group insurance program offered by or through the Group.

5.6    **Upon Expiration of Continued Coverage**  Members are entitled to purchase a Conversion Contract upon expiration of continuation of coverage as described in Section 4.11, and the Federal Continuation of Benefits Amendment.

5.7    **No Right to Conversion Contract**  If the Member's coverage under the Group Agreement terminates for any other reason, the Member does not have the right to a Conversion Contract. These situations include:

A.    Termination of coverage because the Subscriber canceled his or her Group coverage or changed to another health benefits plan offered by the Group;

B.    Termination of coverage for any of the reasons set forth in Section 4.7.

5.8    **Application for Conversion Contracts**  If the Member's coverage ends for any reason other than those stated in Section 5.7, the Plan will notify the Member of the conversion option within 31 days of the date the coverage ends.  The Plan must receive a completed application from the Member, including full payment of the applicable premium, within 31 days after the effective date of termination of the Member's coverage, or within 31 days from the date the Plan notified the Member of his or her right to convert, whichever is later.  If the Member is not notified of his or her option to convert or if such notice is not given in a timely manner, the time period to apply for conversion will not be extended beyond 90 days from the date the coverage terminated.  Conversion Contracts issued under this Section will not require evidence of insurability.  Benefits under Conversion Contracts may vary from the benefits under the Group Agreement and the Plan reserves all rights, subject to applicable requirements of law, to determine the form and terms of the Conversion Contract(s) to be issued hereunder.

5.9    **Effective Date of Conversion Contract**  A Conversion Contract issued under this Section will be effective on the day following the date the Group Agreement terminated or the Member's coverage under the Group Agreement terminated.

## SECTION 6
## COORDINATION OF BENEFITS

6.1     This Coordination of Benefits ("COB") provision applies to this Group Agreement "This Plan" when a Member has health care coverage under another Health Plan. The term "Health Plan" as used in this Section means this Certificate and any other health maintenance organization or health insurance contract or policy which is issued on a group or individual basis, including a self-insured employer or union plan or program.

If this COB provision applies, the order of benefit determination rules should be looked at first. Those rules determine whether the benefits of This Plan are determined before or after those of another Health Plan. The benefits of This Plan:

A.      shall not be reduced when, under the order of determination rules, This Plan determines its benefits before another Health Plan; but

B.      may be reduced when, under the order of determination rules, another Health Plan determines its benefits first. The above reduction is described in the "Effect on the Benefits of This Plan" Section.

6.2     **Terms**  For the purpose of this Section, the following terms are defined.

**Health Plan**  any health insurance policy, including those of nonprofit health service plans, and those of commercial group, blanket, and individual policies, any subscriber contracts issued by health maintenance organizations, and any other established programs under which the insured may make a claim.

The term Health Plan includes coverage under a governmental Health Plan, or coverage required or provided by law. This does not include a State Health Plan under Medicaid (Title XIX, Grants to States for Medical Assistance Programs, of the United States Social Security Act, as amended from time to time.)

The term Health Plan does not include:

A.      an individually underwritten and issued, guaranteed renewable, specified disease policy;

B.      an intensive care policy, which does not provide benefits on an expense incurred basis;

C.      coverage regulated by a motor vehicle reparation law;

D.      the first $100 per day of a hospital indemnity contract; or,

E.      an elementary and or secondary school insurance program sponsored by a school or school system.

An "intensive care policy" means a health insurance policy that provides benefits only when treatment is received in that specifically designated Health Care Facility of a hospital that provides the highest level of care and which is restricted to those patients who are physically, critically ill or injured.

A "specific disease policy" means a health insurance policy that provides (1) benefits only for a disease or diseases specified in the policy or for the treatment unique to a specific disease; or (2) additional benefits for a disease or diseases specified in the policy or for treatment unique to a specified disease or diseases.

**This Plan**  this Group Agreement

**Primary or Secondary Plan**  the order of benefit determination rules state whether This Plan is a Primary Plan or Secondary Plan as to another Health Plan covering Members.

When This Plan is a Primary Plan, its benefits are determined before those of the other Health Plan and without considering the other Health Plan's benefits.

When This Plan is a Secondary Plan, its benefits are determined after those of the other Health Plan and may be reduced because of the other Health Plan's benefits.

When there are more than two Health Plans covering the Member, This Plan may be a Primary Plan as to one of the other Health Plans, and may be a Secondary Plan as to a different Health Plan or Health Plans.

**Allowable Expenses**  a health care service or expense, including deductibles, coinsurance or copayments, that is covered at least in part by any of the Health Plans covering the Member, except as set forth below.  This means that an expense or service or a portion of an expense or service that is not covered by any of the Health Plans is not an Allowable Expense.  When a Health Plan provides benefits in the form of services, (for example an HMO or a Closed Panel Plan) the reasonable cash value of each service will be considered an Allowable Expense and a benefit paid.

The following are examples of expenses or services that are not Allowable Expenses.

A.     The difference between the cost of a private hospital room and the cost of a semi-private hospital room, unless the patient's stay in a private hospital room is medically necessary in terms of generally accepted medical practice, or one of the Health Plans routinely provides coverage for hospital private rooms) is not an Allowable Expense.

B.     If a Member is covered by two or more Health Plans that compute their benefit payments on the basis of usual and customary fees, any amount in excess of the highest of the usual and customary fees for a specific benefit is not an Allowable Expense.

C.     If a Member is covered by two or more Health Plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an Allowable Expense.

D.     If a Member is covered by one Health Plan that calculates its benefits or services on the basis of usual and customary fees and another Health Plan that provides its benefits or services on the basis of negotiated fees, the Primary Plan's payment arrangements shall be the Allowable Expense for all Health Plans.

E.     When benefits are reduced under a Primary Plan because a Member does not comply with the Health Plan provisions, the amount of such reduction will not be considered an Allowable Expense.  Examples of such provisions are those related to second surgical opinions and precertification of admissions or services.

**Claim Determination Period** a calendar year. However, it does not include any part of a year during which a Member has no coverage under This Plan, or any part of a year before the date this COB provision or a similar provision takes effect.

**Closed Panel** is a Health Plan that provides health benefits to Members primarily in the form of services through a panel of Providers that have contracted with or are employed by the This Plan and that limits or excludes benefits for services provided by other Providers, except in cases of emergency or referral by a panel member.

6.3     **Order of Determination Rules**

A.     General. When there is a basis for a claim under This Plan and another Health Plan, This Plan is a Secondary Plan which has its benefits determined after those of the other Health Plan unless;

1.     the other Health Plan has rules coordinating benefits with those of This Plan; and

2.     both those rules and This Plan's rules, in subsection B., require that This Plan's benefits be determined before those of the other Health Plan.

