**SECTION 3**
**EXCLUSIONS**

The following exclusions apply:

3.1     Services or supplies that are determined by the Plan to be not Medically Necessary, as defined below.

**Medically Necessary** use of a service or supply which is:

A.     Commonly and customarily recognized as appropriate in the diagnosis and treatment of a Member's illness or injury;

B.     Appropriate with regard to standards of good medical practice;

C.     Not solely for the convenience of the Member, his or her physician, hospital, or other health care provider; and

D.     The most appropriate supply or level of service which can be safely provided to the Member.

Payment for inpatient ancillary services may not be denied solely based on the fact that the denial of the hospitalization day was appropriate. A denial of inpatient ancillary services must be based on the Medical Necessity of the specific ancillary service. In determining the Medical Necessity of an ancillary service performed on a denied hospitalization day, consideration must be given to the necessity of providing the ancillary service in the acute setting for each day in question.

3.2     Services performed or prescribed under the direction of a person who is not a Health Care Practitioner.

3.3     Services that are beyond the scope of practice of the Health Care Practitioner performing the service.

3.4     Services to the extent they are covered by any governmental unit, except for veterans in Veteran's Administration or armed forces facilities for services received for which the recipient is liable.

3.5     Services or supplies for which the Member is not legally, or as a customary practice, required to pay in the absence of a health benefit plan.

3.6     The purchase, examination, or fitting of eyeglasses or contact lenses, except for aphakic patients and soft or rigid gas permeable lenses or sclera shells intended for use in the treatment of a disease or injury.

3.7     Personal Care services and Domiciliary Care services, as defined below.

A.     **Personal Care** means a service that an individual normally would perform personally, but for which the individual needs help from another because of advanced age, infirmity, or physical or mental limitation.

1.     Personal Care includes:
2.     Help in walking;
3.     Help in getting in and out of bed;
4.     Help in bathing;
5.     Help in dressing;
6.     Help in feeding; and
7.     General supervision and help in daily living.

B.    **Domiciliary Care**  means services that are provided to aged or disabled individuals in a protective, institutional or home-type environment.

Domiciliary Care includes:
1.    shelter;
2.    housekeeping services;
3.    board;
4.    facilities and resources for daily living; and
5.    personal surveillance or direction in the activities of daily living.

3.8    Services rendered by a Health Care Practitioner who is the Member's spouse, mother, father, daughter, son, brother or sister.

3.9    Experimental Services, as defined below.

**Experimental Services:**  services that are not recognized as efficacious as that term is defined in the edition of the Institute of Medicine Report on Assessing Medical Technologies that is current when the care is rendered.  Experimental Services do not include controlled clinical trials.

3.10    Health Care Practitioner, hospital, or clinical services related to radial keratotomy, myopic keratomileusis, and surgery which involves corneal tissue for the purpose of altering, modifying, or correcting myopia, hyperopia, or stigmatic error.

3.11    In vitro fertilization, ovum transplants and gamete intra-fallopian tube transfer, zygote intra-fallopian transfer, or cryogenic or other preservation techniques used in these or similar procedures.

3.12    Services to reverse a voluntary sterilization procedure.

3.13    Services for sterilization or reverse sterilization for a dependent minor.

3.14    Medical or surgical treatment for obesity, unless otherwise specified under "Covered Services".

3.15    Medical or surgical treatment or regimen for reducing or controlling weight, unless otherwise specified under "Covered Services".

3.16    Services incurred before the effective date of the Member's coverage under this Certificate or Agreement.

3.17    Services incurred after the Member's termination of coverage, not including any services rendered during an extension of benefits period.

3.18    Surgery or related services for cosmetic purposes to improve appearance, but not to restore bodily function or correct deformity resulting from disease, trauma, congenital, or developmental anomalies.

3.19    Services for injuries or diseases related to the Member's job to the extent the Member is required to be covered by a workers' compensation law.

3.20    Services received from a dental or medical department maintained by or on behalf of an employer, mutual benefit association, labor union, trust, or similar persons or groups.

3.21    Personal hygiene and convenience items, including, but not limited to, air conditioners, humidifiers, or physical fitness equipment.

3.22    Charges for telephone consultations, failure to keep a scheduled visit, or completion of any form.

3.23    Inpatient admissions primarily for diagnostic studies, unless authorized by the Plan.

3.24    The purchase, examination, or fitting of hearing aids and supplies, and tinnitus maskers, except as provided in the Covered Services section.

3.25    Except for covered ambulance services, travel, whether or not recommended by a Health Care Practitioner.

3.26    Except for Emergency Services, services received while outside the United States.

3.27    Immunizations related to foreign travel.

3.28    Unless otherwise specified under "Covered Services", dental work or treatment which includes hospital or professional care in connection with:

    A.    The operation or treatment for the fitting or wearing of dentures;

    B.    Orthodontic care or malocclusion;

    C.    Operations on or for treatment of or to the teeth or supporting tissues of the teeth, except for removal of tumors and cysts or treatment of injury to natural teeth due to an accident if the treatment is received within six months of the accident; and

    D.    Dental Implants.

3.29    Accidents occurring while and as a result of chewing.

3.30    Routine foot care, including the paring or removing of corns and calluses, or trimming of nails, unless these services are determined to be Medically Necessary.

3.31    Arch support, orthotic devices, in-shoe supports, orthopedic shoes, elastic supports or exams for their prescription or fitting unless these services or supplies are determined to be Medically Necessary.

3.32    Inpatient admissions primarily for physical therapy, unless authorized by the Plan.

3.33    Treatment leading to or in connection with transsexualism, or sex changes or modifications, including, but not limited to surgery.

3.34    Treatment of sexual dysfunction not related to organic disease.

3.35    Services or supplies that duplicate benefits provided under federal, State, or local laws, regulations, or programs.

3.36    Organ transplants except those included as covered under Section 2.20, above.

3.37    Non-human organs and their implantation.

3.38    Non-replacement fees for blood and blood products.

3.39    Lifestyle improvements, nutrition counseling, or physical fitness programs unless included under "Covered Services".

3.40    Wigs or cranial prosthesis.

3.41    Weekend admission charges, except for emergencies and maternity, unless authorized by the Plan.

3.42    Outpatient orthomolecular therapy, including nutrients, vitamins, and food supplements.

3.43    Temporomandibular joint syndrome (TMJ) treatment and treatment for craniomandibular pain syndrome (CPS), except for surgical services for TMJ and CPS, if Medically Necessary and if there is a clearly demonstrable radiographic evidence of joint abnormality due to disease or injury.

3.44    Services resulting from accidental bodily injuries arising out of a motor vehicle accident to the extent the services are payable under a medical expense payment provision of an automobile insurance policy.

3.45    Services for conditions that State or local laws, regulation, ordinances, or similar provisions require to be provided in a public institution.

3.46    Services for, or related to, the removal of an organ from a Member for purposes of transplantation into another person unless the transplant recipient is covered under this Certificate or Agreement and is undergoing a covered transplant, and the services are not payable by another health plan.

3.47    Physical examinations required for obtaining or continuing employment, insurance, or government licensing.

3.48    Nonmedical ancillary services such as vocational rehabilitation, employment counseling, or educational therapy.

3.49    Private hospital room, unless authorized by the Plan.

3.50    Private duty nursing, unless authorized by the Plan.

3.51    Treatment for mental health or substance abuse not authorized by the Plan through the Utilization Management Program; or a mental health or substance abuse condition determined by the Plan through the Utilization Management Program to be untreatable.

