UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VIVIAN WOODS,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**EAGLE TECHNOLOGIES, INC,** *et al.*,<br><br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-695 (RMC)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Court having been advised during a Scheduling Conference held in open court on September 18, 2006, that settlement is imminent, it is hereby

**ORDERED** that this action is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**

Signed: September 24, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　United States District Judge