**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIVIAN M. WOODS<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| EAGLE TECHNOLOGIES, INC., | )<br>) |
|     and | )<br>) |
| HEALTH INSURANCE SPECIALISTS, INC. | ) Civil Action No.:<br>) 1:06cv00695<br>) (RMC) |
|     Defendants. | ) |
| EAGLE TECHNOLOGIES, INC., | ) |
|     Cross-Claimant | )<br>)<br>) |
| v. | )<br>) |
| HEALTH INSURANCE SPECIALISTS, INC. | )<br>) |
|     Defendant. | ) |
| HEALTH INSURANCE SPECIALISTS, INC. | ) |
|     Cross-Claimant | )<br>)<br>) |
| v. | )<br>) |
| EAGLE TECHNOLOGIES, INC. | )<br>) |
|     Defendant. | ) |

## CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE, OR, IN THE ALTERNATIVE, TO REINSTATE

With consent of all parties, Plaintiff requests that the Court extend to November 22, 2006, the deadline established in its Order dated September 24th in which it dismissed this matter without prejudice. In support, Plaintiff states as follows:

1. On September 24, 2006, this Court entered an Order dismissing Plaintiff's case without prejudice in light of representations by the parties at the scheduling conference that settlement was imminent. The Court provided by that Order that this case would be dismissed *with* prejudice 45 days from the date of the Order without further action from the Court. Forty-five days from September 24th is November 8.

2. Due to recent developments in settlement negotiations, Plaintiff Woods and Defendant Eagle Technologies are discussing a global settlement as to both this action and a related action pending in the District of Columbia Superior Court, which was initially filed with District of Columbia Office of Human Rights. See Compl. ¶ 54.

3. Parties request that the 45-day-deadline established in this Court's September 24th Order be extended two weeks until November 22, 2006, so that parties may attempt to negotiate a global settlement without simultaneously pursing discovery, thereby incurring additional attorneys' fees.

4. If the Court declines to grant the requested extension, parties, in the alternative, request that this case be reinstated and that the scheduling order proposed by the Joint Rule 16.3 Report be entered with one modification: parties request that the dates suggested in the proposed scheduling order be extended by 60 days.

Dated: November 7, 2006          Respectfully submitted,


/s/_____
J. Thomas Spiggle (D.C. Bar No. 490979)
S. Robert Sutton, Esq. (D.C. Bar No. 367304)
Janis, Schuelke & Wechsler
1728 Mass. Ave., N.W.
Washington, DC 20036
(202) 861-0600

Counsel for Plaintiff Vivian M. Woods

CERTIFICATE OF SERVICE

Plaintiff's counsel certifies that on November 7, 2006, the **CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE, OR, IN THE ALTERNATIVE, TO REINSTATE** was served by electronic mail on:

James E. McCullum, Jr., Esq.
7309 Baltimore Avenue, Suite 117
P.O. Box. 1717
College Park, MD 20741-1717
Counsel for Eagle Technologies, Inc.

Dennis J. Quinn, Esq.
Kelly M. Lippincott, Esq.
1615 L Street. N.W.
Suite 500
Washington, D.C. 20036
Counsel for Health Insurance Specialists, Inc.

A copy of the same was served by U.S. Mail to:

Richard Daniels, Esq.
College Park Center
7309 Baltimore Park Avenue
Suite 217
College Park, MD 20740-3200
Counsel for Eagle Technologies, Inc.


/s/_____
J. Thomas Spiggle

| | |
|---|---|
| VIVIAN M. WOODS )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>EAGLE TECHNOLOGIES, INC., )<br>　　　　　　　　　　　　　　)<br>　　And 　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>HEALTH INSURANCE SPECIALISTS, INC. )<br>　　　　　　　　　　　　　　)<br>　　Defendants. 　　　　　　　)  | Civil Action No.:<br>1:06cv00695<br>(RMC) |

| |
|---|
| EAGLE TECHNOLOGIES, INC., )<br>　　Cross-Claimant 　　　　　)<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>HEALTH INSURANCE SPECIALISTS, INC. )<br>　　　　　　　　　　　　　　)<br>　　Defendant. 　　　　　　　) |

| |
|---|
| HEALTH INSURANCE SPECIALISTS, INC. )<br>　　　　　　　　　　　　　　)<br>　　Cross-Claimant 　　　　　)<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>EAGLE TECHNOLOGIES, INC. )<br>　　　　　　　　　　　　　　)<br>　　Defendant. 　　　　　　　) |

**ORDER GRANTING CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE,**

Having considered Plaintiff's CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE, OR, IN THE ALTERNATIVE, TO REINSTATE, and finding good cause for such an extension, this Court hereby ORDERS that:

This matter shall remain dismissed without prejudice through November 22, 2006. Absent a request to reinstate and without further action from the Court, thereafter this matter will be dismissed *with* prejudice.

IT IS SO ORDERED.

_____
Judge Rosemary M. Collyer