**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIVIAN M. WOODS | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EAGLE TECHNOLOGIES, INC., | ) |
| | ) |
|     and | ) |
| | ) Civil Action No.: |
| HEALTH INSURANCE SPECIALISTS, INC. | ) 1:06cv00695 |
| | ) (RMC) |
|     Defendants. | ) |
| EAGLE TECHNOLOGIES, INC., | ) |
| | ) |
|     Cross-Claimant | ) |
| | ) |
| v. | ) |
| | ) |
| HEALTH INSURANCE SPECIALISTS, INC. | ) |
| | ) |
|     Defendant. | ) |
| HEALTH INSURANCE SPECIALISTS, INC. | ) |
| | ) |
|     Cross-Claimant | ) |
| | ) |
| v. | ) |
| | ) |
| EAGLE TECHNOLOGIES, INC. | ) |
| | ) |
|     Defendant. | ) |

## **SECOND CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE**

With consent of all parties, Plaintiff requests that the Court extend to December 6, 2006, the deadline established in its Order dated September 24th in which it dismissed this matter without prejudice. In support, Plaintiff states as follows:

1. On September 24, 2006, this Court entered an Order dismissing Plaintiff's case without prejudice in light of representations by the parties at the scheduling conference that settlement was imminent. The Court provided by that Order that this case would be dismissed *with* prejudice 45 days from the date of the Order without further action from the Court.

2. Parties thereafter requested a two-week extension to continue settlement negotiations. In an Order dated November 8, this Court extended the deadline to November 22.

3. Parties have now agreed to settle this matter but, in part due to the Thanksgiving holiday, will be unable to finalize the settlement before the November 22 deadline.

4. Parties request that the 45-day deadline established in this Court's September 24th Order be extended to December 6, 2006, so that parties can finalize the settlement agreement.

5. This will be the last consent motion to extend the 45-day deadline.

Dated: November 21, 2006             Respectfully submitted,


                              /s/_____
                              J. Thomas Spiggle (D.C. Bar No. 490979)
                              S. Robert Sutton, Esq. (D.C. Bar No. 367304)
                              Janis, Schuelke & Wechsler
                              1728 Mass. Ave., N.W.
                              Washington, DC 20036
                              (202) 861-0600

                              Counsel for Plaintiff Vivian M. Woods

## CERTIFICATE OF SERVICE

Plaintiff's counsel certifies that on November 21, 2006, the **SECOND CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE,** was served by electronic mail on:

James E. McCullum, Jr., Esq.
7309 Baltimore Avenue, Suite 117
P.O. Box. 1717
College Park, MD 20741-1717
Counsel for Eagle Technologies, Inc.

Dennis J. Quinn, Esq.
Kelly M. Lippincott, Esq.
1615 L Street. N.W.
Suite 500
Washington, D.C. 20036
Counsel for Health Insurance Specialists, Inc.

Richard Daniels, Esq.
College Park Center
7309 Baltimore Park Avenue
Suite 217
College Park, MD 20740-3200
Counsel for Eagle Technologies, Inc.


                              /s/_____
                              J. Thomas Spiggle

| | |
|---|---|
| VIVIAN M. WOODS )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>EAGLE TECHNOLOGIES, INC., )<br>)<br>   And )<br>) Civil Action No.:<br>HEALTH INSURANCE SPECIALISTS, INC. ) 1:06cv00695<br>) (RMC)<br>   Defendants. ) | |
| EAGLE TECHNOLOGIES, INC., )<br>   Cross-Claimant )<br>)<br>v. )<br>)<br>HEALTH INSURANCE SPECIALISTS, INC. )<br>)<br>   Defendant. )<br>) | |
| HEALTH INSURANCE SPECIALISTS, INC. )<br>)<br>   Cross-Claimant )<br>)<br>v. )<br>)<br>EAGLE TECHNOLOGIES, INC. )<br>)<br>   Defendant. ) | |

**ORDER GRANTING SECOND CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE**

Having considered Plaintiff's SECOND CONSENT MOTION TO EXTEND DISMISSAL WITHOUT PREJUDICE, and finding good cause for such an extension, this Court hereby ORDERS that:

This matter shall remain dismissed without prejudice through December 6, 2006. Absent a request to reinstate and without further action from the Court, thereafter this matter will be dismissed *with* prejudice.

IT IS SO ORDERED.

_____
Judge Rosemary M. Collyer