B.     Rules. This Plan determines its order of benefits using the first of the following rules which applies:

1.     Non-Dependent/Dependent: The benefits of the Health Plan which covers the person as an employee, Member or Subscriber (that is, other than as a Dependent) are determined before those of the Health Plan which covers the person as a Dependent except that: if the person is also a Medicare beneficiary, and the result of the rule established by Title XVIII of the Social Security Act and implementing regulations, Medicare is:

a.     secondary to the Health Plan covering the person as a Dependent; and

b.     primary to the Health Plan covering the person as other than a Dependent (e.g. retired employee),

then the benefits of the Health Plan covering the person as a Dependent are determined before those of the Health Plan covering the person as other than a Dependent.

2.     Dependent Child/parents not separated or divorced. Except as stated in paragraph Dependent Child/parents separated or divorced below, when This Plan and another Health Plan cover the same child as a Dependent of different persons, called "parents:"

a.     the benefits of the Health Plan of the parent whose birthday falls earlier in a year are determined before those of the Health Plan of the parent whose birthday falls later in the year; but

b.     if both parents have the same birthday, the benefits of the Health Plan which covered one parent longer are determined before those of the Health Plan which covered the other parent for a shorter period of time.

However, if the other Health Plan does not have the rule described in a. immediately above, but instead has a rule based upon the gender of the parent, and if as a result, the Health Plans do not agree on the order of benefits, the rule in the other Health Plan will determine the order of benefits.

3.  Dependent Child/parents separated or divorced.  If two or more Health Plans cover a person as a Dependent Child of divorced or separated parents, benefits for the child are determined in this order:

    a.  first, the Health Plan of the parent with custody of the child;

    b.  then, the Health Plan of the spouse of the parent with the custody of the child; and

    c.  finally, the Health Plan of the parent not having custody of the child.

    However, if the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child, and the entity obligated to pay or provide the benefits of the Health Plan of that parent has actual knowledge of those terms, the benefits of that Health Plan are determined first.  The Health Plan of the other parent shall be the Secondary Plan.  This paragraph does not apply with respect to any Claim Determination Period or Health Plan year during which any benefits are actually paid or provided before the entity has that actual knowledge.

4.  Joint custody.  If the specific terms of a court decree state that the parents shall share joint custody, without stating that one of the parents is responsible for the health care expenses of the child, the Health Plans covering the child follow the order of benefit determination rules outlined in subsection B. 2., Dependent Child/parents not separated or divorced.

5.  Active/inactive employee.  The benefit of a Health Plan which covers a person as an employee who is neither laid off nor retired are determined before those of a Health Plan which covers that person as a laid off or retired employee.  The same would hold true if a person is a Dependent of a person covered as a retiree and an employee.  If the other Health Plan does not have this rule, and if, as a result, the Health Plans do not agree on the order of benefits, this rule is ignored.

6.  Continuation coverage.  If a person whose coverage is provided under the right of continuation pursuant to Federal or State law also is covered under another Health Plan, the following shall be the order of benefits determination:

    a.  first, the benefits of a Health Plan covering the person as an employee, Member or Subscriber (or as that person's Dependent);

    b.  second, the benefits under the continuation coverage.

    If the other Health Plan does not have the rule described above, and if, as a result, the Health Plans do not agree on the order of benefits, this rule is ignored.

       7.     Longer/shorter length of coverage. If none of the above rules determines the order of benefits, the benefits of the Health Plan which covered an employee, Member or Subscriber longer are determined before those of the Health Plan which covered that person for the shorter term.

6.4    **Effect of The Benefits of This Plan**

A.    When this Section applies. This Section applies when, in accordance with the prior Section, order of benefits determination rules, This Plan is a Secondary Plan as to one or more other Health Plans. In that event the benefits of This Plan may be reduced under this Section. Such other Health Plan or Health Plans are referred to as "the other Health Plans" in B. below.

B.    Reduction in the Health Plan's benefits. The benefits of This Plan will be reduced when the sum of:

1.    the benefits that would be payable for the Allowable Expense under This Plan in the absence of this COB provision; and

2.    the benefits that would be payable for the Allowable Expenses under the other Health Plans, in the absence of provisions with a purpose like that of this COB provision, whether or not claim is made; exceeds those Allowable Expenses in a Claim Determination Period. In that case, the benefits of This Plan will be reduced so that they and the benefits payable under the other Health Plans do not total more than those Allowable Expenses.

When the benefits of This Plan are reduced as described above, each benefit is reduced in proportion. It is then charged against any applicable benefit limit of This Plan.

6.5    **Right to Receive and Release Needed Information**

Certain facts are needed to apply these COB rules. The Plan has the right to decide which facts it needs. It may get the needed facts from or give them to any other organization or person. The Plan need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Plan must give the Plan any facts it needs to pay the claim.

6.6    **Facility of Payment**

A payment made under another Health Plan may include an amount which should have been paid under This Plan. If it does, the Plan may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under This Plan. The Plan will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means the reasonable cash value of the benefits provided in the form of services.

6.7    **Right of Recovery**

If the amount of the payments made by the Plan is more that it should have paid under this COB provision, it may recover the excess from one or more of:

A.    the persons it has paid or for whom it has paid;

B.    insurance companies; or,

C.    other organizations.

The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

SECTION 7
GENERAL PROVISIONS

7.1   **Assignment of Benefits**  A Member may not assign his or her right to receive benefits or benefit payments under this Group Agreement to another person or entity.

7.2   **Payments under the Group Agreement**   Payments for covered services provided by Plan Physicians and Plan Providers will be made by the Plan directly to them or to their representatives.  If Members receive covered services from any other provider of care, the Plan reserves the right to pay either the Member or the provider. In addition, if you are covered as a Child Dependent under a court or administrative order and your parent who is not the Subscriber incurs covered expenses on your behalf, the Plan reserves the right to make payment for these covered expenses to the non-Subscriber parent, the provider, or the Maryland Department of Health and Mental Hygiene. In either case, such payment will constitute full and complete satisfaction of the Plan's benefits and payment obligations hereunder.

7.3   **Provider and Services Information**   Current listings of Plan Providers will be made available to Group participants at the time of enrollment.  Updated listings are available to Groups or Members at any time upon request. Members regularly receive information regarding how services and benefits may be obtained in Member Handbooks and Member newsletters.   This and other Member information is available at any time upon request.

7.4   **Events Outside the Plan's Control**

A.   For the purposes of this Section, an event outside the control of the Plan refers to a natural disaster, epidemic, complete or partial destruction of facilities, disability of a significant part of the Plan or Plan Provider staff, war, riot, civil insurrection or any similar event over which the Plan cannot exercise influence or control.

B.   When an event outside the control of the Plan affects the operations of the Plan or Plan Providers, the Plan and Plan Providers will use their best efforts to continue to provide and arrange benefits and services to Members under the Group Agreement, taking into account the impact of the event on facilities and personnel and the extent to which the services required by the Member are medically necessary and urgently needed.