3.52    Services related to smoking cessation.

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**ATTACHMENT B**
**SCHEDULE OF BENEFITS**
**HEALTH MAINTENANCE ORGANIZATION - CORE BENEFITS**

| OUT-OF-POCKET LIMIT | | | |
|---|---|---|---|
| If the Group offers **two** Types of Coverage, the Out-of-Pocket Limits are: | | If the Group offers **four** Types of Coverage, the Out-of-Pocket Limits are: | |
| Self-Only | $ 3,300 * | Self-Only | $ 3,300 * |
| Family | $10,100 | Subscriber and Child | $ 6,400 |
| | | Subscriber and Spouse | $ 7,700 |
| | | Family | $10,100 |
| * If Coverage is complementary to Medicare, the Out-of-Pocket Limit is $4,000 | | | |

These amounts apply to the Out-of-Pocket Limit:
- Coinsurance
- Copayments for Emergency Services

The following amounts may **not** be used to meet the Out-of-Pocket Limit:
- Copayments for all services, except Emergency Services
- Amounts incurred for failure to comply with the Utilization Management Program requirements
- Prescription Drug Copayments

Except as provided above, total Copayments and Coinsurance paid during a contract year by a Subscriber and, if applicable, his or her Dependents are subject to the Out-of-Pocket Limit established for the type of coverage in which the Member is enrolled (e.g. Self-Only or Family) as set forth above. Your Out-of-Pocket Limit applies on a contract year basis even though you may have been enrolled for less than a contract year. If you have Family coverage or, if applicable, Two-Party Coverage (Subscriber and Child or Subscriber and Spouse) the Out-of-Pocket Limit for your type of coverage can be met entirely by one Family Member or by combining eligible expenses of two or more covered Family Members.

| SERVICES SUBJECT TO MEMBER COST-SHARING | | |
| --- | --- | --- |
| SERVICE | LIMITATIONS | MEMBER PAYS |
| **Inpatient Services** | | |
| Hospital Inpatient | Must be authorized in advance under utilization management program. Prior authorization is not required for Maternity admissions. | $250 per admission |
| Physician Hospital Inpatient Visits | | $30 per visit |
| **Outpatient Services** | | |
| Primary Care Services | | $30 per visit |
| Specialty Care Services | | $40 per visit |
| Outpatient Services or Surgery | | $40 per visit |
| Outpatient Laboratory Services; Diagnostic Services, including Maternity Diagnostic; Preventive Services | | $40 or 50% of the cost of the service, whichever is less |
| Emergency and Urgent Care Services | | $40 at Plan-Provider Urgent Care Facility. $100 at hospital Emergency Room or non-Plan Provider Urgent Care Facility (waived if admitted to the hospital). |
| Home Health Care Services | Must be authorized in advance under utilization management program. | No charge |
| Hospice Care Services | Must be authorized in advance under utilization management program. | No charge |
| Durable Medical Equipment | | No charge |
| Ambulance Services | | No charge |
| **Well Child Visits** | | |
| Birth to 24 months | | $10 per visit |
| older than 24 months through age 13 (when immunization included) | | $10 per visit |
| older than 24 months through age 13 (when immunization not included) and age 14 and above | | $30 per visit |

| SERVICES SUBJECT TO MEMBER COST-SHARING | | |
|---|---|---|
| **SERVICE** | **LIMITATIONS** | **MEMBER PAYS** |
| **Routine Cancer Screening** | | |
| Mammography Services | Age 40-49:  One mammogram of each breast every two calendar years.  Age 50 and above:  One mammogram of each breast per calendar year. | $40 or 50% of the cost of the service, whichever is less |
| Pap Smears | | $40 or 50% of the cost of the service, whichever is less |
| Prostate Cancer Screening and Colorectal Screening | As set forth in  provision 2.9 of Attachment A, Description of Covered Services | $40 or 50% of the cost of the service, whichever is less |
| **Outpatient Rehabilitative Services** | | |
| Physical Therapy | 30 visits, per condition, per contract year.  Must be authorized in advance under utilization management program. | $40 per visit |
| Speech Therapy | 30 visits, per condition, per contract year.  Must be authorized in advance under utilization management program. | $40 per visit |
| Occupational Therapy | 30 visits, per condition, per contract year.  Must be authorized in advance under utilization management program. | $40 per visit |
| Chiropractic Services | Limited to 20 visits per condition, per contract year.  Must be authorized in advance under utilization management program. | $40 per visit |

| SERVICES SUBJECT TO MEMBER COST-SHARING | | |
|---|---|---|
| **SERVICE** | **LIMITATIONS** | **MEMBER PAYS** |
| **Other Services** | | |
| Infertility Services | Must be authorized in advance under utilization management program. | 50% of allowable charges<br>(after diagnosis is confirmed) |
| Nutritional Services | Limited to 6 visits per condition, per contract year. | No charge |
| Skilled Nursing Facility Services | Limited to 100 days per contract year.<br>Must be authorized in advance under utilization management program. | $40 per day |
| Covered Services Not Specifically Mentioned Above | | $30 per visit (Primary Care Services)<br>$40 per visit (Specialty Care Services) |

| SERVICES SUBJECT TO MEMBER COST-SHARING | | |
|---|---|---|
| **SERVICE** | **LIMITATIONS** | **MEMBER PAYS** |
| **Inpatient Mental Health and Substance Abuse Care** | | |
| Hospital Inpatient | Limited to a total of 60 days per contract year.<br><br>Must be authorized in advance under utilization management program. | $250 per admission |
| Partial Hospitalization | Two days of Partial Hospitalization are counted toward the 60 day maximum as one hospital inpatient day.<br><br>Must be authorized in advance under utilization management program. | |
| **Outpatient Mental Health and Substance Abuse Care** | | |
| Outpatient Mental Health and Substance Abuse Visits (excluding visits made solely for medication management purposes) | Must be authorized in advance under utilization management program. | 30% of allowable charges |
| Medication Management Visits | | $30 per visit (Primary Care Services)<br><br>$40 per visit (Specialty Care Services) |

| SERVICES SUBJECT TO MEMBER COST-SHARING | | |
|---|---|---|
| **SERVICE** | **LIMITATIONS** | **MEMBER PAYS** |
| **Prescription Drugs**<br><br>If a generic drug is not available, brand name drugs shall be dispensed. The Member shall pay the lesser of the cost of the prescription or the applicable Copayment. | | Subject to a $250 Deductible per Member per contract year<br><br>**Generic:** $15 Copayment<br><br>**Preferred Brand Name Drugs:** $25 Copayment<br><br>**Non-Preferred Brand Name Drugs:** $50 Copayment |
| **Maintenance Drugs**<br><br>A Member shall pay the lesser of the cost of the prescription drug or the Copayment applicable for a 90-day supply of Maintenance Drugs dispensed in a single dispensing of a prescription. A Maintenance Drug is defined as a drug anticipated to be required for 6 months or more to treat a chronic condition. | | **Generic:** $30 Copayment<br><br>**Preferred Brand Name Drugs:** $50 Copayment<br><br>**Non-Preferred Brand Name Drugs:** $100 Copayment |

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

## FEDERAL CONTINUATION OF BENEFITS AMENDMENT

This Amendment is effective as of the effective date of the Group Enrollment Agreement and Evidence of Coverage (the "Agreement") to which it is attached. This Amendment is intended to inform Members, in a brief summary fashion, by providing some highlights of their rights and obligations under the continuation coverage provisions of the Federal law. All Members should take the time to read this carefully.

### Federal Continuation Privilege

Federal law requires that a Group health plan sponsored by an employer who typically employs 20 or more employees offer employees and their families the opportunity for a temporary extension of health coverage (called "continuation coverage" or "COBRA") at Group rates, in certain instances where coverage under the Plan would otherwise end ("qualifying events"). Certain employer-maintained Group health plans are exempt from COBRA, including small-employer plans, church plans (or tax-exempt organizations controlled by or affiliated with a church), and government plans (the Public Health Service Act governs governmental plans and contains parallel provisions to COBRA).

### Who is Eligible ("qualified beneficiaries")

A.  **Subscriber**  A Subscriber has the right to elect continuation coverage if the Subscriber loses Group health coverage because of a reduction in hours of employment, or the termination of employment for reasons other than gross misconduct on the Subscriber's part.