C.   If the Plan and Plan Providers are unable to provide or arrange benefits under Section 7.4 B., in a reasonable manner and within a reasonable time after a Member's request, coverage will be provided for covered services obtained from any physician, hospital or provider of the Member's choice to the extent prescribed by the Insurance Commissioner of Maryland.  The Member or the provider will be reimbursed for the cost of such services up to the benefit limits of the Group Agreement if, and to the extent, the Plan determines:

1.   That the services would have been covered under the Group Agreement if provided or arranged for by a Plan Provider;

2.   That obtaining these services from Plan Providers was impossible, impractical or would have entailed a medically unacceptable delay; and

3.   That the services were medically necessary.

D.   Except as provided in Sections 7.4 B. and 7.4 C., neither the Plan nor any Plan Provider will have any liability or obligation for delay or failure to provide or arrange for any services or benefits when the delay or failure is caused by an event outside the Plan's control.

7.5    **Selection of Primary Care Physician**

A.    A Member may select any Primary Care Physician from the Plan's current list of Plan Physicians to be his or her Primary Care Physician. If the Primary Care Physician selected by the Member is not available, the Plan will assist the Member in making another selection. If a change in Primary Care Physicians is required under this paragraph, the Plan will notify the Member in advance.

B.    Members may change Primary Care Physicians at any time by notifying the Plan. If the Plan receives the request by the 20th day of the month, the change will be made effective on the first day of the following month. If the request is received after the 20th day of the month, the change will be made effective on the first day of the second month following notice.

C.    The Plan may require a Member to change to a different Primary Care Physician if the Member's Primary Care Physician is no longer available as a Primary Care Physician under the coverage provided by the Group Agreement.

D.    The Plan may require a Member to change to a different Primary Care Physician if the Plan determines that the furnishing of adequate medical care is jeopardized by a seriously impaired physician-patient relationship between the Member and his or her Primary Care Physician due to any of the following:

1.    The Member refuses to follow a treatment procedure recommended by his or her Primary Care Physician and the Primary Care Physician believes that no professionally acceptable alternative exists;

2.    The Member engages in threatening or abusive behavior toward the physician, the physician's staff or other patients in the office; or

3.    The Member attempts to take unauthorized controlled substances from the physician's office or to obtain these substances through fraud, misrepresentation, forgery or by altering the physician's prescription order.

If a change in Primary Care Physicians is required under Section 7.5 C., the action is effective upon written notice to the Member. However, if the Primary Care Physician was terminated by the Plan for any reasons unrelated to fraud, patient abuse, incompetency, or loss of license, the Member may, upon request to the Plan, continue to use the Primary Care Physician that was terminated for up to 90 days beyond the date that of the Plan's notice to the Member. If a change is required under 7.5 D., the action is effective upon written notice to the Member. However, the Member may request a review of the action under the Grievance and Appeals Procedures Amendment, which is hereby attached. If a Member is required to change to another Primary Care Physician due to any of the circumstances described in D., and if there is a recurrence of the same or a similar situation with another Primary Care Physician, the Plan may terminate the Member's coverage upon 31 days notice. Provided, however, that the Member's refusal to follow a prescribed course of treatment will not, in and of itself, be cause for termination.

7.6    **Member Medical Records**  It may be necessary to obtain Member medical records and information from hospitals, skilled nursing facilities, physicians or other providers who treat the Member. When a Member becomes covered under the Group Agreement, the Member (or, if the Member is legally incapable of giving such consent, the representative of such Member) automatically gives the Plan permission to obtain and use such records and information, including without limitation medical records and information requested to assist the Plan in determining benefits and eligibility of Members.

7.7    **Privacy Statement**  The Plan shall comply with State, Federal and local laws pertaining to the dissemination or distribution of non-public personally identifiable medical or health related data.  In that regard, the Plan will not provide to the Group or unauthorized third parties any personally identifiable medical information without the prior written authorization of the patient or parent/guardian of the patient or as otherwise permitted by law.

7.8    **Relationship to Plan Physicians and Other Plan Providers**  Plan Physicians and Plan Providers are independent individuals or organizations and are related to the Plan by contract only.  Plan Physicians and Plan Providers are not employees or agents of the Plan and are not authorized to act on behalf of or obligate the Plan with regard to interpretation of the terms of the Group Agreement, including eligibility of Members for coverage or entitlement to benefits.  Plan Physicians maintain a physician-patient relationship with the Member and are solely responsible for the professional services they provide.  The Plan is not responsible for any acts or omissions, including those involving malpractice or wrongful death, by Plan Physicians, Plan Providers or any other individual, facility or institution that provides services to Members or any employee, agent or representative of such providers.

7.9    **The Plan's Relationship to the Group**  The Group is not an agent or representative of the Plan and is not liable for any acts or omissions by the Plan or any Plan Provider.  The Plan is not an agent or representative of the Group and is not liable for any acts or omissions of the Group.

7.10   **Legal Actions**  Any lawsuit by a Member against the Plan under the Group Agreement must be commenced within three years from the date the Member received the service for which or on account of which payment is being sought.  In addition, before the Member may bring a lawsuit against the Plan, the Member must submit a claim to the Plan and allow the Plan at least 60 days to review the claim.  The requirements to submit a claim to the Plan before bringing a lawsuit does not apply if the lawsuit is commenced within the 60-day period immediately preceding the end of the three-year period described above.

7.11   **Acceptance of Agreement**  The Group Agreement is deemed to have been accepted by the Group upon the Group's making payment to the Plan pursuant to Section 3 hereof and by the Plan upon issuance to the Group of the Group Agreement.  Such payment and issuance renders all terms and provisions hereof binding on the Plan and the Group.

7.12   **Administration of Agreement**  The Plan may adopt reasonable policies, procedures, rules and interpretations to promote the orderly and efficient administration of the Group Agreement.

7.13   **Amendment Procedure**  The Plan may amend the Group Agreement with respect to any matter, including rates, effective as of any Contract Renewal Date by mailing a postage-prepaid notice of the amendments to the Group at its address of record with the Plan at least 45 days before the Contract Renewal Date.  All such amendments are deemed accepted by the Group unless the Group gives the Plan written notice of nonacceptance at least 31 days before the Contract Renewal Date, in which event the Plan may terminate the Group Agreement upon written notice to the Group.

No agent or other person, except an officer of the Plan, has authority to waive any conditions or restrictions of the Group Agreement, or to extend the time for making payments hereunder, or to bind the Plan by making any promise or representation or by giving or receiving any information.

No change in the Group Agreement will be binding on the Plan, unless evidenced by an amendment signed by an authorized representative of the Plan.

7.14    **Group Agreement Binding on Members**  The Group Agreement can be amended, modified or terminated in accordance with any provision of the Group Agreement or by mutual agreement between the Plan and the Group without the consent or concurrence of Members.  By electing coverage under the Group Agreement, or accepting benefits under the Group Agreement, Members are subject to all terms, conditions and provisions of the Group Agreement, including but not limited to Sections 7.1, 7.4 and 7.6.

7.15    **Rights to Vest in Guarantor**  In the event of insolvency, the Plan's rights under the Group Agreement (including, but not limited to, all rights to subscription charges to the extent permitted by applicable bankruptcy law) shall become vested in any person or entity which guarantees payment and actually pays for the services and benefits which the Plan is obligated to make available under the Group Agreement.