    A retired Subscriber has the right to elect continuation coverage if the Subscriber loses Group health coverage as a result of the commencement of certain bankruptcy proceedings.

B.  **Spouse**  A spouse covered under this Group Agreement has the right to elect continuation coverage if Group health coverage is lost for any of the following reasons:

    1.  the death of the Subscriber;
    2.  termination of the Subscriber's employment (for reasons other than gross misconduct) or reduction in the Subscriber's hours of employment;
    3.  divorce or legal separation;
    4.  the Subscriber becomes entitled to Medicare. (Note: entitlement to Medicare does not always result in losing coverage under employer sponsored Group health plans.)
    5.  the Group filing bankruptcy reorganization under Chapter 11 of the Bankruptcy Code, if the Subscriber is retired.

C.     **Dependent Children**  A Dependent Child covered under this Group Agreement has the right to elect continuation coverage if Group health coverage is lost for any of the following reasons:

1.     the death of the Subscriber;
2.     termination of the Subscriber's employment (for reasons other than gross misconduct) or reduction in the Subscriber's hours of employment;
3.     parents" divorce or legal separation;
4.     the Subscriber becomes entitled to Medicare. (Note: entitlement to Medicare does not always result in losing coverage under employer sponsored Group health plans.)
5.     loss of Dependent Child status under the terms of this Group Agreement.
6.     the Group filing bankruptcy reorganization under Chapter 11 of the Bankruptcy Code, if the Subscriber is retired.
7.     A child born to, or placed for adoption with the Subscriber during a period of continuation coverage shall also be a Member with all of the continuation rights of any Member, if the child meets the requirements of coverage for a Dependent Child as defined in this Group Agreement and notification is given to the Plan Administrator within 31 days of the birth, adoption, or placement pending adoption.

**Duties Under the Law**

A.     The Subscriber or a covered family Member must notify the Plan Administrator of a divorce, legal separation, or a Dependent Child losing child status under this Group Ageement within 60 days of the date that coverage is lost.

B.     The Subscriber or a family Member must notify the Group of a determination by the Social Security Administration that the Subscriber or covered family Member was disabled during the 60 day period after the Subscriber's termination of employment or reduction in hours, within 60 days of such determination and before the end of the original 18 month continuation coverage period. (See "Special Rules for Disability," below.) If, during continuation coverage, the Social Security Administration determines that the Subscriber or family Member is no longer disabled, the individual must inform the Group of this determination within 30 days of the date it is made.

C.     The Group must notify the Plan Administrator within 30 days of the date of occurrence of any of the following qualifying events:

1.     the death of the Subscriber;
2.     termination of the Subscriber's employment (for reasons other than gross misconduct) or reduction in the Subscriber's hours of employment;
3.     the Subscriber's Medicare entitlement; or
4.     the Group's bankruptcy.

**Choosing Continuation Coverage**

The election period, during which time a qualified beneficiary is entitled to elect continuation coverage, is the period:

A.     beginning not later than the date that coverage terminates under this Group Agreement due to a qualifying event:

B.     of at least 60 days duration; and

C.     ending not earlier than 60 days after the later of:

BC FED CONT COV (MSGR) 10/01          2

1.    the date coverage under this Group Agreement terminates due to a qualifying event; or

2.    the date notice is received from the Group.

If the Member elects continuation, the Group is required to give the Member coverage that, as of the time coverage is being provided, is identical to the coverage provided to similarly situated employees or family Members. This means that if the coverage for similarly situated employees or family Members is modified, the Member's continuation coverage will be modified.

Failure to elect continuation coverage within the election period means the Group health insurance coverage will end.

**Length of Time Continuation Coverage May be Maintained**

The length of time continuation coverage may be maintained varies according to the qualifying event(s) that triggered the Member's eligibility for continuation coverage and is stated below:

A.    18 months

Termination of the Subscriber's employment (for reasons other than gross misconduct) or reduction in the Subscriber's hours of employment.

The 18 month continuation coverage period may be extended to 36 months if other qualifying events (such as the death of the Subscriber, divorce, or legal separation, or Medicare entitlement) occur during the 18 month continuation period. The Member must notify the Group if a second qualifying event occurs during the 18 month continuation coverage period.

B.    36 months

1.    the death of the Subscriber;
2.    divorce or legal separation;
3.    the Subscriber's Medicare entitlement;
4.    loss of Dependent Child status under the terms of the Group Agreement;
5.    the commencement of certain bankruptcy proceedings, if the Subscriber is retired; or
6.    29 months (Special Rules for Disability)

If the Subscriber or covered family Member is disabled at any time during the first 60 days of continuation coverage, the continuation coverage period is 29 months. The 29 month extension applies to the disabled individual and to all other qualified beneficiaries. The disability that extends the continuation coverage period must be determined by the Social Security Administration.

The 29 month continuation coverage period may be extended to 36 months if other qualifying events, other than the Group's bankruptcy, occur during the 29 month continuation period. The Member must notify the Group if a second qualifying event occurs during the 29 month continuation coverage period.

**When Continuation Coverage May be Terminated**

A.    Continuation coverage may be terminated prior to the expiration of the 18, 29, or 36 month period for any of the following six reasons:

1.    The Group no longer provides Group health coverage to any of its employees;

BC FED CONT COV (MSGR) 10/01          3

2.  Failure to make timely payment for continuation coverage when due (or within the applicable grace period);

3.  The Member becomes covered under another group health plan that does not contain any exclusion or limitation with respect to any pre-existing condition of the Member (other than such an exclusion or limitation which does not apply to, or is satisfied by) the Member pursuant to HIPAA);

4.  The Member becomes entitled to Medicare;

5.  If coverage has been extended from 18 to 29 months, determination that the beneficiary is no longer disabled; or

6.  For cause, such as filing fraudulent claims.

B.  Once continuation coverage terminates for any reason, it cannot be reinstated.

**CareFirst BlueChoice, Inc.**

By:

Eric R. Baugh, M.D.
President

BC FED CONT COV (MSGR) 10/01          4

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC  20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

### BENEFIT DETERMINATIONS AND APPEALS PROCEDURES

These Benefit Determinations And Appeals Procedures replace all prior Grievance and Appeals procedures issued by CareFirst BlueChoice, Inc., "the Plan". These Procedures only apply to claims for benefits. Notification required by these Procedures will only be sent when a Member requests a benefit or files a claim in accordance with the Plan's procedures.

An authorized representative, including a Health Care Provider, may act on behalf of the Member in pursuing a benefit claim or Appeal of an Adverse Benefit Determination. The Plan may require reasonable proof to determine whether an individual has been properly authorized to act on behalf of a Member. In the case of a claim involving Urgent Care, a Health Care Provider with knowledge of a Member's medical condition is permitted to act as the authorized representative.

A Member or authorized representative may elect to submit a benefit dispute to the Maryland Insurance Administration only after exhaustion of the Plan's Internal Appeals Process. The Member or authorized representative may bypass the Plan's Internal Appeals Process if the Member can show a Compelling Reason regarding a Adverse Decision, or if the claim is for Urgent Care, or the Plan does not meet the time frames for rendering an Appeal Decision. These exceptions allow the Member or Health Care Provider acting on behalf of the Member to bypass the Plan's Internal Appeals Process and file a Complaint directly with the Maryland Insurance Administration.

A.     **TERMS**
B.     **BENEFIT DETERMINATIONS**
C.     **INTERNAL APPEAL PROCESS**
D.     **THE HEALTH EDUCATION AND ADVOCACY UNIT ("HAU")**
E.     **COMPLAINTS TO THE MARYLAND INSURANCE ADMINISTRATION ("MIA")**

A.     **TERMS**

Terms that are Capitalized are defined below or in the contract to which this is attached.