7.16    **Rules for Determining Dates and Times**  The following rules will be used when determining dates and times under the Group Agreement:

A.    All dates and times of day will be based on the dates and times applicable to Eastern Standard Time or Eastern Daylight Savings Time, as applicable.

B.    When reference is made to coverage being effective on a particular date, this means 12:01 a.m. on that date.

C.    When reference is made to termination being effective on a particular date, this means 12:00 midnight on that date.

D.    "Days" means calendar days, including weekends, holidays, etc.

E.    "Year" refers to calendar year, unless a different basis is specifically stated.

7.17    **Notices**

A.    **To the Member**  Notice to Members will be sent by first class mail to the most recent address for the Member in the Plan's files.  The notice will be effective on the date mailed, whether or not the Member in fact receives the notice or there is a delay in receiving the notice.

B.    **To the Plan**  When notice or payment is sent to the Plan, it must be sent by first class mail to:

CareFirst BlueChoice, Inc.
840 First Street, NE
Washington, DC 20065
Attn: President

Notice will be effective on the date of receipt by the Plan, unless the notice is sent by registered mail, in which case the notice is effective on the date of mailing, as certified by the Postal Service.  The Plan may change the address at which notice is to be given by giving written notice thereof to the Group.

C.    **To the Group**  Notices to the Group will be sent by first class mail to the address set forth in the Group Agreement.  Notice will be effective on the date of receipt by the Group, unless the notice is sent by registered mail, in which case the notice is effective on the date of mailing, as certified by the Postal Service.  The Group may change the address at which notice is to be given by giving written notice thereof to the Plan.

In the event the Group is a brokered account, notices to the Group required or arising under the Group Agreement shall be effectively given by the Plan by sending such notice directly to the Group as set forth above or, alternatively, by providing notice in the manner described above to the Group's current broker of record as recognized and listed in the Plan's records. The Group shall promptly notify the Plan of any change in the designated broker under the Group Agreement.

7.18    **Third Party Responsibility**

The Plan has subrogation and reimbursement rights. Subrogation requires the Member to turn over to the Plan any rights the Member may have against a third party. A third party is any person, corporation, insurer or other entity that may be liable to a Member for an injury or illness. This right applies to the amount of benefits paid by the Plan for injuries or illnesses where a third party could be liable. A Recovery as used in this Section means: to be successful in a lawsuit, to collect or obtain an amount; to obtain a favorable or final judgment; to obtain an amount in any legal manner; an amount finally collected or the amount of judgment as a result of an action brought against a third-party. A Recovery does not include payments made to the Member under the Member's Personal Injury Protection Policy. The Plan will not recover medical expenses from a Subscriber unless the Subscriber or Member recovers for medical expenses in a cause of action.

A.     The Member shall notify the Plan as soon as reasonably possible that a third-party may be liable for the injuries or illnesses for which benefits are being provided or paid.

B.     To the extent that actual payments made by the Plan result from the occurrence that gave rise to the cause of action, the Plan shall be subrogated and succeed to any right of recovery of the Member against any person or organization.

C.     The Member shall pay the Plan the amount recovered by suit, settlement, or otherwise from any third-party's insurer, any uninsured or underinsured motorist coverage, or as permitted by law, to the extent that any actual payments made by the Plan result from the occurrence that gave rise to the cause of action.

D.     The Member shall furnish information and assistance, and execute papers that the Plan may require to facilitate enforcement of these rights. The Member shall not commit any action prejudicing the rights and interests of the Plan.

E.     In a subrogation claim arising out of a claim for personal injury, the amount recovered by the Plan shall be reduced by:

   1.     Dividing the total amount of the personal injury recovery into the total amount of the attorney's fees incurred by the injured person for services rendered in connection with the injured person's claim; and

   2.     Multiplying the result by the amount of the Plan's subrogation claim.

          This percentage may not exceed one-third (1/3) of the Plan's subrogation claim.

F.     On written request by the Plan, a Member or Member's attorney who demands a reduction of the subrogation claim shall provide the Plan with a certification by the Member that states the amount of the attorney's fees incurred.

**Personal Injury Protection ("PIP") Coverage**  PIP is insurance coverage without regard to fault provided under a Member's motor vehicle casualty insurance.

The Plan will not reduce, limit, or exclude coverage due to payments made to the Member under the Member's PIP Policy. Any prior exclusion or limitation on covered services due to coverage under the Member's PIP Policy are hereby deleted.

7.19    **Right to Examine**  The Plan has the right to examine a Member when and as often as it may reasonably require during the pendency of a claim under the Group Agreement. Any physical examination required by the Plan will be performed at the expense of the Plan.

7.20    **Plan Disclosure**  The Group, on behalf of itself and its Members, hereby expressly acknowledges its understanding that this Group Agreement constitutes a contract solely between the Group and the Plan; that the Plan is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association") permitting the Plan to use the Blue Cross and Blue Shield Service Marks in the District of Columbia, Maryland and portions of Virginia; and that the Plan is not contracting as the agent of the Association. The Group, on behalf of itself and its Members, further acknowledges and agrees that it has not entered into this Group Agreement based upon representations by any person other than the Plan; and no person, entity, or organization other than the Plan shall be held accountable or liable to the Group for any of the Plan's obligations to the Group created under this Group Agreement. This paragraph shall not create any additional obligations whatsoever on the part of the Plan other than those obligations created under other provisions of this Group Agreement.

7.21    **Misstatement of Age**  If the age of the oldest Member is misstated an equitable adjustment to the premium or benefits, or both, will be made. The premium or benefit will be adjusted to the appropriate age.

7.22    **Incontestability**  This Group Agreement may not be contested, except for nonpayment of premiums, after it has been in force for two (2) years from its date of issue. A statement made by a Member relating to insurability may not be used in contesting the validity of the insurance with respect to which the statement was made after coverage has been in force for two (2) years. Absent fraud, each statement made by an applicant, Group contract holder, or a Member is considered to be a representation and not a warranty. A statement made to effectuate coverage may not be used to avoid the coverage or reduce benefits under the contract unless the statement is contained in a written instrument signed by the Group contract holder or Member, and a copy of the statement is given to the Group contract holder or Member.

7.23    **Notice of Claim**  When the Plan is notified of an out-of-area claim, a Member may request a claim form by writing or calling the Plan. The Plan provides claim forms for this purpose. The Plan upon receipt of a notice of a claim, will send the Member claim forms. If claim forms are not sent within fifteen (15) days after the Plan's receipt of the notice of a claim, the Member shall be considered to have complied with the requirements of this Group Agreement as to proof of loss, if the Member submits, within the time stated in the Group Agreement for filing proof of loss, written proof of the occurrence, character, and the extent of the loss for which claim is made. Benefits under this Group Agreement will be paid within 30 days after receipt of a complete claim form.