**Adverse Benefit Determination**:  means the following:

1.     A denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit, including any such denial, reduction, termination, or failure to provide or make payment that is based on a determination of a Member's eligibility; or,

2.     A denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit resulting from the application of any utilization review, as well as a failure to cover an item or service for which benefits are otherwise provided because it is determined to be Cosmetic, Experimental or Investigational, or not Medically Necessary or appropriate or efficient.

3.     An Adverse Benefit Determination includes both an Adverse Decision and a Coverage Decision as defined below.

**Adverse Decisions**: is a utilization review determination by the Plan, or a private review agent or a Health Care Provider acting on behalf of the Plan, that:

1.  A proposed or delivered Health Care Service, which would otherwise be a covered service under the Member's contract, is not or was not Medically Necessary, appropriate, or efficient; and,

2.  May result in noncoverage of the Health Care Service.

**Appeal**: a protest filed by a Member or an authorized representative under the Plan's internal Appeal process regarding an Adverse Benefit Determination.

**Appeal Decision**: a final determination by the Plan as a result of an Appeal.

**Compelling Reason**: means that the potential delay in receiving a Health Care Service could result in: loss of life; serious impairment to a bodily function; serious dysfunction of a bodily organ; or, the Member is a danger to self or others.

**Complaint**: a protest filed with the Maryland Insurance Administration ("MIA") involving an Adverse Decision or Coverage Decision.

**Concurrent Care**: When the Plan has approved an ongoing course of treatment to be provided over a period of time or number of treatments.

**Coverage Decision**: Means an initial determination by the Plan or a representative of the Plan that results in noncoverage of a Health Care Service. An Adverse Decision is not a Coverage Decision. A Coverage Decision includes nonpayment of all or any part of a claim.

**Filing Date**: means the earlier of 5 days after the date the Appeal was mailed to the Plan; or the date the Plan received the Appeal.

**Health Advocacy Unit ("HAU")**: the Health Education and Advocacy Unit in the Division of Consumer Protection of the Office of the Maryland Attorney General.

**Health Care Provider**:

1.  An individual who is licensed or otherwise authorized in this State to provide Health Care Services in the ordinary course of business or practice of a profession, and is a treating provider of the Member; or,

2.  A hospital, as defined in the Health General Article, Section 19-301, Annotated Code of Maryland.

**Health Care Service**: a health or medical care procedure or service rendered by a Health Care Provider, including:

1.  Testing; diagnosis; or, treatment of a human disease or dysfunction;

2.  Dispensing drugs; medical devices; medical appliances; or, medical goods for the treatment of a human disease or dysfunction; and,

3.  Provides any other care, service, or treatment of disease or injury, the correction of defects, or the maintenance of the physical and mental well-being of human beings.

**Pre-Service Claim**: any claim for a benefit when the receipt of the benefit, in whole or in part, is conditioned on the prior approval of the benefit in advance by the Plan. These are services that must be "preauthorized" or "precertified" by the Plan under the terms of the Member's contract.

**Post Service Claim**: any claim for a benefit that is not a Pre-Service Claim.

**Urgent Care**:  means a condition that satisfies either of the following:

1.  A medical condition, including a physical condition, a mental condition, or a dental condition, where the absence of medical attention within 72 hours could reasonably be expected by an individual, acting on behalf of the Plan, applying the judgment of a prudent layperson who possesses an average knowledge of health and medicine, to result in:

    a.  Placing the Member's life or health in serious jeopardy;

    b.  The inability of the Member to regain maximum function;

    c.  Serious impairment to bodily function;

    d.  Serious dysfunction of any bodily organ or part; or

    e.  The Member remaining seriously mentally ill with symptoms that cause the Member to be a danger to self or others.

2.  A medical condition, including a physical condition, a mental health condition, or a dental condition, where the absence of medical attention within 72 hours in the opinion of a Health Care Provider with knowledge of the Member's medical condition, would subject the Member to severe pain that cannot be adequately managed without the care or treatment that is the subject of the Coverage Decision.

**B.    BENEFIT DETERMINATIONS**

1.  A request for Urgent Care coverage.  When the Member or authorized representative requests a preservice determination regarding coverage, then the Plan will notify the Member or authorized representative of the benefit predetermination (whether adverse or not) as soon as possible, taking into account the medical exigencies, no later than 72 hours after receipt of the request for coverage.

    If the Member fails to provide sufficient information for the Plan to determine whether benefits are covered or payable, the Plan will notify the Member as soon as possible, but not later than 24 hours after receipt of the request for coverage, of the specific information necessary to complete the request for coverage.  The Member shall be afforded a reasonable amount of time, taking into account the circumstances, but not less than 48 hours, to provide the specified information.  The Plan shall notify the Member of the benefit determination as soon as possible, but in no case later than 48 hours after the earlier of:

    a.  The Plan's receipt of the specified information; or

    b.  The end of the period afforded the Member to provide the specified additional information.

2.  Pre-Service Claims.  In the case of a Pre-Service Claim, the Plan shall notify the Member of the benefit determination (whether adverse or not) within a reasonable period of time appropriate to the medical circumstances, and no later than 15 days after receipt of the request.

    This period may be extended one time by the Plan for up to 15 days, provided that such an extension is necessary due to matters beyond the control of the Plan and the Plan notifies the Member, prior to the expiration of the initial 15-day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision.

If an extension is necessary due to a failure of the Member to submit the necessary information, the notice of extension shall specifically describe the required information, and the Member will have at least 45 days from receipt of the notice within which to provide the specified information.

In the case of a failure by a Member or authorized representative to follow the Plan procedures for filing a Pre-Service Claim, the Member or authorized representative shall be notified of the failure and the proper procedures to be followed in filing a claim for benefits. This notification shall be provided to the Member or authorized representative, as appropriate, as soon as possible, but not later than 3 working days following the failure. Notice will be sent within 24 hours in the case of a failure to file a claim involving Urgent Care. This paragraph shall apply only in the case of a communication:

    a.    By a Member or authorized representative that is received by the Plan or its authorized agent customarily responsible for handling benefit matters; and,

    b.    That names a specific Member; a specific medical condition or symptom; and a specific treatment, service, or product for which approval is requested.

Notification may be oral, unless written notification is requested by the Member or authorized representative.

Authorization of Pre-Service Claims. The Plan will determine whether to authorize or certify a Pre-Service Claim within 2 working days following the receipt of all of the necessary information. If information is needed to make a decision which was not included in the initial request for authorization or certification, the Plan will notify the Health Care Provider within 3 calendar days of the initial request that additional information is needed.

3.    Post-service claims. In the case of a post-service claim, the Plan shall notify the Member, of an Adverse Benefit Determination within a reasonable period of time, and no later than 30 days after receipt of the claim.

This period may be extended one time by the Plan for up to 15 days, provided the extension is necessary to determine the legitimacy of the claim or the appropriate amount of reimbursement is in dispute and additional information is necessary to determine if all or part of the claim will be reimbursed and what specific additional information is necessary. The Plan will notify the Member prior to the expiration of the initial 30-day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a failure of the Member to submit the information necessary to decide the claim, the notice of extension shall specifically describe the required information, and the Member has at least 45 days from receipt of the notice to provide the specified information.

4.    Concurrent care decisions. If the Plan has approved an ongoing course of treatment to be provided over a period of time or number of treatments:

    a.    The Plan will notify the Member of any reduction or termination of a course of treatment (other than by a change in the Group's coverage by amendment or termination of coverage): before the end of such period of time or number of treatments; and, at a time sufficiently in advance of the reduction or termination to allow the Member to Appeal and obtain a determination on review before the benefit is reduced or terminated.

b.    Any request by a Member to extend the course of treatment beyond the period of time or number of treatments that is a claim involving Urgent Care will be decided as soon as possible, taking into account the medical exigencies. The Plan will notify the Member of the benefit determination, whether adverse or not, within 24 hours after receipt of the claim, provided that any such claim is made to the Plan at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

5.    Calculating time periods. For purposes of this Part B, the period of time within which an Adverse Benefit Determination is required to be made shall begin at the time a claim is filed in accordance with the Plan's procedures as stated in the contract. This time is counted regardless to whether all the information necessary to make a benefit determination accompanies the filing. In the event that a period of time is extended as permitted due to a Member's failure to submit information necessary to decide a claim, the period for making the benefit determination shall be tolled from the date on which the notification of the extension is sent to the Member until the date on which the Member responds to the request for additional information.