7.24    **Proof of Loss**  Written proof of loss shall be furnished to the Plan at its office within fifteen (15) months following the date of service, except in the absence of legal capacity. Failure to furnish proof within the time required shall not invalidate or reduce any claim if it was not reasonably possible to give proof within the required time, provided proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

7.25    **Certificates**  Unless the Plan makes delivery directly to the Member, the Plan will provide to the Group's policyholder, for delivery to each person, a statement that summarizes the essential features of the insurance coverage and indicates to whom benefits under the policy are payable. Only one statement will be issued for each family unit.

7.26    **BlueCard Program**  The independent Blue Cross and Blue Shield Plans throughout the country work together in a cooperative arrangement called the BlueCard Program.  Under this Program, if you receive covered services outside the Plan's Service Area from an eligible provider that participates with another Blue Cross and/or Blue Shield Plan ("Host Plan") you are responsible only for your coinsurance, copayment, and/or deductible.

A.    Under the BlueCard program, when you receive covered services that are subject to a fixed dollar Copayment amount, as indicated in your Schedule of Benefits, you will owe only the fixed dollar Copayment amount.  If you receive covered services that are subject to a percentage copayment, percentage coinsurance, or other cost-sharing, including, but not limited to, deductibles, or Plan payment maximums, your liability will be calculated as follows:

B.    The calculation of your liability for covered services for claims incurred will be processed through the BlueCard Program.  Your coinsurance, copayment, and/or deductible payments will be based on the lower of the provider's billed charges or the negotiated rate we, the Plan, pay the Host Plan.

C.    The negotiated rate paid by us, the Plan, to the Host Plan for health care services provided through the BlueCard Program may represent either:

1.    the actual price paid on the claim, or

2.    an estimated price that reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions with all of the Host Plan's health care providers or one or more particular providers, or

3.    a discount from billed charges representing the Host Plan's expected average savings for all of its providers or for a specified group of providers.

Host Plans using either the estimated price or average savings factor methods may prospectively adjust the estimated or average price to correct for overestimated or underestimated past prices.

D.    In addition, it is possible that state statutes may require Blue Cross and/or Blue Shield Plans to use a basis for calculating your liability for covered services that does not reflect the entire savings realized or expected to be realized on a particular claim.  Therefore, if you were to receive covered services in a state with this requirement, your liability for covered services would be calculated using the state's statutory method.  However, if this payment method were to result in a conflict of statutes or regulations between two states, we, the Plan are obligated to comply with the statutes of the jurisdiction in which this contract or agreement was issued.

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC  20065
202 479-8000

An independent licensee of the Blue Cross and Blue Shield Association

### RIDER TO EVIDENCE OF COVERAGE
### CALENDAR YEAR

This Rider is effective as of the effective date of the Evidence of Coverage to which it is attached (the "**Current Contract Effective Date**").  As described in Section I, this Rider changes the basis on which Deductibles, Out-of-Pocket Limits and benefits are calculated from contract year to calendar year.  In addition, this Rider allows Members to receive credit toward their Deductibles and/or Out-of-Pocket Limits, as described in Section II.

### SECTION I:  DEDUCTIBLES, OUT-OF-POCKET LIMITS AND BENEFITS CALCULATED ON A CALENDAR YEAR BASIS

The contract to which this Rider is attached indicates that Deductibles, Out-of-Pocket Limits and benefits are calculated on a contract year basis.  This Rider changes the manner in which Deductibles, Out-of-Pocket Limits and benefits are calculated to a calendar year basis. Each occurrence of the term "contract year" in the contract to which this Rider is attached is hereby deleted and replaced with the term "calendar year."

### SECTION II:  CREDIT TOWARD DEDUCTIBLES AND OUT-OF-POCKET LIMITS

To prevent Members with Prior Coverage from having to satisfy two separate Deductibles and Out-of-Pocket Limits in the same calendar year, this Rider allows Members to receive credit toward their current Deductibles and/or Out-of-Pocket Limits for the amounts that have already been credited to their Deductibles or Out-of-Pocket Limits for the Current Calendar Year, as described below.

A.     **Definitions:** As used in this Rider, these terms have the following meanings:

**Current Calendar Year** means the period from January 1 through December 31 in which the Current Contract Effective Date occurs.

**Current Coverage** means the coverage provided under the Evidence of Coverage to which this Rider is attached.

**Prior Coverage** means the group coverage which was in effect immediately prior to the Current Contract Effective Date.

**Prior Earned Deductible Credit** means the amount that had been applied to the Member's Deductible for the Current Calendar Year under the Prior Coverage.

**Prior Earned Out-of-Pocket Limit Credit** means the amount that had been applied to the Member's Out-of-Pocket Limit for the Current Calendar Year under the Prior Coverage.

B.    **Applicability of this Section:**  This Section of the Rider applies to all Members of the Group who were both 1) enrolled under the Current Coverage as of the Current Contract Effective Date and 2) enrolled under the Prior Coverage on the date immediately preceding the Current Contract Effective Date.  This Section applies to all Deductibles and Out-of-Pocket Limits to which such Members are subject under the Current Coverage, including Deductibles and Out-of-Pocket Limits, if any, for medical, hospital, prescription drug and all other applicable benefits under the Evidence of Coverage.

C.    **Application of Prior Earned Credits:**    The amount that Members must meet to satisfy any Deductible under the Current Coverage will be reduced by the amount of the Member's Prior Earned Deductible for the applicable Deductible.  The amount that Members must meet to satisfy any Out-of-Pocket Limit under the Current Coverage will be reduced by the amount of the Member's Prior Earned Out-of-Pocket Limit for the applicable Out-of-Pocket Limit.

D.    **Expiration of the Deductible and Out-Of-Pocket Limit Credit Provision:**  This provision which allows credit toward Deductibles and Out-of-Pocket Limits will automatically expire on the first anniversary of the Current Contract Effective Date, unless terminated earlier in accordance with the terms of the Evidence of Coverage.

All terms and conditions of the Evidence of Coverage continue in effect, except as specifically changed by this Rider.

CareFirst BlueChoice, Inc.

By:

Eric R. Baugh, M.D.
President

CAL YR/CREDIT (MSGR-CC) REV 12/01                2

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**ATTACHMENT A**
**DESCRIPTION OF COVERED SERVICES - HEALTH MAINTENANCE ORGANIZATION**

This Attachment to the Certificate or Agreement describes the services eligible for benefits. The benefits that will be provided for the services are listed in Attachment B, Schedule of Benefits. It is important to refer to Attachment B to determine the payments the Plan will make, the charges for which the Member will be responsible and any specific limits on the number of services that will be covered.

**CareFirst BlueChoice, Inc.**

**Eric R. Baugh, MD**
**President**

DOCS-HMO REV (MSGR) (R. 07/03)                    A-1

SECTION 1
GENERAL PROVISIONS

1.1    **Benefits Overview**  This section summarizes the basic features of the benefits program.  Detailed information about these features can be found in the Schedule of Benefits, including specific terms and amounts and any special exceptions.