C.    **INTERNAL APPEAL PROCESS**

1.    An Appeal must be filed within 180 days from the date of receipt of the written notice of any Adverse Benefit Determination.

2.    A Member or authorized representative should first contact the Plan about a denial of benefits. The Plan can provide information and assistance on how to file an Appeal. All Appeals filed should be in writing, except with respect to claims involving Urgent Care which may be submitted orally or in writing. The Member or authorized representative may bypass the Plan's Internal Appeals Process if the Member can show a Compelling Reason regarding a Adverse Decision, or if the claim is for Urgent Care, or the Plan does not meet the time frames for rendering an Appeal Decision. These exceptions allow the Member or Health Care Provider acting on behalf of the Member to bypass the Plan's Internal Appeals Process and file a Complaint directly with the Maryland Insurance Administration.

3.    The Member or authorized representative may submit written comments, documents, records, and other information relating to a claim for benefits.

4.    The Appeal Decision for Urgent Care claim shall be made as soon as possible but no later than 24 hours from the date the Appeal was filed.

5.    An expedited review of an Adverse Decision is required only if:

a.    The case involves a Health Care Service that has not yet been rendered; and

b.    The Health Care Services is necessary to treat a condition or illness that, without immediate medical attention, would;

1)    seriously jeopardize the life or health of the Member;

2)    seriously jeopardize the Member's ability to regain maximum function; or,

3)    cause the Member to be in danger to self or others.

A licensed nurse will make the determination as to whether an expedited review is required by using the above criteria.

A decision will be made within 24 hours of the Filing Date. A Member will be notified in writing within one day after the decision has been orally communicated.

For such an emergency case, a Member may file a Complaint with the MIA if a decision is not communicated within 24 hours of the Filing Date.

6. A Member shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Member's claim for benefits. A document, record, or other information shall be considered <u>relevant</u> to a Member's claim if it:

   a. Was relied upon in making the benefit determination;

   b. Was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; or,

   c. Demonstrates compliance with the administrative processes and safeguards designed to ensure and verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated Members.

7. An Appeal and any applicable documentation should be sent to:

   Central Appeals and Analysis Unit
   PO Box 17636
   Baltimore, MD  21297-1636

8. Timing of the Plan's responses. The time limits for responding to an Appeal will begin on the Filing Date, without regard to whether all the information necessary to make a decision is initially included.

   The Plan will send a written Appeal Decision:

   a. Within 30 days of the Filing Date, for a case involving a Pre-Service Claim; and,

   b. Within 60 days of the Filing Date, for a case involving a Post-Service Claim; and

   c. In the case of an Urgent Care claim or an expedited review of an Adverse Decision, the Appeal Decision shall be made as soon as possible but no later than 24 hours from the Filing Date.

9. <u>When more information is needed for a Decision</u>: The Plan will send notice within 5 working days of the receipt of the Appeal that it cannot proceed with its review unless the additional information is provided. The Plan will assist in gathering the necessary information. The response deadlines described above may be extended one time by the Plan for up to 15 days, provided that the Plan both:

   a. determines that such an extension is necessary due to matters beyond the control of the Plan; and,

   b. notifies the Member, prior to the expiration of the initial 15-day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision; and requests that the Member or Health Care Provider agree to grant the extension.

If such an extension is necessary due to a failure of the Member to submit the information necessary to decide the claim, the notice of extension shall specifically describe the required information, and the Member shall be afforded at least 45 days from receipt of the notice within which to provide the specified information.

In the event that a period of time is extended due to a Member's failure to submit necessary information, the period for responding to an Appeal shall be tolled from the date on which the notification of the extension is sent to the Member until the date on which the Member responds to the request for additional information.

The Member or Health Care Provider acting on behalf of the Member must agree to this extension in writing.

10.    Adverse Benefit Determinations are made under the direction of the Chief Medical Officer.

Eric R. Baugh, M.D.
CareFirst BlueChoice
10455 Mill Run Circle
Owings Mills, Maryland 21117-5559
410-605-2460
1-877-259-4427

11.    <u>Fair and Full Review</u>.  The Plan will provide a review that:

a.    Takes into account all comments, documents, records, and other information submitted by the Member relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

b.    Does not afford deference to the initial Adverse Benefit Determination and is conducted by an appropriate named fiduciary of the Plan who is neither the individual who made the Adverse Benefit Determination, nor the subordinate of such individual;

c.    In deciding an Appeal of an Adverse Benefit Determination that is based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug, or other item is Cosmetic, Experimental, Investigational, the appropriate named fiduciary shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

d.    Upon request, Provides for the identification of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a Member's Adverse Benefit Determination, without regard to whether the advice was relied upon in making the benefit determination; and,

e.    The health care professional engaged for purposes of a consultation is an individual who is neither an individual who was consulted in connection with the Adverse Benefit Determination, nor the subordinate of any such individual.

D.    **THE HEALTH EDUCATION AND ADVOCACY UNIT ("HAU")**

There is help available from the HAU.

The HAU can:

1.    Help prepare an Appeal.

2. Attempt to mediate a resolution to a dispute. At any time during a mediation attempt an Appeal may be filed.

The HAU is not available to represent or accompany a Member in the Appeal process. You may contact the HAU at:

Health Education and Advocacy Unit
Consumer Protection Division
Office of the Attorney General
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
410-528-1840 or 1-877-261-8807
Fax: 410-576-6571
E-mail: www.oag.state.md.us

E.    **COMPLAINTS TO THE MARYLAND INSURANCE ADMINISTRATION ("MIA")**

1. A Complaint may be filed with the Maryland Insurance Administration ("MIA"):

   a. Within 30 working days after receipt of an adverse Appeal Decision regarding an Adverse Decision.

   b. Within 60 working days after receipt of an Appeal Decision regarding a Coverage Decision.

2. The Member or authorized representative may bypass the Plan's Internal Appeals Process if the Member can show a Compelling Reason regarding a Adverse Decision, or if the claim is for Urgent Care, or the Plan does not meet the time frames for rendering an Appeal Decision. These exceptions allow the Member or Health Care Provider acting on behalf of the Member to bypass the Plan's Internal Appeals Process and file a Complaint directly with the Maryland Insurance Administration.

3. The MIA may be contacted at:

Maryland Insurance Administration
Appeal and Grievance Unit
525 St. Paul Place, Baltimore, MD 21202-2272

phone: 410-468-2000; 800-492-6116
fax: 410-468-2270

4. A Member or Health Care Provider may bypass the Plan's internal Appeal process if a Appeal Decision is not received within 30 days for a Pre-Service Claim or 60 days for a Post-Service Claim, or within 24 hours for an expedited review.

## MEMBER COMMENTS AND QUALITY COMPLAINTS

The Plan provides Members an opportunity to present comments or any other questions or concerns with regard to operations or administration of the Plan, and file a quality complaint regarding the quality of any Plan service. All comments and quality complaints should be addressed to the Member Services Department. In the event that you are dissatisfied with a determination of the Member Services Department, the procedures listed below must be followed.

Inquiries, comments, and complaints concerning the nature of your medical care should also be addressed to the Member Services Department. That department will also assist you in filing a quality complaint after all other avenues of resolution have been exhausted.