1.2    **Benefits Under the Plan**  Benefits apply when covered services are provided by the Member's Primary Care Physician or obtained from other Plan Providers with prior authorization by the Primary Care Physician.  Except for Emergency Services, Urgent Care Services or OB/GYN visits, services must be provided or arranged by the Member's Primary Care Physician and obtained from a Plan Provider.

1.3    **Utilization Management Requirements**   Benefits are subject to review and approval under utilization management requirements established by the Plan.  Through utilization management, the Plan reviews Member care and evaluates requests for approval of coverage in order to assess the medical necessity for the services, review the appropriateness of the approved hospital or facility requested and determine the approved length of confinement or treatment in accordance with the Plan's established criteria.  In addition, utilization management may include additional aspects such as second surgical opinion and/or pre-admission testing requirements, concurrent review, discharge planning and case management.   Plan Physicians and Plan Providers will handle utilization management procedures on behalf of Members, including notification and compliance with utilization management determinations.  Members agree to provide information requested by Plan Physicians and Providers in connection with utilization management activities and to comply with utilization management determinations.

1.4    **Care Which Is Provided by Plan Physician**  Members receive benefits for covered Outpatient Medical Services when care is provided or arranged by the Member's Primary Care Physician except in the case of OB/GYN visits, as specified in subsection 1.9.  A female member who is pregnant shall receive a standing referral to an obstetrician.  After the Member who is pregnant receives a standing referral to an obstetrician, the obstetrician is responsible for the primary management of the Member's pregnancy, including the issuance of referrals in accordance with the Plan's policies and procedures, through the postpartum period.  A written treatment plan is not required.  When benefits apply, Members receive full coverage for covered services, except for Member copayment and coinsurance (see Attachment B).

1.5    **Care Which Is Not Provided by Plan Physicians**  Except for Emergency Services or Urgent Care Services, benefits will not be provided for service(s) provided by non-Plan Physicians or Providers, unless prior written authorization is specifically given to the Member by the Primary Care Physician to obtain specified services from such physician or provider.  Verbal or informal referral to or the subsequent approval of the Member's use of non-Plan Physicians and Providers by a Primary Care Physician or other Plan Physician does not confer eligibility for coverage.  This provision does not apply to Referral to a Specialist as specified in subsection 1.11.

1.6    **Out-of-Pocket Limit**  This feature limits the total amount that the Member will have to pay in copayments and some coinsurance in any given contract year.  Once the Out-of-Pocket Limit is met, the Member is no longer required to pay the copayment or coinsurance for the remainder of that contract year.  The Out-of-Pocket Limit is set forth in Attachment B.

    A.    The following Member costs apply toward meeting the Out-of-Pocket Limit:

        1.    Coinsurance.
        2.    Copayments for Emergency Services, only.

B.  Once the Out-of-Pocket Limit is met, the Member will continue to be responsible for the following:

    1.  Charges for services that are not covered under this Agreement or which exceed the maximum number of visits/days covered under this Agreement.

    2.  Copayments required under any Riders or Endorsements to this Agreement.

1.7  **Emergency and Urgent Care Procedures**  In the event of an emergency within or outside the Service Area, the Member may receive Emergency Services or Urgent Care Services from a Plan Provider or a non-Plan Provider.

**Definitions**

A.  **Emergency Services**  means those health care services that are provided in a hospital emergency facility after the sudden onset of a medical condition that manifests itself by symptoms of sufficient severity, including severe pain, that the absence of immediate medical attention could reasonably be expected by a prudent layperson, who possesses an average knowledge of health and medicine, to result in:

    1.  placing the patient's health in serious jeopardy;
    2.  serious impairment to bodily functions; or
    3.  serious dysfunction of any bodily organ or part.

B.  **Urgent Care Services**  are services rendered for an unforeseen illness or injury which requires medical care to prevent health deterioration or to alleviate acute pain, but which could not reasonably be expected to result in serious physical impairment or loss of life if not treated immediately.

C.  **Urgent Care Facility**  means a freestanding outpatient care facility, other than a physician's office or hospital facility, that has the primary purpose of rendering Urgent Care Services.

D.  **Notice and Transfer**  The Member or a Member of his or her family or other representative must notify the Plan directly prior to or as soon as possible after first receiving Emergency Services, but in any event within 48 hours after the Member is admitted.  However, if the Member proves to the satisfaction of the Plan that it was not reasonably possible to give or have notice given within 48 hours, this requirement will be met if notice was given as soon as it was reasonably possible to do so, as determined by the Plan.  The Member must provide information about the emergency and the care received.  If the Member does not transfer care to a Plan Physician and/or other Plan Provider as soon as, in the judgment of the Plan, he or she was able to do so without medically harmful results, no further benefits will be provided for services received on or after such date.

E.  **Benefits Not Provided**  Benefits will not be provided for:

    1.  Charges for care outside the Service Area required as a result of circumstances which, in the judgment of the Plan could have been foreseen by the Member prior to departing from the Service Area.

    2.      Any service that is excluded from coverage under the Certificate or Agreement.

    3.      Routine follow-up treatment within the Service Area provided by non-Plan Physicians. Follow-up treatment outside the Service Area is covered if required in connection with a covered out-of-area Emergency or Urgent Care episode and the Plan determines that the Member could not reasonably be expected to return to the Service Area for such care.

## 1.8 Follow-up Care after Emergency Surgery

If the Plan authorizes, directs, refers, or otherwise allows a Member to access a hospital emergency facility or other Urgent Care Facility for a medical condition that requires emergency surgery:

A.      Coverage shall be provided for services provided by the physician, oral surgeon, periodontist, or podiatrist, who performed the surgical procedure, for follow-up care that is:

    1.      Medically Necessary

    2.      Directly related to the condition for which the surgical procedure was performed and

    3.      Provided in consultation with the Member's Primary Care Physician; and

B.      The Member will be responsible for the same Copayment for each follow up visit as would be required for a visit to a Plan Physician for specialty care.

## 1.9 Direct Access of Obstetric and Gynecological Care

A female Member may receive medically necessary and routine obstetric and gynecological care from a certified nurse midwife or any other Plan Provider authorized under the Health Occupations Article to provide obstetric and gynecological services without a visit to the Primary Care Physician first. The Plan Provider shall consult with an obstetrician/gynecologist with whom the Plan Provider has a collaborative agreement, in accordance with the collaborative agreement, regarding any care rendered. When benefits apply, Members receive full coverage for covered services, except for Member copayments and coinsurance (see Attachment B).