A Member may complain to the Department of Health and Mental Hygiene, Office of Licensing and Certification Programs regarding the operation of the Plan. The address and telephone number of the Department is available through our Member Services Department. The Member may also contact the Maryland Insurance Administration at:

Maryland Insurance Administration
Inquiry and Investigation, Life and Health
525 St. Paul Place
Baltimore, MD 21202-2272

410-468-2244

This amendment is issued by the Plan to be attached to your policy.

**CareFirst BlueChoice, Inc.**

**By:**

Eric R. Baugh, M.D.
President

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC  20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**AMENDMENT**

The benefits described in this amendment are effective for services rendered after the first anniversary of your coverage occurring after October 1, 2002.

**MEDICAL CHILD SUPPORT ORDERS**

These terms replaces any and all terms regarding Medical Child Support Orders or Qualified Medical Support Orders.

A.    <u>Terms</u>

    1.    <u>Medical Child Support Order</u> means an "order" issued in the format prescribed by federal law; and issued by an appropriate child support enforcement agency to enforce the health insurance coverage provisions of a child support order.  An "order" means a judgment, decree or a ruling (including approval of a settlement agreement) that:

        a.    is issued by a court of this state, the District of Columbia, or another state or an administrative child support enforcement agency of another state or the District of Columbia; and,

        b.    creates or recognizes the right of a child to receive benefits under a parent's health insurance coverage; or establishes a parent's obligation to pay child support and provide health insurance coverage for a child.

    2.    <u>Qualified Medical Support Order ("QMSO")</u> means a Medical Child Support Order issued under State law, or the laws of the District of Columbia, and when issued to an employer sponsored health plan one that complies with Section 609(A) of the Employee Retirement Income Security Act of 1974, as amended.

B.    <u>Eligibility and Termination</u>

    1.    Upon receipt of a QMSO, when coverage of the Subscriber's family members is available under the terms of the Subscriber's contract then CareFirst BlueChoice will accept enrollment regardless of enrollment period restrictions.  If the Subscriber does not enroll the child then CareFirst BlueChoice will accept enrollment from the non-Subscriber custodial parent; or, the appropriate child support enforcement agency of any State or the District of Columbia.  If the Subscriber has not completed an applicable waiting periods for coverage the child will not be enrolled until the end of the waiting period.

        The Subscriber must be enrolled under this contract in order for the child to be enrolled.  If the Subscriber is not enrolled when CareFirst BlueChoice receives the QMSO, CareFirst BlueChoice will enroll both the Subscriber and the child, without regard to enrollment period restrictions.

    2.    Enrollment for such a child will not be denied because the child:

        a.    Was born out of wedlock.

    b.    Is not claimed as a dependent on the Subscriber's federal tax return.

    c.    Does not reside with the Subscriber.

    d.    Is covered under any Medical Assistance or Medicaid program.

3.    <u>Termination</u>. Unless coverage is terminated for non-payment of the premium, a covered child subject to a QMSO may not be terminated unless written evidence is provided to CareFirst BlueChoice that:

    a.    The QMSO is no longer in effect;

    b.    The child has been or will be enrolled under other comparable health insurance coverage that will take effect not later than the effective date of the termination of coverage; or,

    c.    If coverage is provided under an employer sponsored health plan;

        1)    the employer has eliminated family member's coverage for all employees; or

        2)    the employer no longer employs the Subscriber, except if the Subscriber elects continuation under applicable State or federal law the child will continue in this post-employment coverage.

C.    <u>Administration</u>. When the child subject to a QMSO does not reside with the Subscriber, CareFirst BlueChoice will:

1.    Send the non-insuring custodial parent ID cards, claims forms, the applicable certificate of coverage or member contract and any information needed to obtain benefits;

2.    Allow the non-insuring custodial parent or a provider of a covered service to submit a claim without the approval of the Subscriber;

3.    Provide benefits directly to:

    a.    The non-insuring parent;

    b.    The provider of the covered services; or

    c.    The appropriate child support enforcement agency of any State or the District of Columbia.

This amendment is issued to be attached to your evidence of coverage.

**CareFirst BlueChoice, Inc.**

Eric R. Baugh, MD
President

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

### MARYLAND CONTINUATION AMENDMENT

Continuation of coverage described in your evidence of coverage that only applies to Members who are Maryland residents is referred to as "Maryland Continuation."

Notwithstanding any prior term, if Maryland Continuation of coverage applies, the continuation available for a Subscriber, and the Subscriber's covered spouse and dependents, when the Subscriber's employment was involuntarily terminated for reasons other than cause, now also provides this continuation coverage when the Subscriber voluntarily terminates employment. Prior to October 1, 2002, this continuation right was not provided for employees who voluntarily terminated from employment.

If you have any questions regarding your state or federal continuation rights, please contact your Plan Administrator.

This amendment is issued to be attached to your evidence of coverage.

**CareFirst BlueChoice, Inc.**

By:

Eric R. Baugh, M.D.
President

CFBC Continuation (10/02)

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**AMENDMENT TO THE
EVIDENCE OF COVERAGE**

This Amendment is effective as of the effective date of the Group Enrollment Agreement and Evidence of Coverage (the "Agreement") to which it is attached. This Amendment amends sections of your Agreement.

Within Section 2, the Eligibility and Enrollment Section of your Evidence of Coverage has been replaced with the following provision:

2.9     **Notice of Enrollment Changes**  The Group must notify the Plan of each addition or change in coverage in advance of the date upon which such action shall be effective or as soon thereafter as is possible, but in any event no later than 60 days after the effective date of the addition or change in coverage. The Plan is not required to accept a retroactive addition or change in coverage if the effective date is more than 60 days before the date of the Plan's receipt of the notice. In each such instance that an addition or change in coverage is involved, the Plan will have the right, at its option, to refuse to accept the addition or change or to assign a more current effective date to it. When the Group fails to provide prospective notice of a person's termination, the Plan will only retroactively terminate a person's coverage to 11:59 p.m. Eastern Standard Time, of the last day of the month prior to the month in which the notice of termination is received by the Plan. The Group agrees to reimburse the Plan for all benefits that are paid for services rendered to a terminated or ineligible person in excess of premiums during the period of ineligibility, because of the Group's failure to notify the Plan of such person's termination or ineligibility.

Within Section 4, Termination, of your Evidence of Coverage, subsection 4.3 Cancellation by the Subscriber, the last paragraph is hereby deleted.

This Amendment is subject to all the terms and conditions of the Agreement to which this Amendment is attached. This Amendment does not change any of those terms and conditions, unless specifically stated in this Amendment.

CareFirst BlueChoice, Inc.

Eric R. Baugh, M.D.
President

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**AMENDMENT**

This Amendment is effective as of the effective date of the Group Enrollment Agreement and Evidence of Coverage (the "Agreement") to which it is attached. This Amendment amends your Certificate or Agreement.

The following definitions have been added to Section 1, Definitions:

**Congenital or Genetic Birth Defect**: a defect existing at or from birth, including a hereditary defect, which includes, but is not limited to, autism or an autism spectrum disorder and cerebral palsy.

**Residential Crisis Services**: intensive mental health and support services that are:

A.  provided to a child or an adult with a mental illness who is experiencing or is at risk of a psychiatric crisis that would impair the individual's ability to function in the community;

B.  designed to prevent a psychiatric inpatient admission, provide an alternative to psychiatric inpatient admission, or shorten the length of inpatient stay;

C.  provided out of the individual's residence on a short-term basis in a community-based residential setting; and

D.  provided by entities that are licensed by the Department of Health and Mental Hygiene to provide Residential Crisis Services.

This Amendment is subject to all the terms and conditions of the Agreement to which this Amendment is attached. This Amendment does not change any of those terms and conditions, unless specifically stated in this Amendment.