## 1.10 Standing Referral to a Specialist

A Member may receive a standing referral to a Specialist who is a Plan Physician if:

A.      The Primary Care Physician of the Member determines, in consultation with the Specialist, that the Member needs continuing care from the Specialist;

B.      The Member has a condition or Disease that:

    1.      Is life threatening, degenerative, chronic, or disabling; and

    2.      Requires specialized medical care; and

C.      The Specialist:

    1.      Has expertise in treating the life-threatening, degenerative, chronic, or disabling disease or condition; and

    2.      Is a Plan Physician.

D.    A standing referral shall be made in accordance with a written treatment plan for a covered service developed by:

    1.    The Primary Care Physician
    2.    The Specialist; and
    3.    The Member.

E.    A treatment plan may:

    1.    Limit the number of visits to the Specialist;
    2.    Limit the period of time in which visits to the Specialist are authorized; and
    3.    Require the Specialist to communicate regularly with the Primary Care Physician regarding the treatment and health status of the Member.

F.    The Member is not required to see a physician other than the Primary Care Physician in order to obtain a standing referral.

**1.11    Referral to a Specialist Who is Not a Plan Provider Under Certain Conditions**

A referral to a Specialist who is not a Plan Physician or Plan Provider shall be provided if:

A.    The Member is diagnosed with a condition or disease that requires specialized medical care;

B.    There is no Plan Physician or Plan Provider with the professional training and expertise to treat the condition or disease; and

C.    The non-Plan Specialist agrees to accept the same reimbursement as would be provided to a Specialist who is a Plan Physician or Plan Provider.

A decision by the Plan not to provide access to or coverage of treatment by a Specialist in accordance with this section constitutes an Adverse Decision as defined in the Amendment to this Agreement or Evidence of Coverage regarding "Grievance and Appeals Procedures" if the decision is based on a finding that the proposed service is not medically necessary, appropriate, or efficient.

**SECTION 2**
**COVERED SERVICES**

Benefits will be provided for the services and supplies described below. Coverage is subject to all terms of this Certificate or Agreement, including Section 3, below, *Exclusions* and, where applicable, the utilization management and other requirements described in Section 1, above.

2.1     Care in medical offices for treatment of illness or injury.

2.2     Inpatient hospital services.

2.3     Outpatient hospital services.

2.4     Inpatient mental health and substance abuse services, including Residential Crisis Services, up to a maximum of 60 days per Member per contract year in a hospital, a Related Institution, or entity licensed by the Department of Health and Mental Hygiene to provide Residential Crisis Services. Two Partial Hospitalization days may be substituted for one inpatient day in a hospital, a Related Institution, or entity licensed by the Department of Health and Mental Hygiene to provide Residential Crisis Services.

      A.     **Partial Hospitalization** means the provision of medically directed intensive or intermediate short term psychiatric treatment for a period of less than 24 hours but more than 4 hours in a day for an individual patient in a hospital, a psychiatric day-care treatment center, or in a community mental health facility.

      B.     **Related Institution** means an organized institution, environment or home that:

            1.     maintains conditions or facilities and equipment to provide domiciliary, personal or nursing care for two or more unrelated individuals who are dependent on the administrator, operator or proprietor for nursing care or the subsistence of daily living in a safe, sanitary, and healthful environment; and

            2.     admits or retains the individuals for overnight care.

            3.     Related Institution does not include a nursing facility or visiting nurse service that is conducted only by or for adherents of a bona fide church or religious organization, in accordance with tenets and practices that include reliance on treatment by spiritual means alone for healing.

2.5     Outpatient mental health and substance abuse services.

2.6     Emergency Services and Urgent Care Services (see definitions, limitations and exclusions in Section 1.7, above).

2.7     Detoxification in a hospital or Related Institution.

2.8     Ambulance services to or from the nearest hospital where needed medical services can appropriately be provided.

2.9     Except for prostate cancer screening for men between 40 and 75 years old, and colorectal screening for men and women 50 years old or older, preventive services recommended in the report of the United States Preventive Services Task Force, *Guide to Clinical Preventive Services*, which is current when the services are rendered, and any other preventive service required to be offered by a federally qualified health maintenance organization.

DOCS-HMO REV (MSGR) (R. 07/03)          A-6

A.  Prostate cancer screening shall be covered as set forth in the current recommendations of the American Cancer Society, which recommends an annual:

    1.  Digital rectal examination for both prostate and colorectal cancer, beginning at age 40;

    2.  PSA screening for African-American men and all men, 40 years old and older, with a family history of prostate cancer; and

    3.  PSA screening for all other men 50 years old and older.

B.  Colorectal screening shall be covered for men and women 50 years old or older as follows:

    1.  A yearly fecal occult blood test, accompanied by a digital rectal examination, plus a flexible sigmoidoscopy every 5 years;

    2.  A colonoscopy, accompanied by a digital rectal examination, every 10 years; or

    3.  A double contrast barium enema, accompanied by a digital rectal examination, every 5 years.

2.10    Mammography services for Members age 40 to 49, once every other calendar year; for Members age 50 and above, once per calendar year.

2.11    Home Health Care services as follows:

A.  as an alternative to otherwise covered services in a hospital or Related Institution; and

B.  for Members who receive less than 48 hours of inpatient hospitalization following a mastectomy or removal of a testicle or who undergo a mastectomy or removal of a testicle on an outpatient basis:

    1.  one home visit scheduled to occur within 24 hours after discharge from the hospital or outpatient Health Care Facility; and

    2.  an additional home visit if prescribed by the Member's attending physician.

**Home Health Care** means the continued care and treatment of a Member in the home if:

A.  The institutionalization of the Member in a hospital, Related Institution, or Skilled Nursing Facility would otherwise have been required if Home Health Care were not provided; and

B.  The plan of treatment covering the Home Health Care service is established and approved in writing by the Health Care Practitioner.

2.12    Hospice Care, as defined in 42 U.S.C. §1395x(dd).

2.13    Durable Medical Equipment, as defined below, including nebulizers, peak flow meters, prosthetic devices such as leg, arm, back, or neck braces, artificial legs, arms, or eyes, and the training necessary to use these prostheses.

**Durable Medical Equipment** means equipment furnished by a supplier or a Home Health Agency that:

A.  can withstand repeated use;
B.  is primarily and customarily used to serve a medical purpose;
C.  generally is not useful to an individual in the absence of a disability, illness, or injury; and
D.  is appropriate for use in the home.

2.14    Outpatient laboratory and diagnostic services, including bone mass measurement for a qualified individual for the prevention, diagnosis and treatment of osteoporosis.

    A.    Bone Mass Measurement means a radiological or radioisotopic procedure or other scientifically proven technology performed on a qualified individual for the purpose of identifying bone mass or detecting bone loss.

    B.    Qualified Individual means

        1.    an estrogen deficient individual at clinical risk for osteoporosis;
        2.    an individual with a specific sign suggestive of spinal osteoporosis, including roentgenographic osteopenia or roentgenographic evidence suggestive of collapse, wedging, or ballooning of one or more thoracic or lumbar vertebral bodies, who is a candidate for therapeutic intervention or for an extensive diagnostic evaluation for metabolic bone disease;
        3.    an individual receiving long-term glucocorticoid (steroid) therapy;
        4.    an individual with primary hyperparathyroidism; or
        5.    an individual being monitored to assess the response to or efficacy of an approved osteoporosis drug therapy.