**CareFirst BlueChoice, Inc.**

**Eric R. Baugh, MD**
**President**

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

### OCTOBER 2003 AMENDMENT

This amendment is effective on October 1, 2003 or the effective date or renewal date of the Contract or Agreement ("evidence of coverage") to which it is attached, whichever is later. Notwithstanding any provision or exclusion to the contrary, the evidence of coverage is amended as follows:

### Definition of Covered Service

A.   **Definitions.** The underlined terms below, when capitalized, have the following definitions:

  1.   Institute means the Maryland Institute for Emergency Medical Services Systems.

  2.   Trauma Center means a primary adult resource center Level I Trauma Center, Level II Trauma Center, Level III Trauma Center, or pediatric Trauma Center that has been designated by the Institute to provide care to Trauma Patients. Trauma Center includes an out-of-state pediatric facility that has entered into an agreement with the Institute to provide care to Trauma Patients.

  3.   Trauma Patient means a Member that is evaluated or treated in a Trauma Center and is entered into the State trauma registry as a Trauma Patient.

  4.   Trauma Physician means a licensed physician who has been credentialed or designated by a Trauma Center to provide care to a Trauma Patient at a Trauma Center.

B.   **Covered Service.** Covered Service means a health care service included in the evidence of coverage of CareFirst BlueChoice, Inc. ("CareFirst BlueChoice") and rendered to a CareFirst BlueChoice Member by:

  1.   a provider under contract with CareFirst BlueChoice, when the service is obtained in accordance with the terms of the evidence of coverage to which this amendment is attached; or

  2.   a noncontracting provider, when the service is

    a.   obtained in accordance with the terms of the evidence of coverage to which this amendment is attached; or

    b.   obtained pursuant to a verbal or written referral, or preauthorized or otherwise approved either verbally or in writing by:

      i.   CareFirst BlueChoice; or

      ii.   a provider under written contract with CareFirst BlueChoice.

  3.   A health care provider or representative of a health care provider may collect or attempt to collect from the Member:

    a.   any copayment or coinsurance owed by the Member; or

b.      any payment or charges for services that are not Covered Services.

4.      For Trauma Care rendered to a Trauma Patient in a Trauma Center by a Trauma Physician, CareFirst BlueChoice will not require a referral or preauthorization for a service to be covered.

This amendment is issued to be attached to the evidence of coverage.  This amendment does not change the terms and conditions of the evidence of coverage, unless specifically stated in this amendment.

**CareFirst BlueChoice, Inc.**

Eric R. Baugh, M.D.
President

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC  20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**REFERRAL AMENDMENT**

This amendment is effective as of the effective date or renewal date of the Contract or Agreement ("evidence of coverage") to which it is attached, whichever is later.  Notwithstanding any provision or exclusion to the contrary, the description of covered services is amended as follows:

Benefits under the Plan will be provided for covered services that are directly related to a diagnosis of cancer, including, but not limited to, office visits and care by an Oncologist, chemotherapy, and radiation therapy by Plan Providers without a referral by the Member's Primary Care Provider.  Benefits are subject to review and approval under utilization management requirements established by the Plan.  Plan Providers will handle utilization management procedures on behalf of the Member.

This is issued to be attached to the evidence of coverage.  This amendment does not change any of those terms and conditions, unless specifically stated in this amendment.

**CareFirst BlueChoice, Inc.**

Eric R. Baugh, M.D.
President

**Group Hospitalization and Medical Services, Inc.**
doing business as
**CareFirst BlueCross BlueShield (CareFirst)**
840 First Street, NE
Washington, DC 20065
202-479-8000

A not-for-profit health service plan

An independent licensee of the Blue Cross and Blue Shield Association

**SPECIAL ENROLLMENT PERIODS AMENDMENT**

This amendment is effective as of the effective date of the Group Contract and Certificate of Coverage to which it is attached. This amendment changes the Special Enrollment Periods within Section 2, Eligibility and Enrollment.

Section 2.7 Special Enrollment Periods is replaced with the following:

2.7 **Special Enrollment Periods** You may enroll yourself and/or your Dependents as described below:

    A. When you were first eligible or, at the time of open enrollment period, you did not enroll yourself and/or your Dependents because you or your Dependents already had coverage under an employer-sponsored plan or group health benefits plan and that coverage terminates due to any of the following:

        1. termination of the other plan's entire group coverage;
        2. your divorce or legal separation;
        3. death of your spouse;
        4. voluntary or involuntary termination of your spouse's employment;
        5. involuntary loss of your spouse's eligibility for continued group coverage;
        6. cancellation of all group health benefits programs offered by your spouse's employer;
        7. COBRA continuation coverage has been exhausted;
        8. loss of eligibility for coverage, including a reduction of hours of employment;
        9. employer contribution terminated;
       10. when an individual in the individual market, no longer resides, lives or works in the HMO service area and the HMO does not provide coverage for that reason;
       11. when an individual in the group market, no longer resides, lives or works in the HMO service area and no other benefit package is available to the individual;
       12. when a plan no longer offers any benefits to a class of similarly situated individuals;
       13. when a plan terminates a benefit package option;
       14. when an insurer providing an option ceases to operate in the group market, terminating one option offered by the plan, unless the plan otherwise provided a current right to enroll in alternative health coverage;

15. when an individual incurs a claim that would meet or exceed a lifetime limit on all benefits; or

16. when an employee who already is enrolled in a benefit package may enroll in another benefit package if his or her dependent has a special enrollment right in the plan because the dependent lost eligibility for other coverage.

To qualify for coverage, you and each Family Member that you seek to enroll must have been covered on the last day that you or your spouse's employer sponsored plan or group health benefits plan was in effect. Additionally, you must make this request, in writing, within 31 days after termination of coverage under an employee-sponsored health plan or group health benefits plan. Except, in item 15, above, an individual must be allowed 31 days after a claim is denied due to meeting or exceeding a lifetime limit on all benefits. We may require you to submit proof of eligibility, including proof of prior coverage and of the circumstances under which such coverage terminated. Your coverage will become effective on the first of the month following the date the completed request for enrollment was received by CareFirst.

B. You are eligible for coverage under this Agreement, but are not enrolled, and an individual becomes your Dependent through marriage. If you enroll within 31 days, the effective date of coverage will be the first of the month following the date the completed request was received by CareFirst.

C. If you or your spouse are eligible for coverage under this Agreement, but are not enrolled, and an individual becomes your Dependent through birth, adoption or placement for adoption or you are granted court-ordered custody, a child is placed in your custody as a result of guardianship, other than temporary guardianship of less than a 12 month duration, granted by court or testamentary appointment or you must provide coverage through a court order or administrative order. If you enroll within 31 days, the effective date of coverage is the date of the birth, the date you were granted court-ordered custody or the date of guardianship; the effective date of coverage in the case of adoption or placement for adoption is the date of adoption or placement for adoption, whichever occurs first.

This amendment is subject to all the terms and conditions of the Group Contract and Certificate of Coverage to which this amendment is attached. This amendment does not change any of those terms and conditions, unless specifically stated in this amendment.

**Group Hospitalization and Medical Services, Inc.**

By: _____

William L. Jews
President and Chief Executive Officer

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC  20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

### TYPE OF COVERAGE AMENDMENT

This amendment is effective as of the effective date of the Group Enrollment Agreement and Evidence of Coverage to which it is attached.  This amendment changes the definition of Type of Coverage.

The definition of Type of Coverage is replaced with the following definition.

Type of Coverage  means either Individual, which covers the Subscriber only, or Family, under which an Individual may also enroll his or her Dependents.  In addition, some Group Contracts include additional categories of coverage, such as Individual and Adult, or Individual and Child(ren).  The Type of Coverage available is described in the Evidence of Coverage.

The following additional changes are made:

- Self-Only is replaced with Individual

- Subscriber and Spouse (Two-Party Coverage) is replaced with Individual and Adult (Two-Party Coverage)

- Subscriber and Child (Two-Party Coverage) is replaced with Individual and Child(ren)

- Family Coverage remains Family Coverage

The Type of Coverage defined within the Evidence of Coverage and Attachment B, The Schedule of Benefits and or any Rider, Amendment or Endorsement that describes the Type of Coverage is replaced with the definition stated in this amendment.