2.15    Outpatient Rehabilitative Services, as defined below, subject to the limitations set forth in Atttachment B.

    **Outpatient Rehabilitative Services** means occupational therapy, speech therapy and physical therapy provided to Members not admitted to a hospital or Related Institution.

2.16    Chiropractic services, which are limited to 20 visits per condition per contract year.

2.17    Skilled Nursing Facility services as an alternative to Medically Necessary inpatient hospital services, limited to 100 days per contract year.

    **Skilled Nursing Facility** means an institution, or a distinct part of an institution which is:

    A.    Primarily engaged in providing:

        1.    Skilled nursing care, and related services, for residents who require medical or nursing care, or

        2.    Rehabilitation services for the rehabilitation of injured, disabled, or sick persons; and

    B.    Certified by the Medicare Program as a Skilled Nursing Facility and, if located in the State of Maryland, licensed by the Department of Health and Mental Hygiene.

2.18    Infertility services, except as provided in Section 3.11, below.

2.19    Nutritional services for the treatment of cardiovascular disease, diabetes, malnutrition, cancer, cerebral vascular disease, or kidney disease, limited to 6 visits per condition per contract year.

2.20    Autologous and non-autologous bone marrow transplants, cornea, kidney, liver, heart, lung, heart/lung, pancreas, and pancreas/kidney transplants.

2.21    Medical food for persons with metabolic disorders when ordered by a Health Care Practitioner qualified to provide diagnosis and treatment in the field of metabolic disorders.

2.22    Family planning services, including prescription contraceptive drugs or devices and coverage for the insertion or removal of contraceptive devices, Medically Necessary examination associated with the use of contraceptive drugs or devices, and voluntary sterilization.

2.23    Habilitative Services for Members from birth to age 19, as defined below.

**Habilitative Services** means services, including occupational therapy, physical therapy, speech therapy, orthodontics, oral surgery, otologic and audiological therapy for the treatment of children with congenital and genetic birth defects, including cleft lip and cleft palate, to enhance the child's ability to function.

Benefits are not available for Habilitative Services provided in early intervention and school services.

2.24    Cost recovery expenses for blood, blood products, derivatives, components, biologics, and serums, including: autologous services; whole blood; red blood cells; platelets; plasma; immunoglobulin; and albumin.

2.25    Pregnancy and maternity services, including abortion. Benefits will be provided for home health care visits related to maternity services, without any copayment requirement. For a mother and newborn who remain hospitalized for at least 48 hours following an uncomplicated vaginal delivery and 96 hours following an uncomplicated cesarean section, benefits are available for a home health care visit as prescribed by the Plan Provider. A mother, in consultation with her Plan Physician, may request a shorter hospital stay. If a mother has a shorter hospital stay, benefits will be provided for one home health care visit scheduled to occur within 24 hours of discharge and an additional visit if prescribed by the Plan Physician. Whenever a mother is required to remain hospitalized after childbirth for medical reasons and the mother requests that the newborn remain in the hospital, coverage includes additional hospitalization for the newborn for up to four days.

2.26    Generic prescription drugs, unless no generic drug is available. If a generic drug is not available, brand-name drugs shall be covered. If a brand-name prescription drug is purchased where a generic equivalent is available, the Member is responsible for the difference between the charge for the brand-name drug and the charge for the generic drug, in addition to the copayment set forth in Attachment B. Coverage includes insulin, birth control pills, Norplant and Depo Provera or their generic equivalents.

2.27    Controlled Clinical Trials, as defined below.

**Controlled Clinical Trial** means a treatment that is:

A.    Approved by an Institutional Review Board;

B.    Conducted for the primary purpose of determining whether or not a particular treatment is safe and efficacious; and

C.    is approved by:

1.    An institute or center of the National Institutes of Health;
2.    The Food and Drug Administration;
3.    The Department of Veteran's Affairs; or
4.    The Department of Defense.

2.28    Any other service approved by the Plan under case management program.

2.29    Diabetes treatment, equipment and supplies.

DOCS-HMO REV (MSGR) (R. 07/03)          A-9

A.      Diabetes equipment includes glucose monitoring equipment under the durable medical equipment coverage for Insulin-Using Beneficiaries. Insulin pumps are not included. Diabetes supplies include coverage for insulin syringes and needles and testing strips for glucose monitoring equipment under the prescription drug coverage for Insulin-Using Beneficiaries.

B.      **Insulin Using Beneficiary** means a member who uses insulin as part of a treatment plan prescribed by his/her medical care provider.

2.30    Reconstructive breast surgery and breast prosthesis. Reconstructive breast surgery means surgery performed as a result of a mastectomy to reestablish symmetry between the two breasts including, all stages of reconstructive breast surgery performed on a nondiseased breast to reestablish symmetry with the diseased breast when reconstructive breast surgery is performed on the diseased breast. Reconstructive breast surgery includes augmentation mammoplasty, reduction mammoplasty, and mastopexy. Mastectomy means the surgical removal of all or part of a breast as a result of breast cancer. Benefits are provided regardless of the Member's insurance status at the time of the Mastectomy or the time lag between the Mastectomy and reconstruction.

2.31    Audiology screening for newborns, limited to one screen and one confirming screen.

2.32    General anesthesia and associated hospital or ambulatory facility charges in conjunction with dental care provided to a Member:

A.      seven (7) years of age or younger or is developmentally disabled: (1) for whom a successful result cannot be expected from dental care provided under local anesthesia because of a physical, intellectual, or other medically compromising condition of the Member, and (2) for whom a superior result can be expected from dental care provided under general anesthesia; or

B.      seventeen (17) years of age or younger: (1) extremely uncooperative, fearful, or uncommunicative child with dental needs of such magnitude that treatment should not be delayed or deferred, and (2) for whom lack of treatment can be expected to result in oral pain, infection, loss of teeth, or other increased oral or dental morbidity.

Coverage for general anesthesia and associated hospital or ambulatory facility care is restricted to dental care that is provided by a: (a) fully accredited specialist in pediatric dentistry; (b) fully accredited specialist in oral and maxillofacial surgery; and (c) dentist to whom hospital privileges have been granted.

Benefits will not be provided for dental care for which general anesthesia is provided.

2.33    Chlamydia screening test;

**Chlamydia Screening Test** means any laboratory test that:

A.      specifically detects for infection by one or more agents of chlamydia trachomatis; and

B.      is approved for this purpose by the FDA.

**Multiple Risk Factors** means having a prior history of a sexually transmitted disease, new or multiple sex partners, inconsistent use of barrier contraceptives, or cervical ectopy.

An annual chlamydia screening test for:

Women who are younger than 20 years old who are sexually active; or women that are at least 20 years old who have multiple risk factors; and
Men who have multiple risk factors.

2.34    The cost to beneficiaries of hearing aids for covered Members ages 0 to 18 years of age, up to $1,400.00 per hearing aid for each hearing-impaired ear every 36 months.