This amendment is subject to all the terms and conditions of the Group Enrollment Agreement and Evidence of Coverage to which this amendment is attached.  This amendment does not change any of those terms and conditions, unless specifically stated in this amendment.

**CareFirst BlueChoice, Inc.**

Eric R. Baugh, M.D.
President

# COMPENSATION AND PREMIUM DISCLOSURE STATEMENT

*Our compensation to providers who offer health care services and behavioral health care services to our insured members or enrollees may be based on a variety of payment mechanisms such as fee-for-service payments, salary, or capitation. Bonuses may be used with these various types of payment methods.*

*If you desire additional information about our methods of paying providers, or if you want to know which method(s) apply to your physician, please call our Member Services Department at the number listed on your identification card, or write to:*

> CareFirst BlueChoice, Inc.
> 840 First Street, NE
> Washington, DC 20065
> Attention: Member Services

## A.    METHODS OF PAYING PHYSICIANS

This table shows definitions of how insurance carriers may pay physicians (or other providers) for your health care services with a simple example of how each payment mechanism works.

| Terms | The example shows how Dr. Jones, an obstetrician gynecologist, would be compensated under each method of payment. |
|---|---|
| Salary | A physician (or other provider) is an employee of the HMO and is paid compensation (monetary wages) for providing specific health care services.<br><br>Since Dr. Jones is an employee of an HMO, she receives her usual bi-weekly salary regardless of how many patients she sees or the number of services she provides. During the months of providing pre-natal care to Mrs. Smith, who is a member of the HMO, Dr. Jones' salary is unchanged. Although Mrs. Smith's baby is delivered by Cesarean section, a more complicated procedure than a vaginal delivery, the method of delivery will not have an effect upon Dr. Jones' salary. |
| Capitation | A physician (or group of physicians) is paid a fixed amount of money per month by an HMO for each patient who chooses the physician(s) to be his or her doctor. Payment is fixed without regard to the volume of services that an individual patient requires.<br><br>Under this type of contractual arrangement, Dr. Jones participates in an HMO network. She is not employed by the HMO. Her contract with the HMO stipulates that she is paid a certain amount each month for patients who select her as their doctor. Since Mrs. Smith is a member of the HMO, Dr. Jones monthly payment does not change as a result of her providing ongoing care to Mrs. Smith. The capitation amount paid to Dr. Jones is the same whether or not Mrs. Smith requires obstetric services. |

| | This table shows definitions of how insurance carriers may pay physicians (or other providers) for your health care services with a simple example of how each payment mechanism works. |
|---|---|
| Fee-for-Service | A physician (or other provider) charges a fee for each patient visit, medical procedure, or medical service provided. An HMO pays the entire fee for physicians it has under contract and an insurer pays all or part of that fee, depending on the type of coverage. The patient is expected to pay the remainder. |
| | Dr. Jones' contract with the insurer or HMO states that Dr. Jones will be paid a fee for each patient visit and each service she provides. The amount of payment Dr. Jones receives will depend upon the number, types, and complexity of services, and the time she spends providing services to Mrs. Smith. Because Cesarean deliveries are more complicated than vaginal deliveries, Dr. Jones is paid more to deliver Mrs. Smith's baby than she would be paid for a vaginal delivery. Mrs. Smith may be responsible for paying some portion of Dr. Jones' bill. |
| Discounted Fee-for-Service | Payment is less than the rate usually received by the physician (or other provider) for each patient visit, medical procedure, or service. This arrangement is the result of an agreement between the payer, who gets lower costs and the physician (or other provider), who usually gets an increased volume of patients. |
| | Like fee-for-service, this type of contractual arrangement involves the insurer or HMO paying Dr. Jones for each patient visit and each delivery; but under this arrangement, the rate, agreed upon in advance, is less than Dr. Jones' usual fee. Dr. Jones expects that in exchange for agreeing to accept a reduced rate, she will serve a certain number of patients. For each procedure that she performs, Dr. Jones will be paid a discounted rate by the insurer or HMO. |
| Bonus | A physician (or other provider) is paid an additional amount over what he or she is paid under salary, capitation, fee-for-service, or other type of payment arrangement. Bonuses may be based on many factors, including member satisfaction, quality of care, control of costs and use of services. |
| | An HMO rewards its physician staff or contracted physicians who have demonstrated higher than average quality and productivity. Because Dr. Jones has delivered so many babies and she has been rated highly by her patients and fellow physicians, Dr. Jones will receive a monetary award in addition to her usual payment. |
| Case Rate | The HMO or insurer and the physician (or other provider) agree in advance that payment will cover a combination of services provided by both the physician (or other provider) and the hospital for an episode of care. |
| | This type of arrangement stipulates how much an insurer or HMO will pay for a patient's obstetric services. All office visits for prenatal and postnatal care, as well as the delivery, and hospital-related charges are covered by one fee. Dr. Jones, the hospital, and other providers (such as an anesthesiologist) will divide payment from the insurer or HMO for the care provided to Mrs. Smith. |

**CareFirst BlueChoice, Inc.**
840 First Street, NE
Washington, DC 20065
202-479-8000

An independent licensee of the Blue Cross and Blue Shield Association

**ATTACHMENT C**
**GROUP SCHEDULE**

This Attachment lists the Group-Specific eligibility and enrollment requirements that have been agreed to by CareFirst BlueChoice and the Group, as set forth in the Group Enrollment Agreement.

## Contract Dates

| | |
|---|---|
| Contract Effective Date | October 1, 2005 |
| Open Enrollment Effective Date | September 1, 2006 |
| Contract Renewal Date | October 1, 2006 |
| Group Eligibility Change Effective Date | N/A |

## New Employee Eligibility Date

A new employee or newly Eligible Employee is eligible for coverage:

☐ on the date of hire or date first eligible

☒ **on the first day of the month following the employee's date of hire or eligibility**

☐ on the first day of the month following _____ days of continuous eligible employment

☐ other _____

## New Dependent Effective Date

A newborn child, newly eligible grandchild, newly adopted child, or a minor for whom guardianship is granted by court or testamentary appointment will be covered from the date of birth, date of custody, date of adoption or date of appointment, as applicable. (See Section Two of the Evidence of Coverage for important information on the steps you must take to enroll a newborn, a newly eligible grandchild, adopted child, or a minor for whom guardianship is granted).

If other Dependents are added, for example a new spouse, coverage will become effective:

☒ on the day that they first became a Dependent

☐ on the first day of the following month

## Employee Termination Policy

If the Subscriber is no longer eligible for coverage through the Group, for example because the Subscriber is no longer employed by the Group, coverage will end:

☐ on the last day of employment

☒ on the last day of the month in which employment terminates

☐ other _____

## Changes To Group Eligibility Requirements

Group Eligibility Requirements may be amended by the Group in accordance with the terms of the Group Enrollment Agreement.

**CareFirst BlueChoice, Inc.**

Eric R. Baugh, M.D.
President

B.  **PERCENTAGE OF PROVIDER PAYMENT METHODS**

CareFirst BlueChoice, Inc. is an IPA model HMO and contracts directly with the primary care and specialty care providers. According to this type of arrangement, CareFirst BlueChoice, Inc. reimburses providers (or other providers) primarily on a discounted fee-for-service payment method. The provider payment method percentages for CareFirst BlueChoice, Inc. are approximately 95% discounted fee-for-service with less than 5% capitated.

C.  **DISTRIBUTION OF PREMIUM DOLLARS**

The bar graph below illustrates the proportion of every $100 in premium used by CareFirst BlueChoice, Inc. to pay providers (or other providers) for medical care expenses, and the proportion used to pay for plan administration.

These numbers represent an average for all HMO accounts based on our annual statement. The ratio of direct medical care expenses to plan administration will vary by account.

